FILED
DEC 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHANGELO SCRUGGS :
4316 18th Street, N.W. :
Washington, D.C. 20011 :
:
    **Plaintiff,** :
:
v. :
: Case: 1:07-cv-02255
**GETINGE USA, INC.** : Assigned To : Bates, John D.
SERVE: : Assign. Date : 12/14/2007
Corporation Service Company : Description: PI/Malpractice
80 State Street :
Albany, NY 12207-2543 :
:
    **Defendant.** :



## COMPLAINT

COMES NOW the Plaintiff, Michangelo Scruggs, by and through his attorneys, Joseph Cammarata, Esquire and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### COUNT I
### (Negligence)

1. Plaintiff is a citizen of the District of Columbia, and Defendant Getinge USA, Inc. (hereinafter "Getinge") is a corporation incorporated under the laws of the State of Delaware having its principal place of business in a state other than the District of Columbia. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332. The incident complained of herein occurred in the District of Columbia.

1

2. Upon information and belief, at all times relevant herein, Defendant Getinge was a corporation which inter alia, designed, manufactured, assembled, marketed, distributed, installed and/or maintained operating room lamps, including but not limited to the operating room lamp at issue herein, which injured the Plaintiff, Michangelo Scruggs. Upon information and belief, Defendant Getinge, also did business in and obtained substantial revenues from the sale and/or installation and maintenance of said lamps in Washington, D.C.

3. On or about August 29, 2006, at approximately 8:20 a.m., Plaintiff was at work as a podiatrist at Howard University Hospital located at 2042 Georgia Avenue, N.W. Washington, DC, 20060. He was in surgery about to operate on a patient.

4. On that date, Plaintiff readjusted an operating room lamp, which was situated directly above him, and it subsequently fell from the ceiling and violently struck Plaintiff on the head. The force of the lamp falling out of the ceiling caused Plaintiff to suffer among other injuries, a closed head injury with cognitive impairments.

5. Defendant Getinge manufactured, installed, and/or maintained the operating room lamp that injured the Plaintiff, and had a duty to do so in a reasonable and prudent manner.

6. At no time was Plaintiff contributorily negligent.

7. The Defendant breached its duty to Plaintiff in that, <u>inter</u> <u>alia</u>, the operating room lamp at issue was sold in a defective condition, unreasonably dangerous to the consumer or user, to include a failure to have an adequate design to permit the installation of a safety device on the lamp so as to prevent it from falling out of the ceiling.

8. The operating room lamp at issue was one which Defendant Getinge expected to and did reach the Plaintiff user without any substantial change from the condition in which it was sold and/or installed.

9. The negligent defect in the operating room lamp that caused the light to fall directly on the Plaintiff and the negligent manner in which it was installed and/or maintained was a direct and proximate cause of Plaintiff's injuries.

10. As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Michangelo Scruggs suffered injuries and damages, including, but not limited to: a closed head injury with cognitive impairments, post traumatic headaches, dizziness and blurred vision, herniated disc at L5-S1, contusion to the right eye, cervical, trapezius and lumbar strain, and temporomandibular joint disorder; he has incurred, and will continue to incur, medical and hospital

3

expenses in an effort to care for his injuries; he may have suffered, and may in the future suffer, a loss of earnings and earning capacity; and has suffered and will in the future continue to suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE Plaintiff Michangelo Scruggs, demands judgment from Defendant Getinge USA, Inc. in the full amount of Two Million Dollars ($2,000,000.00) plus prejudgment interest and costs.

## COUNT II
### (Breach of Express and Implied Warranty)

Plaintiff repleads and incorporates, by reference herein, each and every allegation set forth above and further states as follows:

11. At all relevant times herein, Getinge, acting by and through its agents, servants, and/or employees, marketed, sold, and/or otherwise distributed operating room lamps, including but not limited to the operating room lamp at issue, for the ordinary and intended purpose of providing light to Plaintiff and those similarly situated.

12. The operating room lamp at issue at issue was hazardous to consumers and to members of the general public in that, inter alia, the light did not have a safety device that would prevent it from unscrewing itself, and the holes

4

necessary to install such a safety device were not drilled properly into the lamp. The lamp was defective and unfit for its ordinary and intended purpose.

13. The operating room lamp at issue was marketed, sold, distributed, installed and/or maintained by Defendant Getinge in this unreasonably dangerous and defective condition, as set forth above.

14. Due to the unreasonably dangerous and defective condition of the operating room lamp at issue, a substantial risk of harm existed to those who, like Plaintiff Michangelo Scruggs, were reasonably expected to use and/or be exposed to or affected by the lamp.

15. Plaintiff Michangelo Scruggs neither knew nor should have known of any dangers or defects existing in the operating room lamp at issue prior to his injury.

16. At all relevant times herein, Getinge USA, Inc., acting by and through its agents, servants and/or employees, expressly and/or impliedly warranted that the lamp at issue, was both merchantable and reasonably fit and suitable for its intended and ordinary purpose.

17. Defendant Getinge acting by and through its agents, servants and/or employees, breached their express and/or implied warranties by designing, manufacturing, assembling, marketing, selling, otherwise distributing,

installing and/or maintaining the operating room lamp at issue in an unreasonably dangerous and defective condition, as set forth above.

18. As a direct and proximate result of the Defendant's breach of warranties, Plaintiff was injured and damaged as set forth above.

WHEREFORE Plaintiff Michangelo Scruggs, demands judgment from Defendant Getinge USA, Inc. in the full amount of Two Million Dollars ($2,000,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

CHAIKIN, SHERMAN, CAMMARATA & SIEGEL P.C.

/s/ Joseph Cammarata
Joseph Cammarata, Esquire
D.C. Bar No. 389254
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600 ofc
202-659-8680 fax
joe@dc-law.net
*Attorneys for Plaintiff*

### JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/ Joseph Cammarata

6

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Michangelo Scruggs

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Getinge USA, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Chaikin, Sherman, Cammarata, & Siegel, PC
1232 17th St. NW Washington, DC 20036
202-659-8600

Case: 1:07-cv-02255
Assigned To : Bates, John D.
Assign. Date : 12/14/2007
Description: PI/Malpractice

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☒ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☒ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☒ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Personal Injury - 28 - U.S.C § 1332

VII. REQUESTED IN COMPLAINT    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 4 million    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 12-14-07    SIGNATURE OF ATTORNEY OF RECORD   *Joseph Cammarata*

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.