UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHANGELO SCRUGGS | : |
| Plaintiff, | : |
| v. | : Case No.: 1:07-cv-02255 JDB |
| GETINGE USA, INC. | : |
| Defendant. | : |

### CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for defendant Getinge USA, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of defendant Getinge USA, Inc. which have any outstanding securities in the hands of the public.

Defendant Getinge USA, Inc. is a wholly owned subsidiary of Getinge Holding USA, Inc. Getinge Holding USA, Inc. is a wholly owned subsidiary of Getinge AB which is a publicly traded corporation in Sweden.

Zurich Insurance Company, a member of the Zurich-American Insurance Group, 1400 American Lane, Schaumburg, Illinois 60196-1056, issued a liability insurance policy in effect at the time of the injury as alleged in the Complaint.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____/s/_____
D. Stephenson Schwinn, #358835
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202)296-4747
Fax: (202)496-2800

Counsel for Defendant, Getinge USA, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Certificate required by CvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, was mailed, first class and postage prepaid this 9th day of January, 2008, to:

Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata, & Siegel
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036

_____/s/_____
D. Stephenson Schwinn