UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHANGELO SCRUGGS,** : | |
| Plaintiff, : | |
| v. : | Case No.: 1:07-cv-02255 (JDB) |
| **GETINGE USA, INC.,** : | |
| Defendant. : | |

## JOINT RULE 16.3 REPORT

Plaintiff Michangelo Scruggs, and Defendant Getinge USA, Inc., pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), hereby submit the following Joint Rule 12.3 Report. On January 23, 2008, counsel for Plaintiff, Joseph Cammarata, Esq., and counsel for Defendant, D. Stephenson Schwinn, Esq. and Sara A. Allenson, Esq., met to discuss the issues set forth in LCvR 16.3(c) pursuant to this Court's Order of January 10, 2008. The meeting took place at the Law Offices of Chaikin, Sherman, Cammarata, and Siegel, P.C., located at 1232 Seventeenth Street, NW, Washington, DC 20036.

### MATTERS DISCUSSED

This report outlines the discovery plan and addresses the agreements reached on the 14 matters discussed in accordance with LCvR 16.3(c).

1. Status of Dispositive Motions: There are no dispositive motions pending.

2. Amended Pleadings: The parties agree that pleadings can be amended at anytime for good cause shown based upon newly discovered evidence.

3. <u>Assignment to a Magistrate Judge</u>: The parties do not believe that this matter should be assigned to a Magistrate Judge for trial.

4. <u>Settlement Possibility</u>: The parties will ask the Court to refer to case to a Magistrate Judge for early ADR if it is determined that settlement is a possibility.

5. <u>Alternative Dispute Procedures</u>: The parties will ask the Court to refer to case to a Magistrate Judge for early ADR if it is determined ADR is a possibility.

6. <u>Dispositive Motions</u>: The parties respectfully request that any dispositive motions be filed on or before September 15, 2008.

7. <u>Initial Disclosures</u>: The parties respectfully request Initial Disclosures be exchanged on or before February 6, 2008.

8. <u>Discovery</u>: The parties place no limits on Discovery. The parties respectfully request that Discovery be completed by August 7, 2008 with the exception of requests for admission which must be filed on or before August 29, 2008.

9. <u>Experts</u>: The parties respectfully request the following dates for the disclosure and service of expert reports pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P.: disclosure of Plaintiff's Experts on May 2, 1008; disclosure of Defendant's Experts on July 7, 2008. Rebuttal expert disclosures shall be served on or before July 18, 2008.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: None.

12. <u>Proposed Date for Pretrial Conference</u>: The parties respectfully request that a Pretrial Conference be scheduled at the Court's convenience between October 6, 2008 and October 10, 2008.

13. <u>Trial Date</u>: The parties respectfully request that the Court set a trial date during the week of December 8, 2008 through December 12, 2008. At this time, the parties anticipate needing 3-5 days for trial.

Dated: January 31, 2008

Respectfully submitted,

By: <u>/s/ Joseph Cammarata</u>
    Joseph Cammarata #389254
    The Law Building
    1232 17th Street, N.W.
    Washington, DC 20036
    (202)659-8600
    Fax: (202)659-8680
    *Counsel for Plaintiff*

By: <u>/s/ D. Stephenson Schwinn</u>
    D. Stephenson Schwinn, #358835
    1100 Connecticut Avenue, NW
    Suite 600
    Washington, DC 20036
    (202)296-4747
    Fax: (202)496-2800
    *Counsel for Defendant*