```
               THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

MICHANGELO SCRUGGS              :
                                :
    Plaintiff,                  :
                                :
v.                              :   Civil Action No. 1:07-cv-2255
                                :   Judge John D. Bates
GETINGE USA, INC.               :
                                :
    Defendant.                  :

### PLAINTIFF'S 26(a)(1) STATEMENT/WITNESS LIST

COME NOW the Plaintiff, by and through his counsel, pursuant to Fed. R. Civ. P. 26(a)(1), and sets forth the following:

**A.    Individuals with Discoverable Information/Witness List**

    1.    Sanjay Prasad, M.D., P.A. and/or
        Custodian of Records
        Metropolitan Ear Group
        The Camalier Building
        10215 Fernwood Road, Suite 301
        Bethesda, MD 20817;

    2.    Dr. Kirk Geter, Chief Podiatry
        Dr. David Holk
        Elizabeth Nolte, M.D.
        Dr. Copeland
        Dr. Geter
        Adrian B. Crowe, APMBC and/or
        Custodian of Records
        Howard University Hospital
        2041 Georgia Avenue, N.W.
        Washington, D.C. 20060;

    3.    James Teal, M.D. and/or
        Custodian of Records
        Howard University Hospital
        Department of Radiology
        2041 Georgia Avenue, N.W.
        Employee Health Suite 2303
        Washington, D.C. 20060;

4.    Custodian of Records
      The District of Columbia Government
      Department of Employment Services
      Office of Workers' Compensation
      P.O. Box 56098
      Washington, D.C. 20011;

4.    P. Steven B. Macedo, M.D.
      Suzanne Southworth, Ph.D. and/or
      Custodian of Records
      Washington Medical Group, P.C.
      1327 18th Street, N.W.
      Washington, D.C. 20036;

5.    Dr. Mark Monteferrante
      Abbott Huang, M.D.
      Raymond Tu, M.D. and/or
      Custodian of Records
      Bethesda MRI, LLC
      7830 Old Georgetown Road
      Suite C40
      Bethesda, MD 20814-2432;

6.    Nathaniel Randolph, P.T. and/or
      Custodian of Records
      Allied Physical Therapy
      1201 Franklin Street, N.E.
      Washington, D.C. 20017;

7.    Joshua M. Ammerman, M.D. and/or
      Custodian of Records
      Washington Neurosurgical Assoc., P.C.
      3301 New Mexico Avenue, N.W.
      Suite 352
      Washington, D.C. 20016;

8.    Julia J. Muskie, M.D. and/or
      Custodian of Records
      Groover, Christie & Merritt
      1145 19th Street, N.W.
      Washington, D.C.

9.    Paula Whittington
      Graduate Medical Education
      2041 Georgia Avenue, N.W.
      Washington, D.C. 20060;

10. Robin Newton, MD
    Associate Senior Vice President
    Health Sciences & Director
    Graduate Medical Education
    2041 Georgia Avenue, N.W.
    Washington, D.C. 20060;

11. Mary Jennings-Butler, Project Assistant
    Graduate Medical Education Department
    2041 Georgia Avenue, N.W.
    Washington, D.C. 20060;

12. Frederick J. Lewis
    4316 18th Street, N.W.
    Washington, D.C. 20011;

13. Vernicka Irving
    Department of Pathology
    Howard University College of Medicine
    2041 Georgia Avenue, N.W.
    Washington, D.C. 20060;

14. John Harkless, Ph.D.
    Associate Professor, Chemistry
    Howard University
    2041 Georgia Avenue, N.W.
    Washington, D.C. 20060;

15. Kevin Knight
    Michael A. Charron
    Brenda A. Douglas
    Barry Booker
    Howard University Hospital
    2041 Georgia Avenue, N.W.
    Washington, D.C. 20060;

16. Corporate Designee(s) for Getinge USA, Inc.

**B.   Documents**

All non-privileged documents, currently within the Plaintiff's possession are attached hereto, and incorporated by reference herein (the documents are not filed with the Court; however, they were provided to Defendant with this Statement).

C. **Damages Claimed**

(i). Plaintiff's counsel has collected medical expenses, to date, as follows:

```
Metropolitan Ear Group                  $ 2,903.00
Howard University Hospital              To be Provided
Washington Medical Group                $ 9,325.00+
Bethesda MRI, LLC                       $ 9,098.00
Allied Physical Therapy                 $   510.00
Washington Neurosurgical Assoc.         $   395.00
Groover, Christie & Merritt             $ 2,400.00
                        TOTAL:          $24,631.00+
```

Documentation supporting these expenses is attached hereto, and incorporated by reference herein. Plaintiff's counsel is still receiving bills given that Plaintiff continues to treat for his injuries. Medical bills will be supplemented, as they are received. Plaintiff expects to be presenting a claim for the cost of future medical expenses.

(ii). In addition, Plaintiff incurred lost wages. Plaintiff expects to be presenting a claim for future lost wages and/or diminished earning capacity. The amount of past and future lost wages/diminished earning capacity will be provided.

(iii). Plaintiff is also making a claim for pain and suffering.

D. **Insurance Agreements**

None.

Plaintiff reserves the right to supplement these disclosures as discovery and Plaintiff's medical treatment progresses.

4

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL P.C.**

/s/ Joseph Cammarata_____
Joseph Cammarata, Esquire
D.C. Bar No. 389254
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600 ofc
202-659-8680 fax
joe@dc-law.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff's 26(a)(1) Statement was hand-delivered, this 6th day of February 2008, to:

D. Stephen Schwinn, Esquire
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

/s/ Joseph Cammarata_____
Joseph Cammarata

5