THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHANGELO SCRUGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-02255 |
| ) | |
| GETINGE USA, INC. ) | |
| ) | |
| Defendant. ) | |

## RULE 26(a)(1) DISCLOSURES OF
## DEFENDANT GETINGE USA, INC.

Defendant Getinge USA, Inc., by and through counsel, hereby makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

**A. Individuals likely to or who may have discoverable information that the disclosing party may use to support its claims or defenses.**

1. All witnesses identified in Plaintiff's initial disclosures and interrogatory answers.

2. Marilyn Ward, Tax Administrator, Getinge USA, c/o Jordan, Coyne & Savits, L.L.P. 1100 Connecticut Ave, NW, Suite 600, Washington, DC 20036. Witness has general knowledge of the policies and corporate history of the defendant.

3. Chris Mannarino, Technical Support Manager, Maquet, Inc., c/o Jordan, Coyne & Savits, L.L.P. 1100 Connecticut Ave, NW, Suite 600, Washington, DC 20036. Witness has knowledge of the serial number scheme.

4. David Clauss, Branch Manager, Getinge USA, c/o Jordan, Coyne & Savits, L.L.P. 1100 Connecticut Ave, NW, Suite 600, Washington, DC 20036. Witness was present at the investigation of the occurrence.

5. David Maggi, Sr. Service Representative, Getinge USA, c/o Jordan, Coyne & Savits, L.L.P. 1100 Connecticut Ave, NW, Suite 600, Washington, DC 20036. Witness was present at the investigation of the occurrence.

**B. Description by Category of Supporting Documents**

1. Getinge USA Problem Reporting Database prepared by Lorry Cordaro on 09/07/06.

2. Serialization Legend for 200 Series Lights for MDT 1990-1995.

**C. Computation of Damages**

1. This Defendant has no claim for damages.

**D. Insurance Agreement**

1. A copy of the Zurich policy in force on the date of the loss will be provided for inspection.

Respectfully submitted,
**JORDAN COYNE & SAVITS, L.L.P.**

By: _____/s/_____
D. Stephenson Schwinn, #358835
1100 Connecticut Avenue, NW, Suite 600
Washington, DC 20036
(202)296-4747
Fax: (202)496-2800
Counsel for Defendant, Getinge USA, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Rule 26(a)(1) Disclosures of Defendant Getinge USA, Inc. was electronically filed and mailed, first class and postage prepaid this 6th day of February, 2008, to:

Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata, & Siegel
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036

_____/s/_____
D. Stephenson Schwinn

2

# Getinge USA Problem Reporting Database

**Log Number:** 06090701

**Issued By:** Lorry Cordaro
**Issue Date:** 07-Sep-06

**SAP Registration Number:** NA
**Complaint/Report Source:** Customer
**Forwarded to Internal HS Date:**

**Place of event:**
**Assigned To:** Charleston

**Customer SO or Number:** Unknown
**Name of Facility:** Howard University Hospital
**Street Address:** 2041 Georgia Ave. NW
**City / State / Zip:** Washington, DC 20060

**Reported By:** Mike Sharon
**Phone/Fax:** 202-369-0280
**Department:** Engineering

**Person Endangered:** No
**Person Injured:** No  **Name:** NA
**Property Damage:** No
**Description of injury or damage:** NA

**Event Date:**
**Product Type:** MDT Castle Surgical Light
**Product Number:** MDT Castle 2032
**Serial Number:** JKM85115
**Year of Manufacture:** Unknown
**Date of Delivery:** Unknown
**Installation Date:** 1/1/92
**Time in Service:** > 2 Years

**Description of event and actions**   **Add'l Documents Attached:** No

On 8/29/06, 10:30 AM, David Clauss received a voice mail from Michael Sharon, Facilities Manager, Howard University Hospital regarding an incident involving a MDT Castle surgical light falling out of the ceiling. It was also reported that a doctor and patient were involved, and there were injuries of an unspecified nature.

**Regulatory Information - To be completed by GUSA QA Department**   **Date Received by QA:** 07-Sep-06
**Manufacturer:** Getinge/Castle   **Classification:** Level 1 Product Complaint: Injury, potential injury, or property damage
**Questionable Part:** Light   **Investigation required:** Yes

**Action desired by Getinge USA:**

**Investigation results and activities**   **Log Number:** 06090701

9/7/06: David Clauss (Branch Manager), account service representative Mr. Elbert Adams, and David Maggi Sr Service Representative, arrived at the facility same day (12.30 PM) to investigate incident. They were met by Mr. Sharon, and taken to Operating Room 8 in the main operating room area. Per David Clauss they observed a MDT Castle 2032, serial numbers JKM 85115 and JKM85119 on the floor upon entering the operating room. This 2032 was installed 12/19/92. However it is unclear who actually performed the original installation. Investigation revealed that the surgical light post holding the dual extension arms and lampheads had unscrewed from the suspension tube. Upon further investigation it appears that during the original installation process, that the roll pin locking the post and suspension tube together had never been installed, since no holes were drilled to insert the pin. To complicate the issue is the fact that a sheetrock ceiling

**Status:** Open   **Status Date:** 07-Sep-06   **Resolved Date:**   **Closed Date:**
**MDR Required:** Yes   **MDR No.** TBD   **Loop closed**
**Signed**   **Closed By**

Serialization Legend for 200 Series Lights for MDT
1990-1995

| 1st letter is Month | 2nd letter Year | 3rd Letter product | Number ID |
|---|---|---|---|
| A = January | K = 1990 | M = Major 3 pod | Last 3 digits of pt # then sequence for month |
| B = February | L = 1991 | | e.g., 516**851** = 85101, 02, 03….. |
| C = March | M = 1992 | | |
| D = April | N = 1993 | | |
| E = May | O = 1994 | | |
| F = June | P = 1995 | | |
| G = July | | | |
| H = August | | | |
| I = September | | | |
| J = October | | | |
| K = November | | | |
| L = December | | | |

2/1/08