UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHANGELO SCRUGGS,

    Plaintiff,

        v.                              Civil Action No.  07-2255 (JDB)

GETINGE USA, INC.,

    Defendant.

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on February 13, 2008, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. All initial disclosures shall be exchanged on or before February 6, 2008. Disclosure and service of plaintiff's expert reports pursuant to Fed. R. Civ. P. 26(a)(2) shall by completed by not later than May 2, 2008.  Disclosure and service of defendant's experts shall be completed by not later than July 7, 2008.  Rebuttal expert disclosures shall be served by not later than July 18, 2008.

2. Discovery shall close on August 7, 2008.

3. Dispositive motions shall be filed by not later than September 15, 2008.

4. A status conference is scheduled for July 31, 2008.

**SO ORDERED.**

                                            /s/ John D. Bates
                                            JOHN D. BATES
                                   United States District Judge

Date: February 13, 2008