UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHANGELO SCRUGGS | : |
| Plaintiff, | : |
| v. | : Case No.: 1:07-cv-02255 JDB |
| GETINGE USA, INC. | : |
| Defendant. | : |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, by and through undersigned counsel, respectfully request that the Court amend the scheduling order to extend the following deadlines that are set forth in its scheduling order:

| Old Deadline | New Deadline | Event |
|---|---|---|
| May 2, 2008 | June 9, 2008 | Plaintiff's Rule 26(a)(2) Expert Disclosure |
| July 7, 2008 | August 14, 2008 | Defendant's Rule 26(a)(2) Expert Disclosure |
| July 18, 2008 | August 25, 2008 | Rebuttal Expert Disclosure |
| August 7, 2008 | September 5, 2008 | Discovery Closes |
| | September 27, 2008 | Requests for Admissions Deadline |

In support thereof, the parties respectfully refer the Court to the accompanying Memorandum of Points and Authorities and Proposed Order.

WHEREFORE, for all the foregoing reasons, the parties respectfully request that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| **JORDAN COYNE & SAVITS, L.L.P.** | **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.** |
| | |
| By:_____/s/_____ | By: _____/s/_____ |
| D. Stephenson Schwinn, #358835 | Joseph Cammarata, Esq. #389254 |
| 100 Connecticut Avenue, NW | The Law Building |
| Suite 600 | 1232 Seventeenth Street, NW |
| Washington, DC 20036 | Washington, DC 20036 |
| (202)296-4747 | (202)659-8600 |
| Fax: (202)496-2800 | Fax: (202)659-8680 |
| Counsel for Defendant, Getinge USA, Inc. | Counsel for Plaintiff, Michangelo Scruggs |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st Day of May, 2008, a copy of the foregoing Joint Motion to Amend Scheduling Order, Memorandum of Points and Authorities in support thereof, and proposed Order were electronically served by e-mail and was mailed, postage prepaid, to:

Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata, & Siegel
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036


_____/s/_____
D. Stephenson Schwinn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No.: **1:07-cv-02255 JDB** |
| v. : | |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| **Defendant.** : | |
| _____: | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO AMEND SCHEDULING ORDER

1.   Pursuant to the Scheduling Order, Plaintiff's disclosure of experts is due to be filed by May 2, 2008 and Defendant's disclosure of experts is due to be filed by July 7, 2008 with rebuttal expert reports due by July 18, 2008.

2.   Due to the passage of time since the sale of the product at issue and the intervening corporate acquisitions by Getinge USA, Inc., Defendant, despite diligent efforts, has not yet been able to provide a corporate designee to testify as to all matters requested by Plaintiff, and Plaintiff has not been able to complete the 30(b)(6) depositions.

3.   Accordingly, the parties respectfully request that the Court extend the deadline for submission of the expert reports until June 9, 2008 for the Plaintiff, August 14, 2008 for the Defendant, and August 25, 2008 for any rebuttal. The parties also respectfully request that the completion of discovery be extended to September 5, 2008 with the exception of requests for admission which must be filed on or before September 27, 2008.

                                                                                 Respectfully submitted,

| **JORDAN COYNE & SAVITS, L.L.P.** | **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.** |
|---|---|
| By: _____/s/_____ | By: _____/s/_____ |
| D. Stephenson Schwinn, #358835 | Joseph Cammarata, Esq. #389254 |
| 100 Connecticut Avenue, NW | The Law Building |
| Suite 600 | 1232 Seventeenth Street, NW |
| Washington, DC 20036 | Washington, DC 20036 |
| (202)296-4747 | (202)659-8600 |
| Fax: (202)496-2800 | Fax: (202)659-8680 |
| Counsel for Defendant, Getinge USA, Inc. | Counsel for Plaintiff, Michangelo Scruggs |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 1:07-cv-02255 |
| v. : | Judge John D. Bates |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| **Defendant.** : | |
| _____: | |

# ORDER

Upon consideration of the Joint Motion to Amend Scheduling Order and the Memorandum of Points and Authorities, it is, this ___ day of _____, 2008;

ORDERED that the Motion be, and the same hereby is, GRANTED; and the scheduling order is amended as follows:

| | |
|---|---|
| Plaintiff's Expert Reports Due | 06/09/2008 |
| Defendant's Expert Reports Due | 08/14/2008 |
| Rebuttal Report Due | 08/25/2008 |
| Close of Discovery | 09/05/2008 |
| Requests for Admission | 09/27/2008 |

SO ORDERED.

Date: _____         _____
                                       John D. Bates
                                       United States District Judge

cc:
D. Stephenson Schwinn, Esquire
100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Joseph Cammarata, Esquire
The Law Building
1232 Seventeenth Street, NW
Washington, DC 20036