THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHANGELO SCRUGGS, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    ) Case No.: 1:07-cv-02255<br>    )<br>GETINGE USA, INC. )<br>    )<br>    Defendant. )<br>_____) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on this 30th day of May, 2008 Defendant Getinge USA, Inc. served a copy of this Certificate and a copy of the Defendant's Response to Plaintiff's Second Request for Production of Documents on:

        Joseph Cammarata, Esq.
        Chaikin, Sherman, Cammarata, & Siegel
        The Law Building
        1232 17th Street, N.W.
        Washington, D.C. 20036

I will retain the original copies of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

        Respectfully submitted,

        JORDAN COYNE & SAVITS, L.L.P.


        By: ____/s/_____
        D Stephenson Schwinn #SC3433
        1100 Connecticut Avenue, NW, Suite 600
        Washington, DC  20036
        (202) 496-2806
        (202) 496-2800 (fax)