REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1332 Diversity-Personal Injury | | | |
|---|---|---|---|---|
| CASE NO:<br>07-2255 | DATE REFERRED:<br>07/31/08<br><br>DISPOSITION DATE: | PURPOSE:<br>settlement discussion | JUDGE:<br>John D. Bates | MAG. JUDGE<br>John M. Facciola |

| PLAINTIFF(S):<br>MICHANGELO SCRUGGS | DEFENDANT(S):<br>GETINGA USA, INC. |
|---|---|

ENTRIES:

FOR A PERIOD OF SIXTY (60) DAYS