UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 1:07-cv-02255 JDB |
| v. : | |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| Defendant. : | |
| _____: | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR
FILING EXPERT WITNESS DESIGNATION STATEMENT**

Defendant Getinge, USA, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 16(b)(4) and LCvR 16.1(b) respectfully request for good cause that the Court amend the scheduling order to allow additional time for the filing of Defendant's Expert Witness Designation Statement. Defendant is presently unable to meet the deadline due to delays in discovery and medical issues and requests that the court request and extension to August 29, 2008 for the Defendant to file its Expert Designation and until September 12, 2008 for the Plaintiff to identify rebuttal witnesses. The relief requested herein - additional time for filing its Expert Designation Statement -will not result in prejudice to any party, nor cause any delays in the resolution of this matter.

In further support of its Motion, the Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities and Proposed Order.

WHEREFORE, upon consideration of the foregoing, Defendant respectfully request that this motion be granted.

        Respectfully submitted,

        **JORDAN COYNE & SAVITS, L.L.P.**

        By: _____/s/_____
        D. Stephenson Schwinn, #358835
        100 Connecticut Avenue, NW
        Suite 600
        Washington, DC 20036
        (202)296-4747
        Fax: (202)496-2800
        Counsel for Defendant, Getinge USA, Inc.

## LCvR 7(m) CERTIFICATION

**I HEREBY CERTIFY** that on the 13th Day of August, 2008 counsel for the parties discussed the relief requested in this motion and Counsel for Plaintiff did not consent to the relief requested.

        _____/s/_____
        D. Stephenson Schwinn

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 14th Day of August, 2008, a copy of the foregoing Joint Motion to Amend Scheduling Order, Memorandum of Points and Authorities in support thereof, and proposed Order were electronically served by e-mail and was mailed, postage prepaid, to:

        Joseph Cammarata, Esquire
        Chaikin, Sherman, Cammarata, & Siegel
        The Law Building
        1232 17th Street, N.W.
        Washington, D.C. 20036

        _____/s/_____
        D. Stephenson Schwinn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 1:07-cv-02255 JDB |
| v. : | |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| Defendant. : | |
| _____ : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO EXTEND DEADLINE
FOR FILING EXPERT WITNESS DESIGNATION STATEMENT**

On May 1, 2008, counsel for Defendant and Counsel for Plaintiff filed a Joint Motion to Amend the Scheduling Order. At that time, the Court granted the Motion which provided that the Plaintiff's Rule 26(a)(2) Expert Disclosure Statement was due on June 9, 2008; Defendant's Rule 26(a)(2) Expert Disclosure Statement was due August 14, 2008; and Rebuttal Experts were due August 25, 2008.

The Defendant requests an extension of time until Friday, August 29, 2008 to file its Rule 26(a)(2) Expert Disclosure Statement because a number of delays have plagued the Defendant's experts. The Defendant will provide copies of their expert reports to Plaintiff's counsel as they are available and will file a complete Expert Disclosure Statement on August 29, 2008. The Defendant also requests that the deadline for Plaintiff to provide rebuttal witnesses be extended to September 12, 2008.

The Defendant plans on offering the opinions of several experts including Mr. William Daley, engineer; Mr. Joseph Rose, vocational rehabilitation counselor; Mr. Jerome Paige,

economist; Dr. Paul Fedio, neuropsychologist; Dr. Lewis Levitt, orthopedic surgeon; and Dr. Rodriguez, neurologist.

However, Defendant is presently unable to meet the deadline due to delays in discovery. These delays in the expert witness being able to prepare timely reports began when Counsel for all parties were unable to conduct the deposition of Howard University Hospital prior to July 15, 2008. Several of the expert witnesses' reports are dependant on the testimony given by Howard University Hospital during that deposition. Though the transcripts of these depositions were provided to the experts as soon as they were available, the experts require additional time to review the information and formulate their opinions.

This delay is compounded by the fact that, some of the experts' reports are dependant on the reports of other experts. For example, the Economist cannot proceed in formulating his opinion without the report from the Vocational Counselor.

Defendant's neuropsychologist, Dr. Fedio, underwent knee replacement surgery this spring and has been recovering for the past few months. Though he was able to evaluate the Plaintiff's medical records during his recovery, Dr. Fedio is not able to evaluate the Plaintiff until August 14, 2008. After the examination, Dr. Fedio will need time to review the Plaintiff's test results and prepare his report. Counsel for Plaintiff consented to the extension of time for filing Dr. Fedio's expert report in an August 13, 2008 telephone conversation.

The Defendant believes that it is in the interest of judicial economy to allow the Defendant to file one, complete Expert Disclosure Statement on or before August 29, 2008 rather than multiple supplements.

The Plaintiff will not be prejudiced by this brief extension of the expert disclosure statement, as the Defendant will provide the Plaintiff with copies of each expert report as soon it

is available. Additionally, the Plaintiff will have two full weeks prior to the mediation scheduled on September 12, 2008 to review the final Expert Designation Statement. The extension will not affect any other deadlines in place in this case.

Accordingly, counsel for Defendant requests that this Honorable Court grant Defendant's motion to Extend the Deadline for Filing Defendant's Expert Designation Statement for the good cause shown.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**

By: _____/s/_____
D. Stephenson Schwinn, #358835
100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202)296-4747
Fax: (202)496-2800
Counsel for Defendant, Getinge USA, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS**  :  <br>  :  <br> **Plaintiff,**  :  <br>  :  <br> v.  :  <br>  :  <br> **GETINGE USA, INC.**  :  <br>  :  <br> **Defendant.**  :  <br> _____  :  | Case No.: 1:07-cv-02255 <br> Judge John D. Bates |

## ORDER

Upon consideration of the Defendant's Motion to Extend the Deadline for Filing Expert Witness Designation Statement and the Memorandum of Points and Authorities, it is, this \_\_\_ day of _____, 2008;

ORDERED that the Motion be, and the same hereby is, GRANTED; and the scheduling order is amended as follows:  Defendant's Expert Reports Due 08/29/2008; Rebuttal Witnesses Due 9/12/2008.

SO ORDERED.


Date: _____

_____
John D. Bates
United States District Judge

cc:
D. Stephenson Schwinn, Esquire
100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Joseph Cammarata, Esquire
The Law Building
1232 Seventeenth Street, NW
Washington, DC 20036