UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHANGELO SCRUGGS     :
                    :
     Plaintiff,        :
                    :     Case No.: 1:07-cv-02255 JDB
v.                    :
                    :
GETINGE USA, INC.       :
                    :
     Defendant.      :
_____:

DEFENDANT'S PRELIMINARY EXPERT
WITNESS DESIGNATION STATEMENT

Defendant Getinge, USA, by and through undersigned counsel, and pursuant to Fed. R.

Civ. P. 26(A)(2) respectfully requests leave to submit this preliminary expert witness designation

statement. Defendant has filed a motion to extend the deadline for filing its expert witness

designation statement. At this time, Defendant expects to call the following expert witnesses:

       1.     **Joseph H. Rose. C.R.C., M.Ed.**
            **P.O. Box 90381**
            **Washington, DC 20090**

Joseph Rose is a Certified Rehabilitation Counselor. Mr. Rose will testify about the

nature of Plaintiff's injuries and resulting limitations as well as the impact of these limitations on

his future income, if any. Based upon his training, experience, education, and his review of the

medical records, evaluation of Plaintiff, discovery materials, and depositions, Mr. Rose will

testify that Plaintiff is capable of working as a podiatrist and should have no wage loss. Mr. Rose

will testify in accordance with his report, a copy of which is attached along with his curriculum

vitae, fee schedule, and list of case appearances as Exhibit 1.

2.    **Jerome S. Paige, Ph.D.**
      **1691 Tamarack Street, NW**
      **Washington, DC 20012**

Jerome Paige is a forensic economist. Based upon his training, experience, education, and his review of the discovery materials, he will testify about the economic losses sustained by Plaintiff if any, and will comment on the report of Plaintiff's forensic economist. Copies of his report, curriculum vitae, fee schedule, and list of case appearances are attached as Exhibit 2.

3.    **William H. Daley, III, P.E.**
      **2444 Holly Avenue**
      **Annapolis, MD 21401**

William Daley is a Professional Engineer with an expertise in safety engineering. Based upon his training, experience, education, visit to the site, analysis of the product, and review of the discovery materials and depositions, Mr. Daley will offer his opinions on the existence of any defect in the design, manufacture, installation, or maintenance of the surgical lamp. Mr. Daley's curriculum vitae, fee schedule, and list of case appearances are attached as Exhibit 3. Mr. Daley's report will be provided to the Court and counsel immediately upon receipt.

4.    **Paul Fedio, Ph.D.**
      **9408 Raintree Road**
      **Burke, VA 22015**

Dr. Paul Fedio is a clinical neuropsychologist. Based upon his training, experience, education, review of the medical records, review of discovery materials, interview, and evaluation of Plaintiff, Dr. Fedio will testify about the nature, extent, and cause of the cognitive impairment sustained by Plaintif, if any. Dr. Fedio was not able to evaluate the Plaintiff until August 14, 2008 due to his recovery from surgery.  Dr. Fedio's report will be provided to the Court and counsel immediately upon receipt. Dr. Fedio's curriculum vitae and list of case appearances are attached as Exhibit 4.

5.     **Ignacio R. Rodriguez, M.D.**
       **8757 Georgia Ave. #430**
       **Silver Spring, MD 20910**

Dr. Ignacio Rodriguez is a board certified neurologist who will testify about the nature,

extent, and cause of any neurological impairment sustained by Plaintiff, if any. Based upon his

training, experience, education, review of the medical records, and evaluation of Plaintiff, Dr.

Rodriguez will testify that the Plaintiff's headaches and vertigo are improving and that

continuing his professional career as a podiatrist is the best rehabilitative treatment for the

Plaintiff. Dr. Rodriguez's report, curriculum vitae, fee schedule, and list of case appearances are

attached as Exhibit 5.

6.     **Louis E. Levitt, M.D., C.I.M.E.**
       **1850 M. Street, N.W. – Suite 750**
       **Washington, DC 20036**

Dr. Louis Levitt is a board certified Orthopaedic Surgeon and Independent Medical

Examiner. Based upon his training, experience, education, review of the medical records, and

evaluation of Plaintiff, Dr. Levitt will testify that the Plaintiff has no objective findings

suggestive of active disc syndrome, no evidence of an active musculoskeletal process residual

from the injury, and that Plaintiff exaggerates his symptoms. Dr. Levitt will further testify that

the Plaintiff is no longer in need of medical treatment as a result of the injury and is able to

return to his position as a podiatrist without restriction. Dr. Levitt's report, curriculum vitae, and

fee schedule are attached hereto as Exhibit 6.  A list of cases, including mostly workers'

compensation claims will be provided on receipt.

Respectfully submitted,

**JORDAN COYNE & SAVITS, L.L.P.**


By: _____/s/_____
D. Stephenson Schwinn, #358835
100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202)296-4747
Fax: (202)496-2800
Counsel for Defendant, Getinge USA, Inc.


## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 20th Day of August, 2008, a copy of the foregoing

Preliminary Expert Witness Designation Statement was electronically filed via e-mail and was

mailed, postage prepaid, to:

Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata, & Siegel
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036


_____/s/_____
D. Stephenson Schwinn

1

Rehabilitation Counselors, Incorporated
P.O. Box 1217
Bowie, Maryland 20718
Phone: 202-408-9555        Fax: 301-352-5331

**Joseph H. Rose M.Ed., C.R.C.**
**Vocational Expert**

August 11, 2008

Sara A. Allenson, Esquire
Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Re:    **Scruggs v. Getinge USA, Inc.**
       Vocational Assessment

## Referral

This report is pursuant to your request to evaluate the plaintiff, Michangelo Scruggs' current and future employability and wage earning capacity related to his complaint. I had access to a number of sources of information for the purpose of my analysis, including medical and other records provided by your office. This material was reviewed for a history of his diagnosed condition, treatment, prognosis and residual limitations, if any.

I interviewed Dr. Scruggs on July 2, 2008 in the offices of his attorney for an overall personal, educational and work history. This information was adequate for me to assess his future employability within a reasonable degree of professional certainty in the field of rehabilitation counseling.

## Plaintiff History

Dr. Scruggs is a thirty-four year old male who was born on April 18, 1974 in St. Louis, Missouri. He holds a Bachelor of Arts Degree in Biology from Fisk University, in 1996, and a Doctor of Podiatric Medicine in 2002-2003 from the Ohio College of Podiatric Medicine. Dr. Scruggs is single, and has lived in the Washington, D.C. area for approximately six (6) years.

Page 2.
Scruggs.

## **Employment History**

The following is an analysis of the jobs Dr. Scruggs has held since approximately July 2003. The skills developed and/or demonstrated during his employment provide a basis for determining his future employability.

1. Position:              Manager Special Projects (Graduate Medical Residents)
   Employer:             Howard University
   Dates of Employment:  09/10/07 - Present
   Earnings:             $62,820.00 – Fringe Benefits, Dental, etc.
   Physical Demands:     Sedentary with some walking
   **NOTE:**             **He uses an Ergonomic Chair**

2. Position:              Chief Podiatric Surgical Resident
   Employer:             Howard University Hospital
   Dates of Employment:  2005-2007
   Earnings:             $40,000 approximately
   Physical Demands:     Sedentary - Light

3. Position:              Orthopedic Technician
   Employer:             U.S. Government, Department of the Army
   Dates of Employment:  From about 07/03 – 09/04
   Earnings:             $21.00 per hour (Contract Position)
   Physical Demands:     Sedentary – Light
   **NOTE:**             **Put on cast and advised on below the knee issues!**

## **Medical Status**

The plaintiff's medical records are available to all parties and will not be repeated individually. However, on May 14, 2008, Ignacio R. Rodriguez, M.D., performed an Independent Medical Evaluation on Dr. Scruggs. Dr. Rodriguez noted the following:

- The patient continues to have decreased range of motion in the lumbosacral spine with radiating pain going down his leg.
- Range of motion in the cervical spine was full and pain free throughout.
- I find no evidence of persistent sensory loss, reflex asymmetry or muscle impairment. The patient has full strength in all major muscle groups and no signs of muscle atrophy.

Impressions:

1. Post traumatic headaches, Improved
2. Post traumatic vertigo, Improved

Page 3.
Scruggs.

3. Mild memory loss, related both to postconcussive syndrome as well as continued use of Valium.
4. Persistent lumbosacral strain injuries
5. Cervical strain injury; Resolved.

- I think he should try to wean himself of Valium since this is, in all likelihood, contributing to his complaint of memory problems.
- Dr. Scruggs has not yet reached maximum medical improvement, but I would hope that within the next six to twelve months this would occur.

Suzanne Southworth, Ph.D., administered a second Neuropsychological Evaluation on 08/29/2007 & 09/07/2007, in which she reported the following:

- A previous Neuropsychological Evaluation indicated that he was exhibiting impairment in processing speed, visual-spatial skills, response inhibition, and sustained attention.
- He feels there has been significant improvement in his functioning since that time, but does not feel he is able to focus or process information as well as he was before his injury.
- He demonstrated substantial improvement in auditory and visual memory, visual sustained attention, working memory, and visual-spatial skills.
- He also showed slight improvement in auditory sustained attention and his ability to scan material and respond to target stimuli quickly and accurately.

## Occupational Outlook

Michangelo Scruggs occupational/professional outlook is excellent as it relates to working as a Doctor of Podiatric Medicine and Healthcare/Hospital Administration. Dr. Scruggs currently works at Howard University as a Manager of Special Projects, where he reports that he earns approximately $62,820.00 annually.

According to the July 15, 2008, deposition testimony of Robin C. Newton, M.D., Dr. Scruggs is a full time employee of Howard University, where he serves as the Manager of Special Projects associated with Graduate Medical Residents. When asked about Dr. Scruggs' intention to go back into Podiatry, she stated the following:

- To my knowledge, that's his full interest.
- He was never – he never has expressed anything to the contrary.
- His hire was because I needed somebody and he was trying to set up his office and get his surgical career going, and while he was doing that he consented to come and help me out because I had a need that was pretty quick.
- And to my knowledge, he's still setting up his office and gotten his licenses and malpractice, and I think, he's starting to do some things, but not very quickly.
- My agreement with Dr. Scruggs is that when he is ready to return full time to Podiatric Surgical Practice, that he will give me sufficient notice so that we can identity someone that can fill the position that he is in.

Page 4.
Scruggs.


**Summary/Conclusions**

According to the U.S. Department of Labor, Occupational Outlook Handbook, 2006-2007 Library
Edition, the median annual earnings of a salaried Podiatrist were $94,400 in 2004.  A survey by Podiatry
Management Magazine reported median net income of $113,000 in 2004.  Additionally, Podiatrists in
partnership tended to earn higher net income than those in solo practice.

After considering relevant medical evidence, and the deposition testimonies of Dr. Scruggs' supervisors at
Howard University, it is clear that he intends to continue his Podiatric Practice in the near future.  As
such, his future wage earning capacity as a Podiatrist will not be diminished by any physical limitations
that he projects.

However, he did sustain a fairly serious injury and according to Dr. Ignacio Rodriguez's IME Report,
Dr. Scruggs has not yet reached maximum medical improvement, but I would hope that within the next
six to twelve months this would occur.

Therefore, based on the full scope of medical and other evidence, Dr. Scruggs is improving medically,
and currently works an average of fifty (50) hours per week as a Special Projects Manager.

Should you have any questions, please feel free to contact me.


Sincerely,


Joseph H. Rose, C.R.C., M.Ed.

# CURRICULUM VITAE

## JOSEPH H. ROSE, C.R.C.,M.Ed.
P.O. Box 90381
Washington, D.C.  20090-0381
202-408-9555

### OBJECTIVE

Provide expert consultations in the areas of worker's compensation rehabilitation, employee assistance programs, loss wages, wrongful deaths and medical malpractice.

### EXPERIENCE

**Senior Consultant**
*(February 1977 to Present)*

Joseph H. Rose, C.R.C.,M.Ed.
Private Rehabilitation Consultant

As a rehabilitation consultant, duties have included the vocational evaluation of claimants referred by the U.S. Department of Labor, attorneys, insurance companies and self-insured businesses. Develop sound rehabilitation plans and strategies in the resolution of individual cases. I interview, counsel and correspond with claimants, physicians and attorneys, as well as review medical and other pertinent records used to determine wage losses.

I am responsible for providing an initial rehabilitation interview and vocational assessment to identify the injured individuals overall work skills and abilities. I determine the injured individuals work readiness for reemployment, as well as deceased individuals projected earning capacities. I provide expert testimony in the areas of vocational evaluation, employment, physical work capacities, loss of wages, earnings capacities and labor market survey and life care plans.

**Consultant**
*(January 1994 to March 1994)*

Alignment Strategies
Los Angeles, California &
Washington, D.C.

As a consultant, I provided professional services and expertise in the areas of business assessments, restructuring, diversity assessments, training and interventions.

**Director of Personnel and Rehabilitation Services**
*(November 1968 to September 1976)*

Davis Memorial Goodwill Industries
Washington, D.C.

As Director of Personnel and Rehabilitation Services, I had the overall administrative responsibility for the two aforementioned services, which were comprised of six departments with approximately 300 employees. As Personnel Director, I planned, programmed and established personnel policy for the provision of services designed to support the objective of the organization.

I analyzed, evaluated and recommended allocation of all classes of position. I provided a full range of technical an advisory services to employees and management of all levels, as well as supervised selective job placements and follow-up. I developed position descriptions for the organization and supervised the recruitment of new employees.

I developed and implemented a system that enabled the Personnel Department to provide satisfactory personnel administration services to all functions relating to such programs as: Jobs 70, Manpower Development Training Act (MDTA) and Court Referred Programs. The aforementioned programs served approximately 10,600 disabled individuals. I had the administrative responsibility for program development and management of staff work loads.

**Rehabilitation Consultant**                          Office of Worker's Compensation
*(February 1978 – 1990 & June 1997)*                 U.S. Department of Labor
                                                     District 25 – Washington, D.C.

As a Certified Rehabilitation Counselor, I provided vocational rehabilitation services to workers injured under acts administered by the Office of Worker's Compensation Programs.

**Vocational Expert**                                 Social Security Administration
*(June 1997 – January 31, 2006)*                     Office of Hearings and Appeals

I provide expert (2543) services when requested by representatives from the Office of Hearings and Appeals in accordance with Social Security Administration

**Commissioner, Commission on Rehabilitation Counselor Certification (CRCC)**, May 2006- – June 30, 2010.

## EDUCATION

Bachelor of Arts                                      St. Augustine's College
(Summer of 1968)                                      Raleigh, North Carolina

Executive Training Program                            Goodwill Industries of America
1972 – 1975

Continuing Education
1983 – 1985

Certified Rehabilitation Counselor                    Commission on Rehabilitation
1975 to Present                                       Counselor Certification

Master of Education in Rehabilitation Counseling      Coppin State College
May 1994                                              Baltimore, Maryland

Rehabilitation Counselor Certification                U.S. Department of Labor
March 1996                                            OWCP

| REHABILITATION COUNSELORS, INC.<br>Joseph H. Rose, C.R.C.,M.Ed.<br>Vocational Expert<br>Consulting Fee Schedule and Terms (Effective January 1, 2008) | |
| --- | --- |
| CASE REVIEW/PROFESSIONAL<br>CONSULATION | $250.00 PER HOUR |
| REHABILITATION COUNSELING | $250.00 PER HOUR |
| TRAVEL TIME/CLERICAL | $70.00 PER HOUR |
| COURT TESTIMONY/DEPOSITIONS | $700.00 FIRST HOUR<br>$400.00 EACH HOUR THEREAFTER |

- There will be a non-refundable fee of $700.00 for designating Joseph H. Rose, C.R.C.,M.Ed. as a vocational expert in each case, to be deducted from any initial services provided by me.

- Rehabilitation Consultations are billed at $250.00 per hour.

- Depositions and trial testimony are billed at $700.00 per hour for the first hour, and $400.00 or any parts thereof for each succeeding hour.

- Depositions and trial testimony fees are due one week in advance of my scheduled appearance.

- Deposition or trial testimony cancellations are not automatically refundable, contingent on advanced cancellation notice (Five Business Days).

# REHABILITATION COUNSELOR'S, INC.

## *JOSEPH H. ROSE, C.R.C., M.Ed.*

### *LIST OF CASES*

2000 TO August 2008

(PAGES 6 – 10)

LAST UPDATED August 2008

Page 6.
Case Listing.

| Case Name | CA/CJA Number | Jurisdiction | Referral Source | Plaintiff/Defendant |
|---|---|---|---|---|
| Sadie Childs v. Holiday Spa (1/97) | | Superior Court for the District of Columbia | James Hood, Esquire | Plaintiff (Deposition) |
| Tonya Odems v. District of Columbia | CA No. 99-2615 | Superior Court for the District of Columbia | Sidney Schupak, Esquire | Plaintiff (Deposition) |
| Crystal Baker v. The Just Corporation | CA No. 99CA5270 Judge H. Dixon, Jr. | Superior Court for the District of Columbia | Richard Brown, Esquire | Plaintiff (Deposition) |
| Doretha Ward v. The George Washington University Medical Center | CA No. 0003848-00 Judge Joan Zeldon | Superior Court for the District of Columbia | Sidney Schupak, Esquire | Plaintiff (Deposition) |
| Tamara Thomas v. Thrifty Rent-A-Car Systems, Inc. | CA No. 00CA04602 | Superior Court for the District of Columbia | Thomas Queen, Esquire | Plaintiff (Deposition) |
| Kathryn Stasak v. Braun, Inc. | CA No. 24-C-99-004950 | Circuit Court for Baltimore, MD | Paul Maloney, Esquire | Defendant (Deposition) |
| Bernard Bourque v. Murray S. Saval | CA No. 13C00043930 | Circuit Court for Howard County, MD | Renee L. Johnson, Esquire | Defendant (Deposition) |
| Derrick Davis v. District of Columbia | CA 98-01645 Judge Henry H. Kenney, Jr. | U.S. Federal Court for the District of Columbia | Eric Boley, Esquire and James Gladstone, Esquire | Plaintiff |
| Kwame Reed v. Miller Elevator Service | CA-99CA005788 | Superior Court for the District of Columbia | H. Vincent McKnight, Esquire | Plaintiff (Deposition) |
| Corey Hairston v. Children's National Medical Center, et al. | CA No. 007649 | Superior Court for the District of Columbia | Michael H. Feldman, Esquire | Plaintiff (Deposition) |
| Jackson v. Hensley, et al. | No. S01-923 | U.S. District Court for the District of Maryland | Conrad W. Varner, Esquire | Defense (Deposition) |
| Jesse Cash v. Bon Secours Hospital, et al. | 24-C-00-008123 | Circuit Court for Baltimore City | D. Stephenson Schwinn, Esquire | Defense (Deposition) |
| CAN/Moyers v. Manganaro Corporation | CAL-01-08766 | Circuit Court for Prince George's County | D. Stephenson Schwinn, Esquire | Defense (Trial Testimony) |
| Leroy Saunders v. George Washington University | CA No. 006373-99 | Superior Court for the District of Columbia | Donald McClure, Esquire | Plaintiff (Trial Testimony) |
| Lori F. Kaplan v. Follett Higher Education Group, Inc., et al. | 99-CA007840 | Superior Court for the District of Columbia | H. Vincent McKnight, Esquire | Plaintiff (Deposition) |

Page 7.
Case Listing.

| Case Name | CAL/CIA Number | Jurisdiction | Referral Source | Plaintiff/Defendant |
|---|---|---|---|---|
| Lisa Slade et al v. Marathon Cleaning, Inc. | CA No. 01-7863 | Superior Court of the District of Columbia | David Stratton, Esquire | Defendant (Deposition) |
| Kassaci Lewis et al v. Theodore George, Jr., M.D. et al | No. 00-CA-00549 | Superior Court of the District of Columbia | Michael Feldman, Esquire; Kent Jones-McCoy, Esquire | Plaintiff (Trial Testimony) |
| Charles Presley v. Commercial Moving & Rigging | CA No. 02-CA009179 | Superior Court of the District of Columbia | D. Stephenson Schwinn, Esquire | Plaintiff (Deposition) |
| Kevin Sporles v. Wilken, M.D. | CA No. S02-2460 | Circuit Court for Prince George's County, MD | Kevin Erst, Esquire | Plaintiff (Deposition) |
| Elaine Minton v. Federated Department Stores | CA No. 24-C-003479 | U.S. District Court of Maryland, Northern District | D. Stephenson Schwinn, Esquire | Defendant (Deposition) |
| Mende v. Shuey, M.D. | CA No. 24-C-003479 | Circuit Court for Baltimore City, MD | Roy Cowdrey, Esquire | Plaintiff (Trial Testimony) |
| Bunuca-Melgar v. Prince George's County, MD | AW 02-734 | Circuit Court of Prince George's County, MD | Crystal Mittelstead, Esquire | Defense (Deposition) |
| Raghav Choudhary v. John Hopkins Medical Center | 24-C-03-003249 | Circuit Court for Baltimore City, MD | Gerard E. Mitchell, Esquire | Plaintiff (Deposition, Trial Testimony) |
| Tracy King-Shields et al v. CSI Mechanical, Inc. et al | CA No. 24054-V | U.S. District Court for the Montgomery County, MD | Paul Maloney, Esquire | Defense (Deposition) |
| Mark Harrison v. Restaurant Associates, Inc. | CA No. 01-1796 | U.S. District Court for the District of Columbia | D. Stephenson Schwinn, Esquire | Defense (Deposition, Trial Testimony) |
| Aris Johnson v. John W. Saunders | CAL03-02867 | Circuit Court for Prince George's County | Othello Jones, Esquire | Plaintiff (Deposition) |
| Muldrow v. Re-Direct | CA No. 1:01CV02537 | U.S. District Court for the District of Columbia | W. Gary Kohlman, Esquire | Plaintiff (Deposition) |
| Walker v. Laboratory Corp of America | CA No. 03-1550 | U.S. District Court for the Eastern District of Virginia, Alexandria Division | W. Gary Kohlman, Esquire | Plaintiff (Deposition) |
| Veronica Coates v. Kentwood Townhomes, LLC | Case No. L03-02284 | Circuit Court of Maryland for Prince George's County | Gaines & Richin, P.A. | Plaintiff (Deposition) |
| Doyle H. Betters v. Edward Passman | Case No. 02CA004366 | Superior Court of the District of Columbia | Jack D. Lapidus, Esquire | Defense (Trial Testimony) |
| Richard H. Landon v. Pamela Zorn, M.D. et al | Case No. 23C-02-0000108MM | Circuit Court for Worchester County | Curtis Booth, Esquire | Defense (Trial Testimony) |
| Vivian E. Sherwood v. Joseph M. Giordano, M.D. & Peter A. Maskovitz, M.D. | Civil No. 00CA003439 | Superior Court for the District of Columbia | Martin Trpis, Esquire | Plaintiff (Trial Testimony) |
| Chappell v. Kaiser | Civil Action No CAL 03-00091 | Circuit Court for Montgomery County, MD | Larry Ceppos, Esquire | Defense (Deposition) |

Page 8.
Case Listing.

| CASE NAME | CAL/CIA NUMBER | JURISDICTION | REFERRAL SOURCE | PLAINTIFF/DEFENDANT |
|---|---|---|---|---|
| Hartman v. George Washington University Hospital | CA No. 03CA009657 | Superior Court for the District of Columbia | Gerard E. Mitchell, Esquire | Plaintiff(Deposition) |
| Dale V. Davis | | Circuit Court for Wicomico County, MD | Roy Cowdrey, Esquire | Deposition; Trial Testimony |
| Manille v. George Washington University Hospital | 03-0010150 | Superior Court for the District of Columbia | Wayne Mansulla, Esquire | Plaintiff(Deposition) |
| Beale v. Prince George's County, MD | DCK01CV2389 | Circuit Court of Prince George's County, MD | Doriane Meloy, Esquire | Defense (Deposition) |
| Bystry v. Verizon Service Corp | CCB-04-1 | Circuit Court of Baltimore, MD | Amy Miller, Esquire | Defense (Deposition) |
| Brandeen v. Brandeen | C-04-102282 | Circuit Court of Baltimore City | Stephen Cullen, Esquire | Plaintiff (Deposition) |
| Muldrow v. Re-Direct | | U.S. District Court for the District of Columbia | Bredhoff & Keiser | Trial Testimony |
| Anderson v. CSXT/Cluster I | | Circuit Court of Baltimore City | Guy Albertini, Esquire | Deposition/Trial Testimony |
| Hines v. Morris Schochet, M.D. | 02-C-05-104905 | Circuit Court for Anne Arundel County | Jon Brassel, Esquire | Plaintiff Deposition |
| Angela Gates v. Trammell Crow Services | No. 05-CV-00336 | U.S. District Court for the District of Columbia | Terry Spitz, Esquire | Plaintiff/Deposition |
| CSXT v. Cluster II (5) | No. 24-C-05001810 | Circuit Court of Baltimore City | Guy Albertini, Esquire | Plaintiff/Deposition |
| Ruth Lawson v. U.S. | | U.S. District Court, Greenbelt, Maryland | Thomas Corcoran, Esq. | Defense (Trial Testimony) |
| Simmonds v. Dicksonson, M.D. | CAL05-05599 | Circuit Court for Prince Georges County, Maryland | David Roling, Esq. | Defense Deposition |
| Watkins v. Desta Avtlachew | Civil No. 05CA003178 | District of Columbia Superior Court | Sidney Schupak, Esq. | Plaintiff Testimony |
| Johnson v. Howard University Hospital | CA No.05CA006688 | Superior Court of the District of Columbia | Sidney Schupak, Esq. | Plaintiff Deposition |
| Hopkins v. Syed A. Sadiq, M.D. | CAL05-09470 | Circuit Court for Prince George's County, Maryland | David LaCivita, Esq. | Plaintiff Trial Testimony |

Page 9.
Case Listings.
Updated 08/2008

| CASE NAME | CAL/CIA NUMBER | JURISDICTION | REFERRAL SOURCE | PLAINTIFF/DEFENDANT |
|---|---|---|---|---|
| Kevin Irving v. U.S. | Civil No. 1:05CV00797 | U.S. District Court for the District of Columbia | Sidney Schupak, Esq. | Deposition Testimony |
| Carey v. U.S. | Civil # DKC-05-335 | U.S. Dist. Court, Dist of MD., Greenbelt, Maryland | Jennifer Wright, Esq. | Defense (Deposition) |
| Ford-Wise v. Turner | 24-C-05-004167 | Circuit Court for Baltimore | David Roling, Esq. | Defense(Deposition Testimony) |
| Evans v. Lumpkins, M.D. | 05-0005612 | Superior Court of the District of Columbia | Pamela Diedrich, Esq. | Defense (Deposition) |
| Dobson v. W.O. Grubb | CAL05-24454 | Circuit Court for Prince George's country | D. Stephenson Schwinn, Esq. | Defense (Deposition) |
| Mohamed v. Masoul | 04-CA008195 | Superior Court for the District of Columbia | Daniel Costello, Esq. | Defense (Deposition) |
| Marcy Hartman v. GWUH | CA No. 03CA009657 | Superior Court of the District of Columbia | Gerard Mitchell, Esq. | Plaintiff (Trial Testimony) |
| Charles Presley v. Commercial Moving & Rigging | CA No. 02-CA0091179 | Superior Court of the District of Columbia | D. Stephen Schwinn, Esquire | Plaintiff (Trial Testimony) |
| Cluster 5 Amtrak | | Circuit Court for Baltimore City | Guy M. Albertini, Esquire | Plaintiff (5 Depositions) |
| MBALU Thomas v. Progressive Northern Insurance Co. | CAL06-07880 | Circuit Court for Prince Georges County, Maryland | David A. Richin, Esquire | Plaintiff (Deposition) |
| Julia Taylor v. Giant Food, Inc. | | Circuit Court for Prince Georges County, Maryland | Joann Myles, Esquire | Plaintiff (Trial Testimony) |
| Cluster 4 v. CSX Transportation | 24-C-05-0018010T | Circuit Court for Baltimore City, Md. | Guy M. Albertini, Esquire | Plaintiff (Deposition & Trial Testimony) |
| Weedon v. Collins Elevator Svcs | 05-000433 | The Superior Court of the DC | Jerry Spitz, Esquire | Plaintiff (Deposition) |
| Heaps v. Amoss | | Circuit Court for Baltimore City | David Roling, Esquire | Defense (Deposition) |
| Twiggs v. CSX Transportation | 24-C-05-0018010T | Circuit Court for Baltimore City | Guy Albertini, Esquire | Plaintiff (Deposition) |
| Cramer v. | 24-C-07-0016120T | Circuit Court for Baltimore City | Gerard E. Mitchell, Esquire | Plaintiff (Deposition) |
| Allen v. UMMS | 24-C-06-003854MM | Circuit Court for Baltimore City | Dena Terra, Esquire | Defense (Deposition) & Trial Deposition |

Page 10.
Case Listings.
Lasted Updated: 08/2/2008

| CASE NAME | CAL/CIA NUMBER | JURIDICTION | REFERRAL SOURCE | PLAINTIFF/DEFENDENT |
|---|---|---|---|---|
| Hobbs v. Klug | 22-C-06-0008280C | Circuit Court for Wicomico County, MD | Curtis Booth, Esquire | Defense (Deposition) |
| Bartee v. Estate of Wm Koon | 24-C-05-002973 | Circuit Court for Baltimore City | David Carter, Esquire | Defense (Deposition) |
| Mark Hottman v. MacKenzie Keck | 05-CA-002085 | Superior Court of the District of Columbia | David Durbin, Esquire | Defense (Deposition) |
| Hunter Dawkins v. Tully Construction, Inc. | 1:05CV02226 | U.S. District Court for the District of Columbia | D. Stephenson Schwinn, Esquire | Defense (Deposition) |
| Harvin v. Prabaal, M.D. | 24C07-003842 | Circuit Court for Prince George's County | David Roling, Esquire | Defense (Deposition) |
| James Parker v. RSIS, Inc. | 1:01CV2630 | U.S. District Court for the District of Columbia | Tina Mailo, Esquire | Defense Trial Testimony |
| Gladys Sutton v. WMATA | 1:07CV1167(JDB) | U. S. District Court for the District of Columbia | Paul Maloney, Esquire | Plaintiff (Deposition) |
| Ashaki Goodman v. Aginal Sobhan, M.D. | CL07-3004 | Circuit Court for the City of Hampton | Wayne Manzullo, Esquire | Plaintiff (Deposition) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2

## Jerome S. Paige & Associates, LLC
### Forensic Economics—Business Valuations—Strategic Planning

**CONFIDENTIAL**
**WORK PRODUCT FOR COUNSEL**

August 14, 2008

Sara A. Allenson, Esq.
Law Offices
Jordan Coyne & Savits, L.L.P.
Suite 600
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

re: Michangelo Scruggs

Dear Attorney Allenson:

We have reviewed the Vocational Assessment by Dr. Estelle L. Davis, Ph.D., CRC dated May 22, 2008. We also reviewed the Vocational Assessment by Joseph H. Rose M.Ed.; C.R.C. dated August 11, 2008. Additionally, we were asked to review the economic loss report prepared by Dr. Richard J. Lurito, Present Value of Lost Future Earnings and Lost Household Services of Michangelo Scruggs, dated June 6, 2008 as part of this case. We provide our analysis of Dr. Lurito's report below.

### 1. No Future Economic Losses Based on Joseph Rose's Assessment

Based on our review and according to Joseph Rose's vocational assessment report on Michangelo Scruggs, there are no economic losses associated with the future earnings capacity of Michangelo Scruggs. The Rose report states that "Michangelo Scruggs occupational/professional outlook is excellent as it relates to working as a Doctor of Podiatric Medicine and Healthcare/Hospital Administration.

Additionally, the Rose reported cites that according to a July 15, 2008, deposition testimony of Robin C. Newton, M.D., Dr. Scruggs is a full time employee of Howard University, where he serves as the Manager of Special Project associated with Graduate Medical Residents. When asked about Dr. Scruggs' intention to go back into Podiatry, Dr. Newton stated the following:

- *"To my knowledge, that's his full interest"*
- *"He was never-he never has expressed anything to the contrary."*
- *"His hire was because I needed somebody and he was trying to set up his office and get his surgical career going, and while he was doing that he consented to come and help me out because I had a need that was pretty quick."*

1691 Tamarack St. NW
Washington, DC 20012-1005

202-726-3081 (voice)
202-318-7815 (efax)
jpaige@paigeandassociates.com (email)
ww.paigeandassociates.com website

August 14, 2008
Sara A. Allenson, Esq.
re: Michangelo Scruggs
Page 2 of 4

- *"And to my knowledge, he's still settling up his office and gotten his licenses and malpractice, and I think, he's starting to do some things, but not very quickly."*
- *"My agreement with Dr. Scruggs is that when he is ready to return full time to Podiatric Surgical Practice, that he will give me sufficient notice so that we can identity someone that can fill the position that he is in."*

The Rose report concludes that "after considering relevant medical evidence, and the deposition testimonies of Dr. Scruggs' supervisors at Howard University, it is clear that he intends to continue his Podiatric Practice in the near future. As such, his future wage earnings capacity as a Podiatrist will not be diminished by any physical limitations that he projects."

## 2. Value of Earnings Losses $98,643 from date of Injury to until August 2009

Furthermore, the Rose report states that "However, he did sustain a fairly serious injury and according to Dr. Ignacio Rodriquez's IME Report, Dr. Scruggs has not yet reached maximum medical improvement, but I would hope that within the next six to twelve months this would occur." From the date of Dr. Scruggs' injury 8/06 until the August of 2009 (twelve months from the date of the Rose report), we calculate Dr. Scruggs' losses to be $98,643. (See Table A attached.)

## 3. Dr. Lurito Does Not Provide A Basis For His Worklife Expectancy Assumption

Dr. Lurito on page 1 of his report writes:

> *"In view of Dr. Scruggs' occupation as a medical doctor it is reasonable to assume that he would have practiced until age 70, or 36.8 year beyond mid-year 2007."*

Dr. Lurito provides no basis for this assumption. There are studies of worklife expectancy that provides estimates similar to the estimated provide in life tables. Studies of worklife expectancy are standard references in the field of forensic economics. For example, see Skoog, Gary R. and Ciecka, James E., The Markov (increment-decrement) model of labor force activity: Extended tables of Central Tendency, Variation, and Probability Intervals, *Journal of Legal Economics*, 2004.

## 4. Dr. Lurito Needs to Clarify the Growth Rates He Uses

On Page 2 of his report, Dr. Lurito notes he uses a 4.5% earnings growth rate. However, when we calculate the growth rates implied in Dr. Lurito's Table 1, we see escalation factor of 5.8% in years 1 through 11 and 4.5% thereafter. We have constructed the escalation rates that appear to be implied in Dr. Lurito's Table 2. (See our Table B and Table 3.)

August 14, 2008
Sara A. Allenson, Esq.
re: Michangelo Scruggs
Page 3 of 4

---

### 5.   Dr. Lurito's Provide no Explantion for Using a Negative Net Discount Rate

Determination of the present value of an earnings stream is dependent upon two key rates; the rate of expected annual increase in earnings and the rate of return at which to invest the lump-sum.  The relationship between the two is the net discount rate, which can take one of three outcomes: a positive number (a net discount), zero (total offset); or a negative number (a negative net discount, or a net growth).

The Ireland Study indicates that the historical net discount rate is above 2%.[1]  In Dr. Lurito's report, it appears that he uses a negative (-.239%)[2] net discount rate.  A negative net discount rate is in fact a growth rate, which has the effect of raising the value of a potential award relative to using the historical net discount rate.  Dr. Lurito provides no rationale for using a negative net discount rate or a net growth rate to determine "present value".

### 6. Dr. Lurito Grows Annual Earnings and Total Present Value

This is a technical, but very important point. With "footnote 2" on page 2 in his report, Dr. Lurito takes income in current dollars his Column 2 Table 1, and puts them in current dollars again.  In effect Dr. Lurito is escalating his estimates of Absent-injury income twice.

   1.   **Escalation 1:** The first escalation takes place in Table 1, Column 2, Dr. Lurito adjusted the "absent-injury" dollars by a growth rate.  We illustrate this in our attached Table A, Column  2.

   2.   **Escalation 2:** The second escalation takes place in Dr. Lurito's "footnote 2" on page 2, where according to him he escalated and deescalated by 3.0% per year, his assumed rate of inflation, and summed the values. If you look on Table 1, Column 3 of his report, Dr. Lurito's estimates of the present value of the "absent-injury" income as $10,168,143. But he then "escalates" that figure to $12,650,315 and that figure becomes the bases for his loss estimates. (See Lurito's footnote 2 on page 2.)

   Dr. Lurito uses a similar approach with his "with-injury" estimates.  Dr. Lurito provides no rationale for both escalating the base income (escalation 1) and the present value (escalation 2) as the basis for calculating income losses. Dr. Lurito appears to be layering growth rates on top of growth rates, without an apparent explanation for doing so.

---

[1] Thomas R. Ireland, Ph.D., Department of Economics, University of Missouri at St. Louis, 8001 Natural Bridge Road, St. Louis, Mo 63121. *Historical Net Discount Rate*. An Updated Through 2005. Net Discount Rate=((1+ nominal discount rate)/(1+nominal growth rate))-1. Gerald D. Martin, *Determining Economic Damages*, 1st Edition, 16th Revision (Santa Ana: James Publishing Group, 2006.

[2] Dr. Lurito's Net Discount Rate is calculated as Net Discount Rate=((1+ nominal discount rate)/(1+nominal growth rate))-1, -.239=((1+4.25%)/(1+4.50%))-1.

August 14, 2008
Sara A. Allenson, Esq.
re: Michangelo Scruggs
Page 4 of 4

**Summary**

Our overall conclusion is that there are no future losses based on the Rose report, and we have calculated the losses from the date of Dr. Scruggs' accident through August 2009 to be $98,643. Additionally, there are some aspects of Dr. Lurito methodology that if not clarified overstates the losses he does estimate.

In particular:

1. Dr. Lurito does not establish a basis for his worklife expectancy assumption.
2. Dr. Lurito use of growth rates need to be clarified. He states one rate (4.5%), but the implied rate (5.8%) for some years is higher than his stated rate.
3. Dr. Lurito appears to be escalating his earnings losses twice, thereby significantly overstating the effect of the stated 4.5% and the implied 5.8% increase in earnings.
4. Dr. Lurito uses a negative "net discount rate", without explanation, which has the effect of overstating his loss estimates.

**Conclusion**

Due to the lack of information and unclear methodology, it is our opinion within a reasonable degree of certainty within the field of forensic economics that the report prepared by Dr. Lurito does not provide a basis for estimating the present value of lost future earnings of Michangelo Scruggs. However, we reserve the right to modify our opinions if additional information becomes available. Let us know if we can be of further assistance.

Let us know if you have questions.

Sincerely,


Jerome S. Paige, Ph.D.

Attachments:
Table A
Table B
Table C

**TABLE A**
**ECONOMIC LOSS OF**
**Michangelo Scruggs**
**2006-2009**
**Economic Value of Earnings Losses**

| Year Col (1) | Age Col (2) | Pre-Event Earnings Loss (Base $) Col (3) | Pre-Event Earnings Loss (Current $) Col (4) | Post Event Earnings Loss (Base $) Col (5) | Post Event Earnings Loss (Current $) Col (6) | Earnings Loss Col (7) | Present Value of Earnings Losses Col (8) | Cumulative Losses Col (9) |
|---|---|---|---|---|---|---|---|---|
| 2006 | 32 | $31,467 | $31,467 | $20,940 | $20,940 | $10,527 | $10,527 | $10,527 |
| 2007 | 33 | $94,400 | $97,043 | $62,820 | $64,579 | $32,464 | $32,464 | $42,991 |
| 2008 | 34 | $94,400 | $99,760 | $62,820 | $66,387 | $33,373 | $33,373 | $76,364 |
| 2009 | 35 | $62,933 | $68,170 | $41,882 | $45,367 | $22,803 | $22,279 | $98,643 |
| **Total Personal Injury** | | **$283,200** | **$296,440** | **$188,462** | **$197,273** | **$99,167** | **$98,643** | |

Rose's report

Pre-Event  $94,400
Post-Event $62,820

**TABLE B**
**Future Earnings of Dr. Michaneto Scruggs**
**Based on Dr. Lurito's Table I**

| Year Of Remaining Worklife Expectancy | Future Earnings Absent Injury | Lurito's Rates of Growth |
|---|---|---|
| | Col (1) | Col (2) |
| 1 | $227,500 | |
| 2 | $240,782 | 5.8% |
| 3 | $254,840 | 5.8% |
| 4 | $269,718 | 5.8% |
| 5 | $285,465 | 5.8% |
| 6 | $302,132 | 5.8% |
| 7 | $319,771 | 5.8% |
| 8 | $338,440 | 5.8% |
| 9 | $358,199 | 5.8% |
| 10 | $379,112 | 5.8% |
| 11 | $401,246 | 5.8% |
| 12 | $419,302 | 4.5% |
| 13 | $438,171 | 4.5% |
| 14 | $457,888 | 4.5% |
| 15 | $478,493 | 4.5% |
| 16 | $500,026 | 4.5% |
| 17 | $522,527 | 4.5% |
| 18 | $546,040 | 4.5% |
| 19 | $570,612 | 4.5% |
| 20 | $596,290 | 4.5% |
| 21 | $623,123 | 4.5% |
| 22 | $651,163 | 4.5% |
| 23 | $680,466 | 4.5% |
| 24 | $711,087 | 4.5% |
| 25 | $743,085 | 4.5% |
| 26 | $776,524 | 4.5% |
| 27 | $811,468 | 4.5% |
| 28 | $847,984 | 4.5% |
| 29 | $886,143 | 4.5% |
| 30 | $926,020 | 4.5% |
| 31 | $967,691 | 4.5% |
| 32 | $1,011,237 | 4.5% |
| 33 | $1,056,742 | 4.5% |
| 34 | $1,104,296 | 4.5% |
| 35 | $1,155,989 | 4.5% |
| 36 | $1,205,919 | 4.5% |
| 37 | $1,008,148 | -16.4% |

Future Earnings of Dr. Michaeck Scruggs
Based on Dr. Lurito's Table 3

| Year Of Remaining Worklife Expectancy | Future Earnings Given Injury | Lurito's Rates of Growth |
|---|---|---|
| | Col (1) | Col (2) |
| 1 | $62,820 | |
| 2 | $65,647 | 4.5% |
| 3 | $68,601 | 4.5% |
| 4 | $71,688 | 4.5% |
| 5 | $137,080 | 91.2% |
| 6 | $143,249 | 4.5% |
| 7 | $149,695 | 4.5% |
| 8 | $156,431 | 4.5% |
| 9 | $163,470 | 4.5% |
| 10 | $170,827 | 4.5% |
| 11 | $178,514 | 4.5% |
| 12 | $186,547 | 4.5% |
| 13 | $194,942 | 4.5% |
| 14 | $203,714 | 4.5% |
| 15 | $212,881 | 4.5% |
| 16 | $222,461 | 4.5% |
| 17 | $232,471 | 4.5% |
| 18 | $242,933 | 4.5% |
| 19 | $253,865 | 4.5% |
| 20 | $265,289 | 4.5% |
| 21 | $277,227 | 4.5% |
| 22 | $289,702 | 4.5% |
| 23 | $302,738 | 4.5% |
| 24 | $316,361 | 4.5% |
| 25 | $330,598 | 4.5% |
| 26 | $345,475 | 4.5% |
| 27 | $361,021 | 4.5% |
| 28 | $377,267 | 4.5% |
| 29 | $394,244 | 4.5% |
| 30 | $411,985 | 4.5% |
| 31 | $430,524 | 4.5% |
| 32 | $449,898 | 4.5% |
| 33 | $470,143 | 4.5% |
| 34 | $491,300 | 4.5% |
| 35 | $513,408 | 4.5% |

# JEROME S. PAIGE, Ph.D.

**Educational Background**

Ph.D., Economics (1982) American University, Washington, D.C.

M.A., Economics (1974) American University, Washington, D.C. B.A., Economics (1971) Howard University, Washington, D.C.

Diploma, (1996) Advanced Management Program, Information Resources Management College, National Defense University.

Fellow, (1988-89), American Council on Education.

**Current Positions**

**Principal, Jerome S. Paige and Associates.**
JSP & Associates is a professional services firm that specializes in the areas of areas of forensic economics, public policy report writing, and organizational strategic planning and performance measurement. Dr. Paige has been conducting economic analysis for personal injury, wrongful death, and business loss cases since 1984. He has been able to bring together a range of experts in economics, finance, accounting and insurance to meet the litigation needs of both plaintiff and defense attorneys. In addition, undertakes studies related to economic and public policy issues. He also provides organizational support services in the areas of strategic planning and performance measurement and management.

**Previous Positions**

**Adjunct Professor, School of Information Studies, Syracuse University.**
Taught a master's level course titled *Applied Economics for Information Managers* (2000-2006)

**Adjunct Professor, Organizational Sciences Department, George Washington University.** Taught a master's level course titled **Managerial Economics** (2005-2006)

**Professor of Systems Management, Information Resources Management College (IRMC), National Defense University** (1996-2002) At IRMC, Dr. Paige taught in the Information Strategies Department. His focus was on information resources management and technology and their economic and policy implications for government, military, and civilian organizations. Dr. Paige chaired the Information Strategies department from July 1999 to March 2002.

**Associate Provost, University of Baltimore (1990-1996)**
Responsibilities included overseeing of institutional research, sponsored research, academic computing, and academic planning, assessment and self-study activities. Coordination of activities for the major university-wide governance and planning committees. Oversaw the formulation of academic and faculty-related policies. Was a liaison to the University of Maryland System (of which UB is a part) and to the Maryland Higher Education Commission.

As part of duties, served as **Acting Director of the University of Maryland System Downtown Center for Continuing Education**. This center served as a site for the eleven degree-granting institutions of UMS to offer courses in downtown Baltimore. In addition to credit courses, the center engaged in non-credit courses, contract training, conference facilities rental, and information brokering for the campuses.

From September 1991 through August 1992 served as **Interim Provost** of University of Baltimore (UB), an upper division undergraduate institution with master's and professional programs. As the interim chief academic officer, oversaw the academic management and direction of the institution's three academic units, the Law School, the Robert G. Merrick School of Business, and the Yale Gordon College of Liberal Arts. Also had line responsibility for the Langsdale Library, the Schaefer Center for Public Policy, the Hoffberger Center for Professional Ethics, the Office of Sponsored Research, the Office of Institutional Research, and Academic Computing.

**Adjunct Associate Professor, UB's Department of Economics, and Finance and Department of Public Administration.**
Courses included: introductory and intermediate economic theory and urban policy and research.

**Adjunct Faculty, Afro-American Studies Program, University of Maryland College Park (Spring Semester 1995)**.
Taught a course on public policy theory and methodology.

**Associate Professor, University of the District of Columbia (1977-1990)**
As first an Assistant Professor and later an Associate Professor in the Department of Economics, taught undergraduate courses in introductory and intermediate economic theory and history of economic thought, American economic history, urban economics and public utility economics and graduate courses in urban policy. While at UDC, held a number of positions: **Senior Research Scholar**, (1986) Center for Applied Research and Urban Policy; **Associate Director**, (1984-1985), Institutional Self-Study, University of the District of Columbia; **Acting Director** (June-December 1982), Institute for District Affairs (IDA), **and Chairman** (1979-1981), Department of Economics.

**American Council on Education Fellow, University of Baltimore (1988-1989)**
While on leave from UDC, participated in the ACE Fellows Program -- a program to train academic administrators. As part of my fellowship year, I worked with the Provost at the University of Baltimore. Primary responsibilities included assisting with the development of reports needed as part of the reorganization of public higher education in Maryland.

**Deputy Director, Office of the Mayor, District of Columbia (1986-1988)**
Held this position while on leave from UDC. The Office of Policy was in the Executive Office of the Mayor, District of Columbia. Oversaw the formulation of major policy positions and the analysis of policy issues that addressed economic, social, budget and administrative aspects of the District and its government. Worked with other District agencies to develop an inter-agency approach to issues. Worked with universities, private organizations, non-profit organizations, and community groups in the identification of policy issues and the formulation of policy actions. Assisted in the overall management and the setting of the direction of fourteen professionals and four support staff. Evaluated personnel. Served in the absence of the Director.

**Post-Secondary Education Accreditation/Licensure Reviews (Since 1985)**

**Reviewer** (Volunteer): Since 1985 have been involved with accreditation reviews for the Commission Higher Education, Middle States Association and the New England Commission of Higher Education. Have conducted institutional self-studies, served on site visits teams, and have served on periodic review teams.

**Commissioner, D.C. Education Licensure Commission** (August 1991 - April 1994)
This five-member commission licenses proprietary schools, institutions outside of the District that offer academic programs within the city, and District-based postsecondary institutions not chartered by the U.S. Congress. Provides assessment and evaluation of academic programs and operations. Conducted site visits.

**Continuing Legal Education Panel (2003)**

"Estimating Individual Economic Losses: A Brief Summary of Some Key Points". For the DC Bar Continuing Legal Education Program, "The Far Side of Damages." April 4, 2003.

**Regulatory Proceedings (Since 1994)**

Formal Case 1053 regarding the request for rate increases by PEPCO (2007)

In the Matter of the Rate Filing of: The California Earthquake Authority, File No. PA-96-0072-00.

---

In the Matter of: The Automobile Rate Application of 20th Century, File No. PA-94-0012-00 (California)

In the Matters of: The Homeowners, Automobile, Commercial, and Liability Rate Applications of State Farm, Files Nos. PA-93-0014-00, PA-93-0015-00, PA-93-0017-00, PA-93-0014-0A, and PA-93-0018-00, et. al. (California)

In the Matter of: The Cease and Desist Hearing Regarding Farmers Personal Homeowners and Commercial Earthquake Deductibles (California)

In the Matters of: The Personal Homeowners and Commercial Rate Applications of Farmers, Files Nos. PA-95-0031-0A and PA-95-0031-0B (California)

In the Matter of: The Personal Homeowners Earthquake Rate Application of State Farm, File No. PA-95-0054-00 (California)

In the Matter of: The Commercial Earthquake Rate Applications of State Farm, File No. PA-95-0055-00 (California)

In the Matter of Investigation into the AT&T Divestiture and Decisions of the Federal Communication Commission on Bell Atlantic Wash. D.C. Inc.'s Jurisdictional Rates, FC 814 Phase IV (Washington, DC) July 1995.

In the Matter of the Application of the Potomac Electric Power Company for an Increase in Retail Rates for the Sale of Electric Power in the District of Columbia, Formal Case Number 939 May 1995.

**Newsletter Articles (1995-1997)**

"The Bills are in the Mail:  Ratepayers asked to Pay for Competition's Benefits" Economic Agenda, December 1997.

"A Virtual Business Partner: Communication and Commerce in Market Space," Economic Agenda, September 6, 1997.

"A Starter Kit for the Digital Age," Economic Agenda, September 6, 1997.
"On the Other Hand: The California Earthquake Authority's "Meaningless" Insurance Product," Economic Agenda, June 7, 1997.

"EDI/EC and The Redistribution of Economic and Social Risk," Economic Agenda, Spring 1997, March 7, 1997.

"Politics and the New Economy," Economic Agenda, Winter 1996/1997, December 7, 1996.

"Can Cities and Suburbs Get Along Together?" Economic Agenda, September 7, 1996.

"Women, Financial Planning and Politics," Economic Agenda, Summer 1996.

"Tele-Futures: Accessibility, Affordability, and Accountability in the Information Age, Economic Agenda, March 12, 1996.

"Credit Scoring: Efficiency, Responsibility and Insurance Redlining," with Martha Gilbert. Economic Agenda, Winter 1995/1996.

"Insurer, Insured and Insurance: Reflections on the Structural Dimensions of the Homeowners Property/Casualty Insurance Crisis In California," Economic Agenda, Spring 1995.

"Money, Money, Money: Mutual Company Property/Casualty Insurance Premiums and the Cost of Capital," Economic Agenda, Summer 1995.

"Homeowners' Insurance and Social Policy," Economic Agenda, Fall 1995
"Accelerating the Transition to E-Government", E-Gov 2001, Washington, DC, July 2001.

"Organizational E-Strategies: Emerging Frameworks for E-Services Delivery," E-Gov Conference, Washington, DC (July 2000).

"Organizational Innovation," Strategic Leadership Forum, Fairfax, VA, (December 1999).

"Promoting the Benefits of Enhanced Customer Interaction Management," Federal Computer Week, CIO Summit, Newport, RI, (November 1999).

"Electronic Commerce, Customer Service, & Agency Strategy", Upcoming E-Gov Conference, June 28, 1999, Washington, DC.

"Linking Service Levels & Performance Measures; Translating Service into Action". Workshop conducted at the Federal Computer Week, CIO Summit: The Information Utility: Ensuring Service Levels... Creating Business Value" May 23 - May 26, 1999, St. Petersburg, Fl.

"Performance Measures & Organizational Success Translating Strategy into Customer Service & Satisfaction" Staff Training Presentation, University of Pennsylvania Librarians, Phila, Pa. May 10, 1999

**Selected Presentations (Public Policy)**

Presenter: "Economic Integration and Political Fragmentation," Symposium, DC-Based Member of the National Economic Association, December 10, 1996.

Moderator: Policy and Issues Symposium: Telecommunications Act of 1996, National Defense University, October 22, 1996.

Panelist: "Economic Empowerment of Women," Economic Empowerment Foundation, Oakland, CA, September 7, 1996.

Panelist: "Regional Community and Economic Development in the Greater Washington Metropolitan Area," Catholic University Law School Class, Washington, DC, September 17, 1996.

"Future of Central Cities," presentation and discussion for an international study/tour sponsored by the Meridian Center (Washington, DC). Discussion held at the University Baltimore, August 20, 1996.

Presenter: "Economic Integration and Political Fragmentation," Prof. Jessica Elfenbein's class on the Modern City, University of Baltimore, April 23, 1996.

"Financial Control Boards: New York, Philadelphia, Washington, DC; Considerations, Questions, and Comments," at the Seminar, "Dealing with Fiscal Crisis in the District of Columbia, Lessons from New York City and Philadelphia, Woodrow Wilson Center, Smithsonian Institution, Washington, DC, May 15, 1995.

"Reform the Norms: Economic Development, New Realities, New Individuals and New Institutions." University of the District of Columbia, November 3, 1995.

"Education Institutions and Structural Change," American Council on Education, Annual Seminar, Alexandria, VA, October 6, 1995.

"Roots of the Fiscal Crisis of the District of Columbia," Social and Leadership School for Activists (SALSA), Institute for Policy Studies, Washington, DC, June 1, 1995.

"The Future of Higher Education and Demands on Academic Leadership: Reflections on the Role of Distance Learning and Distance Learning Technologies," ACE 16th Annual Council of Fellows Day, Washington, D.C., May 8, 1995.

"Activism and Analysis: Some Reflections on Citizen Participation in Washington D.C." for Community Involvement: Blueprint for Successful Advocacy at the mid-year meetings of the National Association of State Utility Consumer Advocates (NASUCA), Washington D.C., June 10, 1992.

"Without Access: Removing Information Inequalities."  Panel presentation: "Put Another & Another Nickel In," at the Conference on "Inventing the Future: New Technology, Perception and Meaning," sponsored by the Institute for Publication Design, University of Baltimore, April 4, 1992.

"Urban Future: Political Economy and Social Welfare in the District of Columbia," Presentation at the National Capital Area Political Science Association, Spring Conference, February 29, 1992.

"Comments on Social Activists in the 1960s: Julius Hobson, Geno Barone, Frank Kameny and Carlos Rosario," at the 19th Annual Conference on Washington, D.C. Historical Studies, February 29, 1992.

Testimony before the Committee on Consumer and Regulatory Affairs, Council of the District of Columbia in support of the Education Licensure Commission, February 27, 1992.
"Urban Policy and a Changing Economic Base: The Case of the District of Columbia," National Economics Association Meetings, December 28, 1990, Washington, DC.

"Philanthropy and Economic Development," National Economics Association Meetings, December 29, 1990, Washington DC.

**Selected Publications**

Revitalizing District of Columbia Neighborhoods: Proposals for "East of the Anacostia River" Development.  Edited with M. Ali (May 1988) Studies in D.C. History and Public Policy, no. 11.

"History of Public Housing in D.C.,"  Chapter II, The Barry Administration Reports to the People on Public Housing, June 1986.

"Safe, Decent, and Affordable: Citizens' Struggles to Improve Housing in Washington D.C.," (1983).  With M. Reuss. Studies in D.C. History and Public Policy, Paper no. 6. Also published in Housing Washington's People: Public Policy in Retrospect (1983) edited by S. Diner and H. Young, Department of Urban Studies, University of the District of Columbia.

"A Macroeconomic Impact Model for n-Trading Regions With an Application to the Washington D.C. Tourism Industry" (1982) with F. Siegmund and E. Ezeani.  Papers in the Social Sciences, College of Liberal and Fine Arts, University of the District of Columbia. First appeared as Working Paper No. 11, Department of Economics, University of the District of Columbia.

"The Changing Urban Economic Base: An Essay on a Broader Framework for Analyzing Neighborhood Revitalization" (1980). With M. Reuss. Working Papers in the Social Sciences, College of Liberal and Fine Arts, University of the District of Columbia. "Rent Control in Washington D.C.: Three Views," (1979) Working Paper No. 10, Department of Economics, University of the District of Columbia, Washington D.C.

"Private Neighborhood Revitalization, Low-Income Residents, and Public Policy." (1979) With M. Reuss. Unpublished Manuscript.

"The Process of Neighborhood Revitalization and its Implications for Public Policy: The Case of Washington D.C." (1979). With M. Reuss. Working Paper No. 7, Department of Economics, University of the District of Columbia, Washington D.C.

**Selected Reports**

"An Organizational Analysis and Development of a Strategic Market Plan to Promote Tourism in Washington, D.C." Phase I Report with Milton A. Grodsky, Arlene R. Malech, and Laura D. McCall of the Center for the Study of Management & Organizations, University of Maryland University College for the D.C. Tourism Task Force (August 20, 1992).

Report of the University of Maryland System Working Group on Access/Enrollment Management to Chancellor Donald N. Langenberg" Task Force Member (August 24, 1992).

"The Urgent Challenge: Educational Excellence for All," Mayor's Commission on Postsecondary Education, District of Columbia Government (1988). (Staff member) "Overview of Retail Food Service Demand and Supply in the District of Columbia," Prepared by the D.C. Office of Business and Economic Development in conjunction with the Office of Policy, Executive Office of the Mayor (1988). Served as lead writer and analyst for project.

"Making D.C. Energy Efficient," Comprehensive Energy Plan of the District of Columbia (March 1986). Member of the D.C. Energy Office's research and report writing team.

"City-Wide Retail Food Service Project Report" (May 1982). D.C. Office of Business and Economic Development.

**Past Project Directorships**

"Conference 83, Cable Television: Community Medium for the District of Columbia" (Co-Project Director, 1982-1983)

Retail Food Service Facilities Study for the District of Columbia government (19811982)

U.S. Department of Housing and Urban Development, Project Director Conference on Urban Development and Public Finance: The Decade Ahead," (1981-1982)

**Past Commission/Board Memberships**

D.C. Educational Licensure Commission D..C Rental Accommodations Commission (Vice Chair)
D.C. Citizens Energy Advisory Commission
D.C. Community Humanities Council (Co-Chair)
D.C. Historical Society
D.C. Consumer Utility Board (First Vice Char) National Parks and Conservation Association
D.C. Tax Revision Commission, Member

**Current Memberships and Organizational Affiliations**

American Economic Association, Member
D.C. Fiscal Policy Institute, Advisory Board Chair
National Economics Association, Member
National Association of Forensic Economists, Member
Ward 4 Committeeman to the DC Democratic State Committee
Takoma Silver Spring Coop Strategic Planning Committee

| Jerome S. Paige & Associates, L.L.C | | |
|---|---|---|
| Forensic Economics—Business Valuations—Strategic Planning | | |
| 1691 Tamarack St, NW | 202-726-3081 (voice) | www.PaigeAndAssociates.com |
| Washington, DC 20012 | 202-318-7815 (e-fax) | jpaige@PaigeAndAssociates.com |

**Jerome S. Paige & Associates, LLC**
Forensic Economics -Business Valuations - Strategic Planning

# FEE SCHEDULE
Effective July 1, 2005

---

Standard Economic Loss Report
    Earnings Loss                    $2,500.00
    Life Care Plan                   $2,500.00

Non-Standard Report                  Billed at hourly rates

Deposition Appearances               $300.00 per hour, with a minimum of
                                     $600.00, plus travel time

Trial and other Appearances          $300.00 per hour, with a minimum of
                                     $600.00, plus travel time

Principal and Senior Associate hourly rate
for research, writing & consultation  $300.00 per hour

Associate hourly rate for research, writing
& consultation                       $250.00 per hour

Assistant hourly rate for research, data
gathering and project support        $150.00 to $225.00 per hour

Special projects                     Negotiated Fee

Retainer                             50% of estimated value.

---

1691 Tamarack Street, NW
Washington, DC 20012-1005
202-726-3081 (voice)
202-726-3082 (fax)
jpaige@paigeandassociates.com (e-mail)
www.paigeandassociates.com

**Jerome S. Paige & Associates, LLC**
Forensic Economics—Business Valuations—Strategic Planning
APPEARANCES OF JEROME S. PAIGE, Ph.D IN FORENSIC ECONOMIC MATTERS
STARTING IN 2002

| # | Month/Year | Plaintiff/Defendant | | Deposition/Trial | Plaintiff/Defense | Client Firm | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| 1 | July-08 | Walker | Lenore | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 2 | July-08 | Hofman | Mark | Deposition | Defense | CashMoney | Distric of Columbia | Superior |
| 3 | June-08 | Cartwright | Allen | Deposition | Plaintiff | Joseph Greenwald & Laake | Prince George's County | Circuit |
| 4 | April-08 | Cartwright | Allen | Deposition | Plaintiff | Joseph Greenwald & Laake | Prince George's County | Circuit |
| 5 | March-08 | Martin | Serfan | Trial | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 6 | March-08 | Martin | Serfan | Deposition | Plaintiff | Peter Angelos | Prince George's County | Circuit |
| 7 | February-08 | Frauer | Judith Gilmore | Trial | Plaintiff | KarpFresh | Prince George's County | Circuit |
| 8 | February-08 | Allen | Calvin | Trial | Plaintiff | Peter Angelos | Prince George's County | Circuit |
| 9 | November-07 | Gostlyn-Bay | Emily | Deposition | Plaintiff | KarpFresh | Baltimore City | Circuit |
| 10 | July-07 | Allen | Calvin | Deposition | Plaintiff | Peter G. Angelos | Prince George's County | Circuit |
| 11 | April-07 | Weadan | Charles | Deposition | Plaintiff | Peter G. Angelos | Baltimore City | Circuit |
| 12 | January-07 | Taylor | Julia | Trial | Plaintiff | JoAnne/Myles | Prince George's County | Circuit |
| 13 | December-06 | Pressley | Charles | Trial | Plaintiff | Jordon Coyne & Savits | District of Columbia | Superior |
| 14 | September-06 | Lofton | Earlene | Deposition | Plaintiff | Excelsion & Woole | District of Columbia | Superior |
| 15 | July-06 | Hopkins | Patricia | Trial | Defense | Ashcraft & Greel | District of Columbia | Circuit |
| 16 | June-06 | Irvin | Kevin | Deposition | Plaintiff | Ashcraft & Greel | District of Columbia | Superior |
| 17 | May-06 | Blass | Paul | Trial | Plaintiff | American Center for Civil Justice | US District Court | Superior |
| 18 | May-06 | Delphonse | Tauri | Deposition | Plaintiff | Ashcraft & Greel | District of Columbia | District of Columbia |
| 19 | April-06 | Best | Shaemi LaMar | Deposition | Plaintiff | Joseph Greenwald & Laake | Prince George's County | Superior |
| 20 | March-06 | Watkins | Clifton | Deposition | Plaintiff | Ashcraft & Greel | District of Columbia | Circuit |
| 21 | January-06 | Kapraun | Joseph | Deposition | Plaintiff | Peter G. Angelos | Baltimore City | Circuit |
| 22 | January-06 | Stillwagon | David | Deposition | Plaintiff | Peter G. Angelos | Baltimore City | Circuit |
| 23 | December-05 | Williams | Bernard | Trial | Plaintiff | Meischau, Salzar, Inman & Kaninow, PC | Prince George's | Circuit |
| 24 | December-05 | Guess | Jerri | Trial | Plaintiff | KarpFresh | Montgomery County | Circuit |
| 25 | November-05 | Miranda | Jose | Trial | Plaintiff | Ashcraft & Greel | District of Columbia | Superior |
| 26 | November-05 | Richardson | Ernest | Deposition | Plaintiff | Ashcraft & Greel | Baltimore City | Circuit |
| 27 | November-05 | Williams | Bernard | Deposition | Plaintiff | Meischau, Salzar, Inman & Kaninow, PC | Prince George's County | Circuit |
| 28 | October-05 | Cruckshank | William | Deposition | Plaintiff | Ashcraft & Greel | Baltimore City | Circuit |
| 29 | October-05 | Duroff | Joseph | Deposition | Plaintiff | Ashcraft & Greel | Baltimore City | Circuit |
| 30 | October-05 | McGuire | Gleen | Deposition | Plaintiff | Ashcraft & Greel | Baltimore City | Circuit |
| 31 | August-05 | First Marine Division | | Trial | Plaintiff | Abato, Rubenstein, & Abato | Montgomery County | Circuit |
| 32 | June-05 | Jones | Deborah | Deposition | Plaintiff | KarpFresh | Baltimore City | Circuit |
| 33 | May-05 | Winkler | Charles | Trial | Plaintiff | Ashcraft & Greel | Baltimore City | Circuit |
| 34 | April-05 | Lang | Davon | Trial | Plaintiff | KarpFresh | Baltimore City | Circuit |
| 35 | April-05 | Lang | Davon | Deposition | Plaintiff | KarpFresh | Baltimore City | Circuit |
| 36 | March-05 | Herman-McCrery | Cynthia | Deposition | Plaintiff | McCarthy Wilson | Bronx | County |
| 37 | February-05 | Ragar | Sara | Deposition | Plaintiff | Eric Map | US District Court | District of Columbia |
| 38 | January-05 | Holland | Robert P. | Deposition | Plaintiff | American Center for Civil Justice | Baltimore City | Circuit |
| 39 | January-05 | Winkler | Charles | Trial | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 40 | November-04 | Houston | Pamela | Deposition | Plaintiff | Anne Orypso | US District Court | District of Columbia |
| 41 | October-04 | Nelson | John | Trial | Plaintiff | Philip Newman | Bronx | County |
| 42 | August-04 | Linn | James | Deposition | Defense | McCarthy Wilson | Baltimore City | Circuit |
| 43 | August-04 | Newsome | Phyllis | Deposition | Defense | Joseph Greenwald & Laake | District of Columbia | Superior |
| 44 | August-04 | Anderson | Dennis | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |

# Jerome S. Paige & Associates, LLC
## Forensic Economics--Business Valuations--Strategic Planning
### APPEARANCES OF JEROME S. PAIGE, PH.D IN FORENSIC ECONOMIC MATTERS
STARTING IN 2002

| # | Month/Year | Plaintiff/Defendant | | Deposition/Trial | Plaintiff/Defense | Client Firm | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| 1 | July-08 | Walker | Lenora | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 2 | July-08 | Heitman | Mark | Deposition | Defense | CurtAdjency | Distric. of Columbia | Superior |
| 3 | June-08 | Cartwright | Allen | Deposition | Plaintiff | Joseph greenwald & Laake | Prince George's County | Circuit |
| 4 | April-08 | Cartwright | Allen | Deposition | Plaintiff | Joseph greenwald & Laake | Prince George's County | Circuit |
| 5 | March-08 | Martin | Serfan | Trial | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 6 | March-08 | Martin | Serfan | Deposition | Plaintiff | Peter Angelos | Prince George's County | Circuit |
| 7 | February-08 | Fraser | Judith Gilmore | Trial | Plaintiff | KarpFrosh | Prince George's County | Circuit |
| 8 | February-08 | Allen | Calvin | Trial | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 45 | August-08 | Mitchell | Kaartean | Deposition | Plaintiff | Cuff's & Associates | Albany Georgia | |
| 46 | July-04 | Sherwood | Viva | Trial | Plaintiff | Ashcraft & Gerel | Baltimore City | Circuit |
| 47 | June-04 | Seine | Anne | Deposition | Plaintiff | Ashcraft & Gerel | | Superior |
| 48 | April-04 | Pulley | Pulley | Trial | Plaintiff | Peter G Angelos | Distric. of Columbia | |
| 49 | April-04 | Chichey | Chichey | Trial | Plaintiff | Peter G Angelos | | |
| 50 | March-04 | Roddy | Jose | Trial | Plaintiff | Peter G Angelos | | |
| 51 | March-04 | Cuby | Milton | Trial | Plaintiff | Peter G Angelos | | |
| 52 | March-04 | Fuller | Reginald | Deposition | Plaintiff | Peter G Angelos | | |
| 53 | March-04 | Shields | Shashi | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 54 | March-04 | Minz | Leah | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 55 | February-04 | Glasby | Nolan | Defense | Defense | Jordan Coyne & Savits | Prince George's County | Circuit |
| 56 | February-04 | Schwab | Richard | Deposition | Plaintiff | Levin & Gann | | |
| 57 | January-04 | Melvin | Melvin | Deposition | Plaintiff | Anne Giroqo | Distric. of Columbia | Circuit |
| 58 | January-04 | Bundy | Bundy | Deposition | Plaintiff | Eric May | | |
| 59 | January-04 | Chappell | Mary, | Trial | Plaintiff | Eric May | | |
| 60 | January-04 | Chappell | Mary | Deposition | Plaintiff | Joseph greenwald & Laake | Prince George's County | |
| 61 | January-04 | Dagg | Douglass | Deposition | Plaintiff | Joseph greenwald & Laake | | |
| 62 | January-04 | Paul | Peter | Deposition | Plaintiff | Peter G Angelos | | |
| 63 | December-03 | Harris | Harok Mitchel | Deposition | Plaintiff | Levin & Gann | | |
| 64 | December-03 | Penaller | Andrea | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 65 | August-03 | Kassidi | Kassidi | Trial | Plaintiff | Jordan coyne & Savits | | |
| 66 | August-03 | Charles | Charles | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 67 | August-03 | Lewis | Kassidi Lewis | Trial | Plaintiff | Jordan Coyne & Savits | | |
| 68 | August-03 | Pressley | Charles | Deposition | Plaintiff | Jordan Coyne & Savits | Distric. of Columbia | |
| 69 | July-03 | Dralfin | Howard | Trial | Plaintiff | Peter Angelos | | |
| 70 | June-03 | Hairston | Cory | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 71 | May-03 | Bidstrom | Bidstrom | Trial | Plaintiff | Peter G Angelos | | |
| 72 | May-03 | Deitrich | Sophie | Deposition | Plaintiff | Peter G Angelos | | |
| 73 | May-03 | Deitrich | Sophie | Trial | Plaintiff | Joseph greenwald & Laake | Prince George's County | Superior |
| 74 | March-03 | Hunter | Harry | Deposition | Plaintiff | Peter G Angelos | | |
| 75 | March-03 | Bradley | Jane | Deposition | Plaintiff | Peter G Angelos | | |
| 76 | March-03 | Hunter | Harry | Deposition | Plaintiff | Peter G Angelos | | |
| 77 | March-03 | Bradley | James | Deposition | Plaintiff | Peter G Angelos | | |
| 78 | March-03 | Hunter | Harry | Deposition | Plaintiff | Peter G Angelos | | |
| 79 | January-03 | Arnold | Frederick | Deposition | Plaintiff | Peter G Angelos | | |
| 80 | January-03 | Essex | Joseph | Deposition | Plaintiff | Peter G Angelos | | |
| 81 | January-03 | Herd | William | Deposition | Plaintiff | Peter G Angelos | | |

**Jerome S. Paige & Associates LLC**
Forensic Economics--Business Valuations--Strategic Planning
APPEARANCES OF JEROME S. PAIGE, PH.D IN FORENSIC ECONOMIC MATTERS
STARTING IN 2002

| | Month/Year | Plaintiff/Defendant | | Deposition/Trial | Plaintiff/Defense | Client Firm | Jurisdiction | |
|---|---|---|---|---|---|---|---|---|
| 1 | July-08 | Walker | Lenora | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 2 | July-08 | Holman | Mark | Deposition | Defense | CarrMaloney | District of Columbia | Superior |
| 3 | June-08 | Cartwright | Allan | Deposition | Plaintiff | Joseph Greenwald & Laake | Prince George's County | Circuit |
| 4 | April-08 | Cartwright | Allan | Deposition | Plaintiff | Joseph Greenwald & Laake | Prince George's County | Circuit |
| 5 | March-08 | Martin | Serfan | Trial | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 6 | March-08 | Martin | Serfan | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 7 | February-08 | Fenner | Judith_Gilmore | Deposition | Plaintiff | Peter Angelos | Prince George's County | Circuit |
| 8 | February-08 | Allen | Calvin | Trial | Plaintiff | KarpFrosh | Prince George's County | Circuit |
| 82 | January-03 | Arnold | Calvin | Deposition | Plaintiff | Peter Angelos | Baltimore City | Circuit |
| 83 | January-03 | Essex | Joseph | Deposition | Plaintiff | Peter Angelos | | |
| 84 | January-03 | Herd | William | Deposition | Plaintiff | Peter Angelos | | |
| 85 | October-02 | Saunders | Leroy | Trial | Plaintiff | Donald McClure & Associates | | |
| 86 | September-02 | Kahn | Lori | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 87 | September-02 | Shelz | Charles | Deposition | Plaintiff | Dunlet, Parker & Kelly | | |
| 88 | July-02 | Bouzhaliki | Donald | Deposition | Plaintiff | Peter G. Angelos | | |
| 89 | June-02 | Hairston | Corey | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 90 | June-02 | Hairston | Cory | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 91 | June-02 | Morrell | Donald | Deposition | Plaintiff | Peter G. Angelos | | |
| 92 | March-02 | Rizza | William | Trial | Defense | Micheal G. Comeau | | |
| 93 | March-02 | Davis | Ericteua | Deposition | Plaintiff | Peter G. Angelos | | |
| 94 | March-02 | Reed | Kwame | Deposition | Plaintiff | Ashcraft & Gerel | | |
| 95 | January-02 | Grant | Barbara | Trial | Plaintiff | Gallin & Newman | | |

3



CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS

## CURRICULUM VITAE
## WILLIAM H. DALEY, III, P.E.
### Mechanical Engineer

**Academic Background**

M.S., Aeronautical Engineering  United States Naval Postgraduate School, 1988

B.S., United States Naval Academy, 1975

**Registration**

Registered Professional Engineer, Commonwealth of Virginia, License No. 025823
Registered Professional Engineer, Commonwealth of Pennsylvania, License No. PE-052484-E
Registered Professional Engineer, State of Maryland, License No. 22553

**Professional Work History**

*Mechanical Engineer*  CED/ Accident Analysis Inc.  1995-Present
*Director of Manufacturing*  Forward Technology Industries, Inc.  1995 - 1996
*Associate Chairman*  Mechanical Engineering Department and Master Instructor  U.S. Naval
Academy  1992-1995
*Operations Officer*  Commander Naval Surface Forces  U.S. Atlantic Fleet  1990-1992
*Executive Officer*  USS Savannah (AOR-4)  1988-1990
*Student*  Naval Postgraduate School  1986-1988
*Engineering Officer*  USS San Diego (AFS-6)  1983-1985
*Weapons Officer*  USS Dupont (DD-941)  1981-1982
*Anti-Submarine Warfare Officer*  USS Donald B. Beary (FF-1085)  1976-1980

**Professional Societies**

American Society of Mechanical Engineers
American Society of Civil Engineers
American Boat & Yacht Council
American Society of Automotive Engineers

**Areas of Expertise**

Mechanical Engineering                 Accident Reconstruction
Marine Systems                         Machinery- Operation and Guarding
Analysis and Testing                   Safety Engineering



# CED Accident Analysis Inc.
CHESAPEAKE ENGINEERING & DESIGN / ACCIDENT ANALYSIS

**Fee Schedule**
**Effective January 2008**

*William H. Daley, III, P.E.*          *$275.00 per hour*

Time:

| | |
|---|---|
| Engineers' Time: | $155.00 - $350.00 per hour |
| Research Associate and Technicians' Time: | $ 85.00 - $140.00 per hour |
| Graphic Designers' Time: | $110.00 per hour |

Engineering time is billed at the same rate for all services including; research, review, analysis, testing, inspections, depositions, trial, testimony and travel. There are no charges or administrative fees for opening or maintaining case files.

Expenses:

Normal expenses and costs will be charged to the case. These include:

| | |
|---|---|
| Mileage: | $0.65 per mile |
| Film & development: | $37.50 per roll |
| Photo CD-ROM: | $42.50 per CD-ROM |
| Video recording: | $45.00 per tape |
| Large media print: | $70.00 per print |
| Laboratory usage fee: | to be specified |
| Equipment storage fee: | to be specified |
| Special equipment for testing: | at cost |
| Testing materials: | at cost |
| Travel tickets: | to be specified |
| Hotel, meals, etc.: | to be specified |

Materials and/or other specified expenditures that are required to the case will be charged at cost. Items purchased that are retained by CED/AAI and usable in other cases will not be charged. Travel costs that are incurred for this case will carry a 10% additional fee to cover administrative costs and financial obligations from the time of purchase to the time of payment from the client. Excluded from this charge are charges for mileage, tolls, parking, taxi fare and meals.

Activities are billed monthly or at the completion of a work phase. All balances are due upon receipt of invoice. Rates are subject to change without notice. Unpaid bills are charged a service fee of 1 ½ % per month for unpaid balances.

CED/AAI reserves the right to require a retainer. This retainer is a forward payment of future services for which the client has contracted, retained and agreed upon the engineer's billable rates and expenses.

If there is a question about any item on our fee schedule, please call to discuss your concern. Our ultimate goal is to provide you with the highest level of service possible.

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| 9/22/03 | Deposition | Grace M. Pino, et al., Plaintiffs vs. Montgomery County Md., et al, Defendants (CED 4346.1) | In The Circuit Court for Montgomery County, Maryland | Civil Action No.: 234019-V | Douglas A. Carrese Law Offices of Douglas A. Carrese |
|---------|------------|---|---|---|---|
| 11/3/03 | Deposition | Jayne Boyle, Plaintiff vs. Thomas Scardina, Jr., Defendant (CED 5042.1) | In The Circuit Court For Anne Arundel County, Maryland | No.: C-2003-88335NG | Mark D. Palmer Attorney at Law Bacon, Thornton & Palmer, LLP |
| 12/4/03 | Deposition | Catherine M. Kenney and Bruce E. Kenney, Sr., her husband, Plaintiffs, v. CATO INCORPORATED and THIRSTY'S t/a PAK, INC., a Maryland Corporation, and SAMUEL L. CORALUZZO, CO., INC., a New Jersey Corporation, Defendants (CED 5043.1) | In The United States District Court For The District of Maryland | Case No. CCB03CV/816 | Francis Jones Attorney at Law Morris, James Hitchens & Williams |
| 12/18/03 | Deposition | Norfolk Dredging Company Plaintiff. v. M/V A.V. Kastner, etc. et al., Defendants (CED 4489.1) | United States District Court For The District of Maryland (Northern Division) | Civil Action No. WMN 02-662 | J. Stephen Simms Simms Showers |
| 12/29/03 | Deposition | Wingard v. Nutro Corporation (CED 4006.1) | Circuit Court for the County of Saginaw, | 01-40992-NP-3 | Milton S. Karfis Harvey Kruse, P.C. |

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| Date | | | Michigan | | |
|---|---|---|---|---|---|
| 2/13/04 | Deposition | Lusby v. Biscayne Contractors (CED 5117.1) | Superior Court for the District of Columbia | 03-CA-721 | Sidney Schupak Ashcraft & Gerel |
| 3/2/04 | Deposition | Wade v. Waste Management of Maryland, Inc. (CED 5355.1) | Circuit Court for Baltimore | 24-C-02-006781 | Robert M. Schwartzman Lord & Whip |
| 3/3/04 | Deposition | Judith & Mark Ganslaw v. Broadway Diner (CED 5297.1) | Circuit Court for Montgomery County | 240904-V | Robert Hebb Semmes, Bowen & Semmes |
| 3/9/04 | Deposition | Carolyn Veney v. Friendco Restaurants, Inc. (CED/AAi 5325.1) | Circuit Court for Prince George's County | CAL 03-12950 | Joan Cerniglia-Lowensen Morgan, Shelsby, Carlo, Downs & Everton |
| 6/9/04 | Trial | Carolyn Veney v. Friendco Restaurants, Inc. (CED/AAi 5325.1) | Circuit Court for Prince George's County | CAL 03-12950 | Joan Cerniglia-Lowensen Morgan, Shelsby, Carlo, Downs & Everton |
| 6/17/04 | Deposition | Hartford Fire Insurance Co. v. USA (CED/AAi 5564.1) | U.S. District Court for the District of Maryland | PJM03 CV 3158 | Larry Adams U.S. Attorney District of Maryland Northern Division |
| 7/9/04 | Deposition | Carmel v. Melvin Berman Hebrew Academy (CED/AAi 5387.1) | Circuit Court of Maryland for Montgomery County | CIV 243286-V | Janet M. Trube Miller & Trube |
| 7/16/04 | Deposition | James C. Linn v. Anthony Pools (CED/AAi 5430.1) | Circuit Court for Prince George's County Maryland | CAL 10756 | Tom Althauser Eccleston & Wolf |

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| Date | Type | Case Name | Court | Case Number | Attorney |
|---|---|---|---|---|---|
| 7/20/04 | Deposition | Heitz v. Phoenix Corporation CED/AAi 5561.1 | Circuit Court for Baltimore County | 246-03-004902 | Jack L. Harvey Wharton, Levin, Ehrmartraut & Klein |
| 7/30/04 | Deposition | James C. Linn v. Anthony Pools (CED/AAi 5430.1) | Circuit Court for Prince George's County Maryland | CAL 10756 | Tom Althauser Eccleston & Wolf |
| 8/10/04 | Deposition | Paul Klein and Sharon Klein, Plaintiffs, vs. Flink Company, Defendant (CED/AAi 91006.1) | Circuit Court for the Eighteenth Judicial Circuit Dupage County, Illinois | No. 01 L 01107 | James C. Elder, Esq. Chilton Yambert Porter & Young LLP |
| 9/13-9/14/04 | Trial | James Masker v. New York Susquehana & Western Railway Corp. (CED/AAi 51053.1) | U.S. District Court, Middle District of Pennsylvania | 4:03-CV-1812 | Christopher Hoare Taylor, Colicchio & Silverman, LLP |
| 10/26/04 | Deposition | Joseph J. Mancini v. Calvert Village Limited Partnership (CED/AAi 4666.1) | Circuit Court for Calvert County Maryland | CAL03-07601 | Ralph W. Powers, Jr. Powers & Amster |
| 11/15/04 | Deposition | Tania Lasher v. Roche Brothers & Federal Realty (CED-AAi 5473.1) | U.S. District Court for the District of Maryland | AW 03 CV-2991 | Richard L. Nilsson Goodell, DeVries, Leech & Dann, LLP |
| 11/23/04 | Deposition | Chevy Chase Bank v. John J. Kirlin, Inc. (CED-AAi 5649.1) | Circuit Court for Montgomery County, Maryland | 248239-V | Thomas Patrick Ryan McCarthy Wilson |
| 1/12/05 | Trial | Viola Brown v. Fairway Elevator Company (CED/AAi 5557.1) | Court of Common Pleas Philadelphia County | 578 | Marc B. Zingarini Weber, Gallagher, Simpson Stapleton, Fires & Newby |

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| 2/4/05 | Deposition | Joan Sant v. Hines Limited Partnership (CED/AAi 91010.1) | Court of Common Pleas Franklin County, Ohio | 03CVC-10-11122 | Robert P. Miller Rourke & Blumenthal |
|---|---|---|---|---|---|
| 2/14/05 | Deposition | Shirey v. Kossuth Fabricators, Inc. (CED/AAi 91028.1) | Circuit Court for Rutherford County, Tennessee | No.: 49630 | Barry L. Howard Ruth, Howard, Tate & Sowell |
| 3/7/05 | Trial | Jordy v. Seylar (CED/AAi 3383.1) | 24th Judicial District Court for the Parish of Jefferson, State of Louisiana | No.: 450038 | Harry D. Widmann Harry D. Widmann Associates |
| 3/22/05 | Trial | Rice v. The Cavalier Group (CED-AAi 5346.1) | Superior Court State of Delaware | No.: OIC-03-260(JOH) | Kevin J. Connors Marshall, Dennehey, Warner, Coleman & Goggin |
| 4/6/05 | Trial | Wingard v. Nutro Corp. (CED-AAi 4006.1) | Circuit Court County of Saginaw State of Michigan | No.: 01-40992-NP-3 | Dennis Goebel Harvey Kruse, P.C. |
| 4/29/05 | Deposition | Dunn v. Crown Theaters (CED-AAi 5662.1) | Circuit Court for Anne Arundel County, Maryland | No.: C-04-09831 | Steven J. Parrott The Parrott Firm |
| 5/11/05 | Trial | Dular v. Historic Wharves Associates, Inc. (CED/AAi 51034.1) | Superior Court State of Rhode Island | No.: NC03-0117 | Mark J. Brice Decof & Decof |

CED Investigative Technologies Inc.

4

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| Date | Type | Case | Court | Case No. | Attorney |
|---|---|---|---|---|---|
| 6/7/05 | Deposition | Cofield v. Degele (CED/AAi 5165.1) | State of Michigan Macomb County Circuit Court | No.02-5300-NP | Mel Karfis Harvey Kruse |
| 6/27/05 | Deposition | Webb v. BWPCO (CED/AAi 4543.1) | State of West Virginia Circuit Court of Kanawha County | No. 03-C-2653 | Gary Pullin Pullin, Fowler & Flanagan, PLLC |
| 7/12/05 | Deposition | James Lapp, et ux., Plaintiff's vs. The Whiting-Turner Contracting Co., et al. Defendants (CED/AAi 5896.1) | In The United States District Court For The District of Maryland | No. 04-CV-2637 | Robert L. Hebb Semmes, Bowen & Semmes |
| 8/2/05 | Deposition | Shawna Jo Riley, Individually and as Next Friend and Legal Guardian of Brandan Shawn Riley, and Both as the Sole Heirs of the Estate of Brandon Scott Riley, Deceased, Plaintiffs, V. Top Line Manufacturing Company and Wal-Mart Stores, Inc. (CED/AAi 6003.1) | In the 96th District Court of Tarrant County, Texas | No. 96-198857-03 | Joel Smyer Anderson,Smyer & Riddle LLP |

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| 8/23/05 | Deposition | Glater v. Webster Bank (CED/AAi 51147.1) | State of Connecticut Judicial District of Hartford | CV-04-0934024-S | Joseph N. Defillippo Morrison Mahoney LLP |
|---|---|---|---|---|---|
| 10/7/05 | Deposition | Shirey v. Kossuth Fabricators (CED/AAi 91028.1) | Circuit Court of Rutherford County, Tennessee | CV99630 | Robert D. Flynn Spicer, Flynn & Rudshrom, PLLC |
| 10/14/05 | Trial | Shirey v. Kossuth Fabricators (CED/AAi 91028.1) | Circuit Court of Rutherford County, Tennessee | CV99630 | Robert D. Flynn Spicer, Flynn & Rudshrom, PLLC |
| 10/26/05 | Deposition | John & Jacquelyn Newman v. Beach Construction, Inc. (CED/AAi 6044.1) | Circuit Court for Worcester County | CV23-C-04-0346 | Michael K. Tighe Tighe, Cottrell & Logan, P.A. |
| 11/8/05 | Deposition | Jeff Marks v. Dewey Beach Enterprises (CED/AAi 6018.1) | Superior Court for State of Delaware Kent County | CA03C-12-105WLW | Nicholas Skiles Swartz, Campell & Detweiler |
| 11/30/05 | Trial | Dunn v. Crown Theaters (CED/AAi 5662.1) | Circuit Court for Anne Arundel County Maryland | C-04-098311 | Steven J. Parrott Dehay & Elliston, L.L.P. |

CED Investigative Technologies Inc.

6

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| 12/8/05 | Deposition | James Cobbs v. Schwing America, Inc. (CED/AAI 6073.1) | District Court for Eastern District of Michigan Southern Division | CA No. 2:04CV72136 | Milton S. Karfis Harvey Kruse, P.C. |
|---------|------------|-----------|-----------|---------|---------|
| 1/20/06 | Trial | Patrick Brown v. Sun Company (CED/AAI 5706.1) | Court of Common Pleas Philadelphia, County, Pennsylvania | NO. 4465 | Joseph F. Van Horn, Jr. Bodell, Bove, Grace & Van Horn |
| 3/2/06 | Trial | Jeff Marks v. Dewey Beach Enterprises (CED/AAI 6018.1) | Superior Court for State of Delaware Kent County | CIV 03C-12-015 (WLW) | Nicholas E. Skiles, Esq. Swartz Campbell |
| 3/3/06 | Deposition | James Hullun v. United States (CED/AAI 5974.1) | United States District Court Middle District of Florida Jacksonville Division | 3:04-CV-902-J-16MCR | Robb Hyde Department of Justice |
| 3/10/06 | Deposition | John Gough v. Greater Baltimore Medical Center, Inc. (CED/AAI 6171.1) | Circuit Court for Baltimore County Maryland | 03-C-05-002008-OT | Amy Heinrich Goodell, DeVries, Leech & Dann, LLP |
| 3/31/06 | Trial | State of Maryland v. Michael Sealover (CED/AAI 6181.1) | Circuit Court for Baltimore County Maryland | 05CRO747 | Leonard H. Shapiro |

CED Investigative Technologies Inc.

7

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| | | | | C.A. No. | |
|---|---|---|---|---|---|
| 4/11/06 | Trial | Terry Hays-Sapp v. Alan Dukant d/b/a LAD, Inc. (CED/AAI 5995.1) | Superior Court of the State of Delaware for New Castle County | C.A. No. 03C-08-083 (PLA) | Scott Shannon Marshall, Dennehey Warner, Coleman & Goggin |
| 5/22/06 | Deposition | Rashid West v. Kohl's Department Stores (CED/AAI 6241.1) | U.S. District Court for the District of Maryland | AW-05-2516 | Thomas L. Heeney, Heeney & Aril |
| 6/2/06 | Arbitration | James and Ruth Ayling v. Fife Corporation (CED/AAI 5861.1) | U.S. District Court Eastern District of Pennsylvania | No. 04-5404 | Mark F. DiGiovanni Francis R. Gartner & Associates |
| 10/19/06 | Deposition | Lena Sheubrook v. AEW Capital Management (CED/AAI 6444.1) | Circuit Court for Baltimore County | No. 03-C-05-001895 | Jonathan D. Blank Saunders & Schmieler, P.C. |
| 12/8/06 | Deposition | Heber Piriz v. Thomas Trudo (CED/AAI 51226.1) | Superior Court Judicial District of Stamford/Norwalk at Stamford | No. 04-0201008 | Kristen Kraiza |
| 1/30/07 | Trial | Donald Harris v. Peacemaker Floors, Inc. (CED/AAI 6537.1) | Circuit Court for Worcester County | No. 23-C-06-000304 | Alan R. Siciliano Decaro, Doran, Siciliano, Gallagher & DeBlasis |
| 2/1/07 | Arbitration | Compudata v. Anvil Construction Company (CED/AAI 6575.1) | American Arbitration Association | No.: 14110Y 02036 0402 JUML-C | Steven P. Cholden Reilly, Janiczek & McDewitt, P.C. |
| 2/8/07 | Arbitration | Apostolic New Life Center, Inc. v. Dennis J. Anderson, Jr. (CED/AAI 6539.1) | Circuit Court for Charles County | No.: 08C-99-000417 | J. Gregory Donlin Krause, Fizer, Crogan & Lopez |

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| Date | Type | Case | Court | Case No. | Attorney |
|---|---|---|---|---|---|
| 8/7/07 | Deposition | McGavisk v. Sunrise Premier Pool Builders, LLC (CED/AAI 6677.1) | Circuit Court for Montgomery County Maryland | No.: 276694V | Laurence Holzman Joseph, Greenwald & Laake, P.A. |
| 8/14/07 | Trial | Michael Landsman v. Jiffy Hitch Trailer & Supply Company (CED/AAI 6777.1) | Circuit Court for Howard County Maryland | No.: 13-C-06-064678 OT | Steven J. Parrott Dehay & Elliston, LLP |
| 8/24/07 | Deposition | WASCO, Inc., v. Emily Beckner (CED/AAI 6686.1 | Circuit Court for Sumner County Tennessee | No.: 28060-C | Michael W. Jones Wimberly, Lawson, Seale, Wright & Daves, PLLC |
| 10/31/07 | Deposition | Paolella v. Bob Ward New Homes (CED/AAI 6743.1) | Circuit Court for Kent County Maryland | No.: 14-C-06-006347 | Alan Legum Annapolis Maryland |
| 2/12/08 | Deposition | Robert Root vs. Iowa Mold Tooling Co., et al. (CED/AAI 4670.1) | United States District Court for the Middle District of Pennsylvania Scranton Division | No.: 3-CV-05-1356 | Daniel J. Distasio Scartelli & Distasio Law Firm |
| 4/3/08 | Trial | Piriz v. Trudo (CED 51226.1) | Superior Court Judicial District of Stamford/Norwalk at Stamford, Connecticut | No.: 04-0201008 | David Migliore |
| 4/14/08 | Trial | Lauria v. Downey-Goodlein Elevator Corp. and LAM Associates (CED 5671.1) | State of New York Supreme Court | No.: 829/01 | Sheldon Boyce Brenna, Brenna & Boyce, PLLC |

9

Trials and Depositions for William H. Daley, III, P.E.
2003-2008

| Date | Type | Case | Court | Case No. | Attorney |
|---|---|---|---|---|---|
| 4/22/08 | Deposition | Brown v. Camelot Services, Inc. (CED 6842.1) | Circuit Court for Baltimore City | No. 24-C-06-010013OT | Robert H. Bouse, Jr. Anderson Coe & King |
| 6/16/08 | Trial | Lena Sheubrock v. TKI-East, LLC (CED 6444.1) | Circuit Court for Baltimore County | No. 03-C-05-011695 | Brian Hoffman Saunders & Schmieler |
| 7/18/08 | Deposition | Jay Rosenthal v. DiSalvatore Realty, Inc. (CED 7147.1) | Circuit Court for Montgomery County | No. 286129-V | David Bokow Law Offices of Guido Porcarelli |

CED Investigative Technologies Inc.

10

4

# CURRICULUM VITAE

**NAME:  Paul Fedio, Ph.D.**

**ACADEMIC:**
Senior Lecturer, Department of Psychology
Catholic University of America
620 Michigan Avenue, N.E.
Washington, DC

Adjunct Professor, Department of Psychology
George Mason University
4400 University Drive
Fairfax, VA 22030

**CLINCIAL PRACTICE:**
Burke Lake Professional Building
Suite 100
8996 Burke Lake Road
Burke, VA 22015

**EDUCATION:**
1956  B.A., St. Basil's College, Stamford, Connecticut
1959 M.A., Psychology, Catholic University, Washington D.C.;
        (Thesis: Electroencephalographic [EEG] activation and reaction time in normal and
        schizophrenic subjects)
1964 Ph.D., Psychology, Catholic University, D.C., Washington, D.C.
         (Dissertation: Selective intellectual deficits in  children with temporal lobe or
         centrencephalic epilepsy)

**TRAINING AND EMPLOYMENT HISTORY:**
1958-1959     Psychologist, Intern; St. Elizabeth's Hospital, Washington, D.C.

1959-1960     Psychologist, Extern; Department of Psychiatry
              D.C. General Hospital, Washington, D.C.

1960-1964     Psychologist, Clinical; Handicapped Children's Clinic,
              D.C. General Hospital, Washington, D. C.

1964-1975     Psychologist, Clinical; Surgical Neurology Branch,
              NINCDS, National Institutes of Heatlh [NIH}, Bethesda, MD

1975-1981     Supervisory Psychologist, Clinical Neurosciences Branch, NINCDS, NIH,
              Bethesda, MD

| | |
|---|---|
| 1975-1990 | Consultant, Psychological Sevices, Montgomery County Public Schools, Rockville, Md. |
| 1977-1986 | Special Assistant to the Clinical Director, NINDS, NIH, Bethesda, MD |
| 1980- 1995 | Consultant, Division of Vocational Services, Maryland |
| 1981-1984 | Acting Chief, Clinical Neurosciences Branch, NINDS, NIH, Bethesda, MD |
| 1984-1991 | Chief, Clinical Neuropsychology Section, Epilepsy Branch, NINDS, NIH, Bethesda, MD |
| 1991-1999 | Chief, Clinical Neuropsychology, Office of the Clinical Director, NINDS, NIH, Bethesda, MD |
| 1999-2001 | Consultant, Clinical Neuropsychology, NINDS, NIH, Bethesda, MD. |
| 1999-2002 | Consultant, Clinical Neuropsychology; Neuroscience Program, Inova Fairfax Hospital, Falls Church, VA |
| 1999-Present | Term Professor [Clinical Neuropsychology], Department of Psychology, George Mason University, Fairfax, VA. |
| 2001-2002 | Associate Professor, Chief, Clinical Neuropsychology, Department of Neurosurgery, George Washington Hospital, Washington, DC. |
| 2000-Present | Associate, Department of Psychiatry and Behavioral Science, George Washington University Hospital, Washington, DC |
| 2003–Present | Associate, Department of Neurology, Georgetown  Hospital, Washington, DC |
| 2004-Present | Visiting Professor, Catholic University of America, Washington, DC |

**LICENSE:**   Maryland (#  00769); Virginia (# 0810002714);  District of Columbia  (#100066)

**BOARD CERTIFICATION:**   American College of Forensic Examiners

**HONORS AND AWARDS**:
1956-1960     U. S. Public Health Fellowship, Catholic University

**FELLOW STATUS:**
**American Psychological Association [APA]**:
        Division 6: Behavioral Neuroscience and Comperative Psychology
        Division 40: Clinical neuropsychology
**National Academy of Neuropscyhology**

**PROFESSIONAL SOCIETY MEMBERSHIP**:
      International Neuropsychology Society
      National Academy of Neuropsychology
      Coalition of Clinical Practitioners of Neuropsychology
      American Psychological Association
      American Association for the Advancement of Science
      Eastern Psychological Association
      Northern Virginia Traumatic Brain Injury Association

**CLINICAL AND RESEARCH INTERESTS**:
      Brain-injury and cognitive/personality changes
      Neural basis of memory disorders
      Neuropsychiatric disorders
      Brain mechanism for speech and language

**PUBLISHED ARTICLES**:

Fedio, P., Mirsky, A.F., Smith, W.J. and Parry, D. Reaction time and EEG activation in normal and schizophrenic subjects. Electroenceph Clin Neurophysiol, 13:923-926, 1961.

Ojemann, G.A. and Fedio, P. Effect of stimulation of the human thalamus and parietal and temporal white matter on short-term memory. J Neurosurg, 29:51-59, 1968.

Ojemann, G.A., Fedio, P. and Van Buren, J. Anomia from pulvinar and subcortical parietal stimulation. Brain, 91:99, 1968.

Fedio, P. and Mirsky, A.F. Selective intellectual deficits in children with temporal lobe or centrencephalic epilepsy. Neuropsychologia, 7:287-300, 1969.

Buchsbaum, M. and Fedio, P. Visual information and evoked responses from the left and right hemispheres. Electroenceph Clin Neurophysiol, 26:266-272, 1969.

Fedio, P. and Baldwin, M. Dysnomia and short-term memory impairment from intracarotid sodium amytal. Excerpta Medica, 193:212, 1969.

Ojemann, G.A., Fedio, P. and Van Buren, J.M. Evidence for dominance within the human lateral thalamus. Excerpta Medica, 193:260, 1969.

Fedio, P. and Ommaya, A.K. Bilateral cingulum lesions and stimulation in man with lateralized impairment in short-term verbal memory. Exp Neurol, 29:84-91, 1970.

Buchsbaum, M. and Fedio, P. Hemispheric differences in evoked potentials to verbal and nonverbal stimuli in the left and right visual fields. Physiol Behav, 5:207-210, 1970.

Fedio, P. and Weinberg, L.K. Dysnomia and impairment of verbal memory following intracarotid injection of Sodium Amytal. Brain Res, 31:159-168, 1971.

Fedio, P. and Buchsbaum, M. Unilateral temporal lobectomy and changes in evoked responses during recognition of verbal and nonverbal material in the left and right visual fields. Neuropscholgia, 9:261-271, 1971.

Butters, N., Soeldner, C. and Fedio, P.  A comparison of parietal and frontal lobe spatial deficits in a man: extrapersonal vs. personal (egocentric) space.  Perceptual and Motor Skills, 34:27-34, 1972.

Ommaya, A.K. and Fedio, P. The contribution of cingulum and hippocampal structures to memory mechanism in man. Confinia Neurol, 34:398-411, 1972.

Samuels, I., Butters, N. and Fedio, P. Short-term memory disorders following temporal lobe removals in humans.  Cortex, 8:283-298, 1972.

Gerner, P., Ommaya, A.K. and Fedio, P. A study of visual memory: verbal and nonverbal mechanism in patients with unilateral temporal lobectomy.  Int J Neuroscience, 4:231-238, 1972.

Fedio, P. and Van Buren, J.M. Memory deficits during electrical stimulation of the speech cortex in conscious man.  Brain Lang, 1:78-100, 1975.

Rosenthal, L.S. and Fedio, P. Recognition thresholds in the central and lateral visual fields following temporal lobectomy.  Cortex, 11:217-229, 1975.

Van Buren, J.M. and Fedio, P. Functional representation on the medial aspect of the frontal lobes in man.  J Neurosurg, 44:275-289, 1976.

Bear, D.M. and Fedio, P. Quantitative analysis of interictal behavior in temporal lobe epilepsy. Arch Neurol, 34:454-467, 1977.

Henkin, R.I., Comiter, H., Fedio, P. and O'Doherty, D. Defects in taste and smell recognition following temporal lobectomy.  Trans Amer Neurol Assoc, 102, 1977.

Van Buren, J.M., Fedio, P. and Canal-Frederick, G. Mechanism and localization of speech in the parietotemporal cortex.  Neurosurg, 44:233-239, 1978.

Samuels, I., Butters, N., Fedio, P. and Cox, C.S. Deficits in short-term auditory memory for verbal material following right temporal removals in humans.  Int J Neuroscience, 11:101-108, 1980.

Fedio, P. and Van Buren, J.M. Thalamo-cortical mediation of perception and memory in man. Adv Physiol Sci, 17:305-312, 1981.

Tamminga, C.A., Durso, R., Fedio, P. and Chase, T.N. Vasopressin studies in Alzheimer's disease.  Psychopharm, 18:48-49, 1982.

Durso, R., Fedio, P., Brouwers, P., Cox, C., Martin, A.J., Ruggieri, S.A., Tamminga, C.A. and Chase, T.N. Lysine vasopressin in Alzheimer's disease. Neurology, 32:674-677, 1982.

Fried, I., Mateer, C., Ojemann, G., Wohns, R. and Fedio, P. Organization of visuospatial functions in human cortex. Brain, 105:349-371, 1982.

Chase, T.N., Brooks, R.A., Delapaz, R.L., Demaro, A., Di Chiro, G.R., Fedio, P., Foster, N.L., Kessler, R.M., Kornblith, P.L., Kufta, C.V., Manning, R.G., Newmark, M.E., Patronas, N.J., Porter, R., Sato, S., Smith, B.H. and Theodore, W.H. Position emission tomographic studies of epilepsy, brain tumors and Alzheimer's disease. Psychopharm Bull, 18:3-6, 1982.

Chase, T.N., Durso, R., Fedio, P. and Tamminga C.A. Vasopressin treatment of cognitive deficits in Alzheimer's disease. In: Corkin, S., Davis, K.L., J.H., Usdin, E., and Wurtman, R.J. Alzheimer's Disease. New York: Raven Press, 19:455-459, 1982.

Martin, A. and Fedio, P. Word production and comprehension in Alzheimer's disease: The breakdown of semantic knowledge. Brain Lang, 19:124-141, 1983.

Chase, T.N., Foster, N.L., Fedio, P., Di Chiro, G., Brooks, R. and Patronas, N.J. Alzheimer's disease: local cerebral metabolism studies using F-fluorodeoxyglucose positron emission tomograpy. In: Samuel, D., Ageri, Genshorn, S. Grimm, V.E. and Toffano, G., eds. Aging of the Brain. New York: Raven Press, pp. 143-154, 1983.

Foster, N.L., Chase, T.N., Fedio, P., Patronas, N.J., Brooks, R. and Di Chiro, G. Alzheimer's disease. Focal cortical changes shown by positron emission tomography. Neurology, 33:961-965, 1983.

Fedio, P. and Martin, A. Ideative-emotive behavioral characteristics of patients following left or right temporal lobectomy. Epilepsia, 24:5117-5130, 1983.

Behar, D., Rapoport, J.L., Berg, C.J., Denckla, M.B., Mann, L., Cox, C., Fedio, P., Zahn, T. and Wolfman, M.G. Computerized tomography and neuropsychological test measures in adolescents with obsessive-compulsive disorder. Am J Psychiat, 141:363-369, 1984.

Rausch, R., Fedio, P., Ary, C.M., Engel, J. and Crandall, P. Resumption of behavior following intracarotid Sodium Amobarbital injection. Am Neurol, 15:31-35, 1984.

Browers, P., Cox, C., Martin, A., Chase, T. and Fedio, P. Differential perceptual-spatial impairment in Huntington's and Alzheimer's dementias. Arch Neurol, 41:1073-1076, 1984.

Browers, P., Riccardi, R., Poplack, D. and Fedio, P. Attentional deficits in long-term survivors of childhood acute lymphoblastic leukemia (ALL). J Clin Neuropsych, 6:325-336, 1984.

Fedio, P., Martin, A. and Browers, P. The effect of focal cortical lesions on cognitive functions. In: Ward, A. and Porter, R., eds. Advances in Epileptology. XVth Epilepsy International Symposium, New York: Raven Press, pp. 489-496, 1984.

Chase, T., Foster, N.L., Fedio, P., Mansi, L., Brooks, R., Kessler, R. and Di Chiro, G. cognitive and cerebral function in early and advanced Alzheimer's disease. Neurol Sci, 11:176-179, 1984.

Chase, T., Foster, N.L., Fedio, P., Brooks, R., Mansi, L. and Di Chiro, G. Regional cortical dysfunction in Alzheimer's disease as determined by positron emission tomography. Ann Neurol, 15:170-174, 1984.

Chase, T., Foster, N.L., Fedio, P., Mansi, L., Brooks, R., Kessler, R. and Di Chiro, G. Gilles de la Tourette syndrome: Studies with the fluorine-18-labeled fluorodeoxyglucose positron emission tomographic method. Ann Neurol, 15:S175, 1984.

Foster, N.L., Chase, T.N., Mansi, L., Brooks, R., Fedio, P., Patronas, N.J. and Di Chiro, G. Cortical abnormalities in Alzheimer's disease. Ann Neurol, 16:649-654, 1984.

Chase, T.N., Fedio, P., Foster, N., Brooks, R., Di Chiro, G. and Mansi, L. Wechsler adult intelligence scale performance: cortical localization by fluorodeoxyglucose F-18-positron emission tomography. Arch Neurol, 41:1244-1247, 1984.

Brouwers, P., Riccardi, R., Fedio, P. and Poplack, D.M. Long-term neuropsychological sequelae of childhood leukemia: Correlation with CT brain scan abnormalities. J Peds, 106:723-728, 1985.

Chase, T.N., Brooks. R.A., Di Chiro, G., Fedio, P., Foster, N.L., Kessler, R.A., Mansi, L., Manning, R.G. and Patronas, N.J. Focal cortical abnormalities in Alzheimer's disease. In: Greitz, T., Ingvar, D., Widen, L., eds. The Metabolism of the Human Brain Studied with Positron Emission Tomography. Philadelphia: B.C. Decker, pp. 433-440, 1985.

Martin, A., Brouwers, P., Cox., C. and Fedio, P. On the nature of the verbal memory deficit in Alzheimer's disease. Brain Lang, 25:323-314, 1985.

Martin, A., Cox, C., Brouwers, P. and Fedio, P. A note on different patterns of impaired and preserved cognitive abilities and their relation to episodic memory deficits in Alzheimer's patients. Brain Lang, 26:181-185, 1985.

Chu, A., Nerurkar, L.S., Witzel, N., Andresen B.D., Alexander, M., E.S., Brouwers, P., Fedio, P., Lee, Y.J. and Sever, J.L. Reye's Syndrome. Salicylate metabolism, viral antibody levels, and other factors in surviving patients and unaffected family members. Amer J Dis Child, 140:1009-1012, 1986.

Foster, N.L., Chase, T.N., Patronas, N.M., Gillespie, M.M. and Fedio, P. Cerebral mapping of apraxia in Alzheimer's disease by positron emission tomography. Ann Neurol, 19:139-143, 1986.

Fedio, P. Behavioral characteristics of patients with temporal lobe epilepsy.  Psychiat Clinics N Amer , 9:267-281, 1986.

Bruno, G., Mohr, E., Gillespie, M., Fedio, P. and Chase, T.N. Muscarinic agonist therapy of Alzheimer's disease: a clinical trial of RS-86. Arch Neurol, 43:659-661, 1986.

Mohr, E., Bruno, G., Foster, N., Gillespie, M., Cox, C., Hare, C., Tamminga, C., Fedio, P. and Chase, T.N. GABA-agonist therapy of Alzheimer's disease.  Clin Neuropharmacol, 9:256-263, 1986.

Johnson, R., Jr. and Fedio, P. P300 activity in patients following unilateral temporal lobectomy: A preliminary report.  In: McCallum, W.C., Zappoli, R. and Denoth, F., eds.  Cerebral psychophysiology: studies in event-related -potentials.  Electroencephalog Clin Neurophysiol, (suppl 39) :552-554, 1986.

Shults, C., Steardo, L., Barone, P., Mohr., E., Juncos, J., Serrrati, C., Fedio, P., Tamminga, C.A. and Chase, T.N. Huntington's disease:  effect of cysteamine, a somatostatin depleting agent.  Neurol, 36: 1099-1102, 1986.

Martin, A., Brouwers. P., Lalonde, F., Cox, C. and Fedio, P. Towards a behavioral typology of Alzheimer's patients.  J Clin Exptl Neuropsych, 8:594-610, 1986.

Tamminga, C.A., Foster, N.L., Fedio, P., Bird, E.D. and Chase, T.N. Alzheimer's disease: Low cerebral somatostatin levels correlate with impaired cognitive function and cortical metabolism.  Neurol, 37: 161-165, 1987.

Mohr, E., Fabbrini, G., Ruggieri, S., Fedio, P. and Chase, T.N. Cognitive concomitants of dopamine system stimulation in parkinsonian patients. J Neurol, Neurosurg, Psychiat, 50:1192-1196, 1987.

Johnson, R. Jr., Cox, C. and Fedio, P. Event-related potential evidence for individual differences in a mental rotation task.  In: Johnson, R. Jr., Rhorbaugh, J.W. and Parasuraman, R., eds.  Current trends in event related potential research. Electroencephalography and Clinical Neurophysiology, pp. 191-197, 1987.

Johnson, R. Jr. and Fedio, P. Task-related changes in P300 scalp distribution in temporal lobectomy patients.  In: Johnson, R. Jr., Rhorbaugh, J.W. and Parasuraman, R., eds. Current trends in event related potential research.  Electroencephalography and Clinical Neurophysiology, pp. 699-704, 1987.

Martin, A., Brouwers, P., Lalonde, F., Cox, C. and Fedio, P. Alzheimer's patient subgroups: qualitatively distinct patterns of performance and subsequent decline.  In: Wurtman, R.J., Corkin, S., Growdon, J.H., eds.  Alzheimer's disease: advances in basic research and therapies. Proceedings of 4th meeting of International Study Group on the Pharmacology of Memory Disorders Associated with Aging.  Zurich, Switzerland, pp. 475-480, 1987.

**Paul Fedio, Ph.D.**
**Clinical Neuropsychology**
**9408 Raintree Road**
**Burke, Virginia 22015**

Telephone: 703-426-7246
Fax: 703-426-4223

## Court Testimony [2001 – 2007]

Diane Wilson * Prince George's County (MD)
Circuit Court No. CAL99-13329   [12 Feb 2001]

Byron Pointer * Worcester County (MD)
Circuit Court No. 23-C-99-001316   [2 April 2001]

Julianna Holmes * D.C. Superior Court
No. 00-940   [30 April 2001];

Marc Frankel * Montgomery County (MD)
Circuit Court No. 213076   23 May 2001];

Sarah Schubert * D.C. Superior Court
No. 00-6057  [19 Feb 2002]

Robert E. Martz * Washington County, Hagerstown, MD;
Circuit Court No. 21-C-02-015205CN  [2 Dec 2003]

Sharon K. Burke * D.C. Superior Court
No. 01-0009379  [16 March 2004].

Raghav Choudhary  * Circuit Court for Baltimore City, Maryland,
Case No.: 24-C-03-003249  [11 June 11 2004]

Shawn R. Jackson, Jr.* Circuit Court for the City of Fredericksburg, Virginia
At Law Nos. CL01-112 and CL01-113   [11 Sept 2005]

Ruth Lawson * District Court of Maryland
No. RWT03-CV-884 [7 February 2006]

Phyllis Ford [Dasean Wise, minor]
Circuit Court, Baltimore City 24-C-05-004167 [26 Oct 2006]

Charles Presley v. Commercial Moving & Rigging* D.C. Superior Court
Civil Action No. 02 CA 009179 [8 Dec 2006]

2

Edward Colahan v. Dupont Circle Physicians Grp et al., Superior Court
Civil Action 03-ca-1123 [14 June 2007]

Robin J. Beaudry v. George Griffith Lindsay, III *Circuit Court for
Montgomery County. Case No.: 275373 [4 Dec 2007]

5

NEUROLOGY

**NEUROLOGY ASSOCIATES**
**RAMON B. JENKINS, M.D., P.A.**
**IGNACIO R. RODRIGUEZ, M.D.**
8757 GEORGIA AVENUE, SUITE 430
SILVER SPRING, MARYLAND 20910

TEL: (301) 608-0833

FAX: (301) 608-0835



8415 BELLONA LANE
RUXTON TOWERS - SUITE 204
TOWSON, MARYLAND 21204
(Direct all correspondence to
the Silver Spring Office)

May 14, 2008

Sara A. Allenson, Esquire
Law Offices Jordan Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036-4117

RE:   Michangelo SCRUGGS
D/A:  8-29-06

Dear Ms. Allenson:

I had the opportunity of performing a followup independent medical evaluation on Michangelo Scruggs today with regard to the work-related injury of 8-29-06. Reference is made to my initial evaluation of 9-12-07, in which I noted that the patient suffered from postconcussional syndrome with continuing post traumatic headaches, post traumatic vertigo, and complaints of persistent memory loss. He also had persistent chronic cervical and lumbosacral strain injuries noted at that time.

The patient indicates that his current medications are as follows:

1)   Flexeril, 10 mg, po, hs;
2)   Valium, 10 mg, po, prn, vertigo;
3)   Ultram, currently used about once a day for low back pain.

**CURRENT COMPLAINTS:**   The patient continues to suffer from headaches about every three or four days. He uses Valium for relief and finds this to be quite helpful. He has episodes of vertigo about every three weeks which also respond well to the use of Valium. Finally, the patient complains of sharp, stinging low back pain on a daily basis that does, fortunately, respond well to the use of Ultram. The low back is said to be worse with sitting, standing or walking. At this point, the patient is performing water aerobics. He continues to work full time as an administrator at Howard University

Sara A. Allenson, Esquire                                2                        RE: Michangelo SCRUGGS
Law Office Jordan Coyne & Savits, L.L.P.                                                      May 14, 2008

Hospital, but has a hard time doing podiatry work because of prolonged standing. He finds his memory is improved, but is not yet back to normal. He found it difficult to remember phone calls he has had recently.

**PHYSICAL EXAMINATION:**   On physical examination, his weight is now 229 pounds, an increase of four pounds since his last visit on 9-12-07.  Blood pressure is 122/86. The pulse is 72.

On musculoskeletal examination, the patient continues to have decreased range of motion in the lumbosacral spine with radiating pain going down the left leg.  Forward flexion is 30 degrees.  Extension is 0 degrees.  Right side bending 15 degrees; left side bending 5 degrees.  Right rotation 45 degrees; left rotation 15 degrees.  The patient has an impressive amount of paraspinal muscle spasm, left side greater than right.  Range of motion in the cervical spine was full and pain free throughout.

On neurological examination, I find no evidence of persistent sensory loss, reflex asymmetry or muscle impairment.  The patient has full strength in all major muscle groups and no signs of muscle atrophy.

**IMPRESSION:**

1) Post traumatic headaches, improved;
2) Post traumatic vertigo, improved;
3) Mild memory loss, related both to postconcussive syndrome as well as continued use of Valium;
4) Persistent lumbosacral strain injuries;
5) Cervical strain injury, resolved.

**DISCUSSION:**   I am encouraged that Dr. Scruggs is improving.  His headaches are becoming less severe over time.  His post traumatic vertigo is also becoming less severe and less frequent.  He continues to have a lot of lumbosacral muscle spasm.  I think that this would respond well to additional exercise therapy and perhaps the use of a muscle relaxant such as Skelaxin during the day.  I think he should try and wean himself off of Valium since this is, in all likelihood, contributing to his complaint of memory problems. Dr. Scruggs has not yet reached maximum medical improvement, but I would hope that

Sara A. Allenson, Esquire            3                      RE: Michangelo SCRUGGS
Law Office Jordan Coyne & Savits, L.L.P.                      May 14, 2008

within the next six to twelve months this would occur. If any additional questions arise, please do not hesitate to contact me.

Sincerely yours,

Ignacio R. Rodriguez, M.D.

IRR/vlw
m2

NEUROLOGY

**NEUROLOGY ASSOCIATES**
**RAMON B. JENKINS, M.D., P.A.**
**IGNACIO R. RODRIGUEZ, M.D.**
8757 GEORGIA AVENUE, SUITE 430
SILVER SPRING, MARYLAND 20910

TEL: (301) 608-0833

FAX: (301) 608-0835

8415 BELLONA LANE
RUXTON TOWERS · SUITE 204
TOWSON, MARYLAND 21204
(Direct all correspondence to
the Silver Spring Office)

September 12, 2007

Universal Medical Exams, Inc.
15020 Shady Grove Road
Suite 310
Rockville, Maryland 20850

RE:    Michangelo SCRUGGS
D/A:  8-29-06

Dear Sir or Madam:

I had the opportunity of performing a neurological independent medical evaluation on Michangelo Scruggs today with regard to the unusual work-related accident of 8-29-06. The patient is currently employed as a hospital administrator and a podiatrist at Howard University Hospital in Washington, D.C. At the time of his injury, he was employed as a podiatry resident at Howard University Hospital where he had been for the last three years.

**Patient's Accident Description:** On 8-29-06, the patient was in his usual state of excellent health when his duties took him to the operating room at Howard University Hospital where he was employed as a resident. While he was evaluating the patient on the operating room table, the large operating room lamp, without warning, fell out of the ceiling, striking the patient's head. The First Report of Injury confirms the patient's history in this regard. The patient indicates he was struck on the right forehead. He was dazed, confused and dizzy at the scene of the accident with complaints also of transient blurred vision. He was helped to a sitting position by other hospital personnel and then eventually walked to the employee health section of Howard University. There he underwent an MRI scan of the brain that was said to be normal. The patient brings three MRI scans today which I have reviewed. The first, on 10-6-06, is an MRI scan of the brain without contrast and does not reveal any evidence of intracranial injury. An MRI scan of the lumbosacral spine reveals a grade I retrolisthesis and a small-to-moderate-size

Universal Medical Exams, Inc.                2                    RE: Michangelo SCRUGGS
                                                                  September 12, 2007

extruded central disk at L5-S1. An MRI of the cervical spine, performed on 10-9-06, reveals a minimal disk bulge at C5-6.

## CURRENT COMPLAINTS:

The patient indicates he continues to have severe headaches every other day or every third day. These headaches begin in the right frontal area and stretch back to the back of the head, occasionally being associated with nausea and vomiting. The patient sometimes has vertigo associated with the headache, lasting 30 to 45 minutes, passing over time. He also complains of continued difficulties with memory, which has improved over time with his normal activities of daily living. He also complains of continuing pain in the neck and the shoulder as well as in the low back. He is no longer undergoing active therapy. Finally, the patient complains of decreased hearing in the right ear that has not yet been evaluated by an otolaryngologist, but was apparently confirmed during neuropsych testing at the Washington Medical Group, PC.

His current medications are as follows:

1) Flexeril, 10 mg, used two or three times per week before bed;
2) Valium, ? mg, used as needed for vertigo.

## PAST MEDICAL HISTORY:

The past medical history is unremarkable. The patient is single with no children. He denies prior accidents, surgeries or hospitalizations. He is allergic to root beer. His alcohol consumption is quite moderate, only an occasional glass of wine or cocktail.

## PHYSICAL EXAMINATION:

On physical examination, the patient is an alert, pleasant, African American male, who is dressed in a suit and a tie with careful grooming to match. His weight is 225 pounds. His height is 71 inches. Blood pressure is 110/70.

The head is normocephalic without any obvious signs of trauma. The neck is supple without lymphadenopathy. The chest is clear to auscultation and percussion. The heart reveals regular rhythm without murmurs, rubs or gallops. The abdomen and genitalia were not examined.

On musculoskeletal examination, the patient has decreased range of motion in the cervical and lumbosacral spine with associated pain and muscle spasm.

On neurological examination, he is alert and well oriented. Cranial nerves II through XII are intact including a normal fundoscopic exam. The motor exam is 5/5 throughout.

Universal Medical Exams, Inc.                3                    RE: Michangelo SCRUGGS
                                                                  September 12, 2007

There is no arm drift to the outstretched hands. Cerebellar exam is intact to finger-to-nose, heel-to-shin and rapid alternating movements. The deep tendon reflexes were 2+ and equal throughout with bilateral downgoing plantar reflexes.

## IMPRESSION:

1)  Postconcussive syndrome with continuing post traumatic headaches, post traumatic vertigo, and complaints of persistent memory loss;

2)  Persistent chronic cervical and lumbosacral strain injuries.

## DISCUSSION:    I do not believe that Dr. Scruggs has yet reached maximum medical improvement. His headaches continue to become less severe over time. His dizziness is also becoming less severe as time goes by. As these improve, I would also expect to see his memory continue to improve as well.

In addition, I think that the patient will also improve with regard to the chronic cervical and lumbosacral strain injuries. He continues to perform stretching exercises at home and should undergo some continuing rehabilitative followup in this regard.

It is fortunate that the patient is back at work full time as an administrator and podiatrist at Howard University Hospital where he was able to return to work about a week ago. I believe that continuing his professional career will be the best rehabilitative treatment that could possible be prescribed in this case. I would anticipate that maximum medical improvement would be reached within 6 to 12 months. If any additional questions arise, please do not hesitate to contact me.

With regard to the specific questions in the chart, I would note that the patient is back to work full time with no exertional restrictions at this time. Questions regarding maximum medical improvement and further medical treatment recommendations are detailed above.

Sincerely yours,

Ignacio R. Rodriguez, M.D.

IRR/vlw
m1

# IGNACIO R. RODRIGUEZ, M.D.

## Neurology Associates

**8757 Georgia Avenue**
**Suite 430**
**Silver Spring, MD 20910**
**PH:**        **301-608-0833**
**FAX:**       **301-608-0835**

**8415 Bellona Lane**
**Ruxton Towers - Suite 204**
**Towson, Maryland 21204**
**PH:   301-608-0833**
(Direct all correspondence to
the Silver Spring Office)

## EDUCATION

07/73 - 07/76    University of Texas Medical School of Houston, Houston, TX
M.D.

09/69 - 06/73    University of Pennsylvania, Philadelphia, PA
B.A., Biology

## POST-GRADUATE EDUCATION

07/81 - 07/82    **NEUROLOGY CHIEF RESIDENT**
Department of Neurology, University of Kentucky Medical Center
Lexington, KY

09/78 - 09/80    **NEUROLOGY ASSISTANT RESIDENT**
Department of Neurology, The Johns Hopkins Hospital
Baltimore, MD

06/78 - 08/78    **ELECTIVE: Electroencephalography Laboratory**
The Johns Hopkins Hospital
Baltimore, MD

07/77 - 06/78    **PEDIATRICS ASSISTANT RESIDENT**
Children's Medical and Surgical Center
The Johns Hopkins Hospital, Baltimore, MD

IGNACIO R. RODRIGUEZ, M.D.                                              Page 2
Revised: March 2008

## POST-GRADUATE EDUCATION (CONT'D)

| | |
|---|---|
| 07/77 | **CLINICAL ELECTIVE**<br>Samuel Livingston Institute for Epilepsy<br>Baltimore, MD |
| 07/76 - 06/77 | **PEDIATRICS INTERN**<br>Children's Medical and Surgical Center<br>The Johns Hopkins Hospital, Baltimore, MD |
| 04/76 - 06/76 | **SUB-INTERNSHIP: INTERNAL MEDICINE**<br>The William Osler General Medical Clinic<br>The Johns Hopkins Hospital, Baltimore, MD |

## LICENSURE

| | |
|---|---|
| 1990 | Diplomate, Pennsylvania State Board of Medicine |
| 1982 | Diplomate, District of Columbia Commission on Licensure to Practice the Healing Art, Medicine and Surgery |
| 1981 | Diplomate, Kentucky State Board of Medical Licensure |
| 1980 | Diplomate, New York Medical Board |
| 1977 | Diplomate, Maryland Board of Medical Examiners through Federal Licensure Examination (F.L.E.X.) |

Revised: March 2008                                                    Page 3

## SPECIALTY BOARD STATUS

**Board Certified, Neurology**
Maryland State Board of Physician Quality Assurance, 1991

**Board Certified, Quality Assurance and Utilization Review**
American Board of Quality Assurance and Utilization Review
Physicians, 1987

## EXPERIENCE

01/93 - Present       **NEUROLOGIST**
                      Neurology Associates, Chevy Chase, MD and Silver Spring, MD

08/91 - 09/99         **ASSOCIATE MEDICAL DIRECTOR**
                      Spectera, Baltimore, MD
                      2811 Lord Baltimore Drive
                      Baltimore, MD 21244-2644
                      PH: 410/265-6033

09/91 - 09/95         **NEUROLOGIST**
                      Rehabilitation and Pain Management Associates, Towson, MD

09/91 - 09/96         **NEUROLOGY CONSULTANT**
                      Delmarva Foundation for Medical Care, Easton, MD

09/90 - 01/93         **NEUROLOGIST**
                      Neurology Services, Inc., Metropolitan Medical Center
                      Washington, D.C.

01/90 - 12/91         **EXECUTIVE VICE PRESIDENT/MEDICAL DIRECTOR**
                      Medical Claims Review, Inc., Bethesda, MD

Revised: March 2008                                    Page 4

## EXPERIENCE (CONT"D)

09/88 - 12/89        **VICE PRESIDENT/MEDICAL DIRECTOR**
                     Medical Claims Review, Inc., Bethesda, MD

04/87 - Present      **NEUROLOGY CONSULTANT**
                     National Medical Advisory Services, Inc., Bethesda, MD

04/87 - 08/88        **ASSOCIATE MEDICAL DIRECTOR**
                     Medical Claims Review Services, Inc., Bethesda, MD

07/82 - 04/87        **NEUROLOGIST**
                     Group Health Association, Inc., Washington, D.C.

09/80 - 09/90        **NEUROLOGY CONSULTANT**
                     Social Security Administration, National Headquarters Office of
                     Medical Evaluation, Washington, D.C.

09/80 - 06/81        **NEUROLOGIST**
                     Perry Point Veteran's Administration Hospital, Perry Point, MD

09/80 - 06/81        **NEUROLOGIST**
                     Perry Hall Medical Group, Perry Hall, MD

## FACULTY APPOINTMENTS

07/82 - 07/96        **CLINICAL INSTRUCTOR IN NEUROLOGY**
                     George Washington University, Washington, D.C.

## HOSPITAL STAFF PRIVILEGES

1982 - Present        **George Washington University Medical Center**

## PROFESSIONAL AFFILIATIONS

American Medical Association
American College of Utilization Review Physicians
American Academy of Neurology
Johns Hopkins Medical Society
Maryland Medical and Chirurgical Society
Medical Society of the District of Columbia
Montgomery County Medical Society

## HONORARY AND ELECTED POSITIONS

1998 - Present        **QUALITY STANDARDS SUBCOMMITTEE (QSS)**
                      **AND THE THERAPEUTICS AND TECHNOLOGY**
                      **ASSESSMENT (TTA) SUBCOMMITTEE (member reviewer)**
                      American Academy of Neurology

1997 - 2004          **BOARD OF TRUSTEES**
                      Maryvale Preparatory School, Brooklandwood, MD

1994 - 2003          **BOARD OF TRUSTEES**
                      St. Paul's School, Baltimore, MD

## HONORARY AND ELECTED POSITIONS (CONT'D)

1993 - 1994        **EDUCATION COMMITTEE**
                   St. Paul's School, Brooklandwood, MD

1991 - 1996        **PEER REVIEW UTILIZATION COMMITTEE**
                   Medical Society of the District of Columbia, Washington, D.C.

1990 - 1991        **UNIVERSITY HEARING BOARD**
                   George Washington University, Office of Judicial Affairs
                   Washington, D.C.

1987 - 1991        **BOARD OF TRUSTEES**
                   Chesapeake Academy, Arnold, MD

1984 - 1987        **CHAIRMAN, FINANCE COMMITTEE**
                   Chesapeake Academy, Arnold, MD

1984 - 1987        **TREASURER, CAPITAL ALLIANCE OF PHYSICIANS**
                   Group Health Association, Washington, D.C.

1984 - 1987        **MEDICAL STAFF REPRESENTATIVE**
                   Board of Trustees, Group Health Association, Washington, D.C.

1984 - 1986        **LEGISLATIVE COMMITTEE**
                   Medical Society of the District of Columbia, Washington, D.C.

1983 - 1987        **MEDICAL STAFF REPRESENTATIVE**
                   Finance Committee, Group Health Association, Washington, D.C.

## SCIENTIFIC PRESENTATIONS

1.   *"Human Epithelial Cell Culture and Chromosome Analysis,"*  presented at Interdepartmental Genetics Symposium, University of Texas at Houston
*December, 1974*

2.   *"XO/XXR Mosaicism in a Girl with Short Stature,"* presented at Pediatrics Grand Rounds, University of Texas at Houston
*September, 1975*

3.   *"Acute Management of Status Asthmaticus,"*  presented at Trinity Hospital Medical Center, Caracas, Venezuela
*December, 1977*

4.   *"Posterior Urethral Valves and Klebsiella Pneumonia Sepsis in a Newborn,"* presented at Pediatrics Grand Rounds, The Johns Hopkins Hospital
*February, 1977*

5.   *"Idiopathic Cerebral Vasculitis,"* presented at Neurology Grand Rounds, The Johns Hopkins Hospital
*April, 1979*

6.   *"Convulsions in the Newborn,"* presented at the National Conference of Pediatric Neurology and Psychiatry, Barquisimeto, Venezuela
*July, 1979*

7.   *"Intramedullary Tumor in an 11 Year Old Latin-American Boy,"* presented at Clinicopathological Conference, The Johns Hopkins Hospital
*September, 1979*

8.   *"Intracranial Chordoma,"* presented at Clinicopathological Conference, The Johns Hopkins Hospital
*October, 1979*

## SCIENTIFIC PRESENTATIONS (CONT'D)

9.      *"Receptive Aphasia and Bilateral Temporal Lobe Spikes,"* presented at the American EEG Society Annual Meeting, Boston, MA
*September, 1980*

10.
of      *"Guillain-Barre Syndrome,"* presented at Neurology Grand Rounds, University Kentucky Medical Center
*October, 1981*

11.     *"Hyperglycinemia: More Common Than We Think?"* presented at Pediatric Neurology Teaching Conference, University of Kentucky Medical Center
*October, 1981*

12.     *"Subdural Hematoma in Infancy,"* presented at Pediatric Neurology Teaching Conference, University of Kentucky Medical Center
*November, 1981*

13.     *"Indications for CAT Screening,"* presented to the Medical Staff, Group Health Association
*January, 1983*

14.     *"Indications for Electroencephalography,"* presented to the Medical Staff, Group Health Association
*February, 1984*

15.     *"CT Scanning: A Review of Selected Cases,"* presented to the Medical Staff, Group Health Association
*October, 1984*

16.     *"Epilepsy: Basic Concepts and Principles,"* presented to Second-Year Medical School Class, George Washington University Medical School
*March, 1985*

Revised: March 2008                                                    Page 9

## SCIENTIFIC PRESENTATIONS (CONT'D)

17.   *"Brain Tumors in Childhood: A Review of Selected Cases at Group Health Association,"* presented to the Medical Staff, Group Health Association
*January, 1996*

18.   *"Febrile Seizures: Current Concepts in Clinical Management,"* presented to the Pediatric Department, Group Health Association
*July, 1986*

19.   *"Non-Surgical Treatment of Degenerative Disc Disease,"* presented to Medical Staff, Group Health Association
*November, 1986*

20.   *"Evoked Potential Testing: Clinical Indications and Interpretation,"* presented
to    the Medical Staff, Group Health Association
*February, 1987*

21.   *"Outpatient Utilization Review and Quality Assurance,"* presented to Georgetown  University First Year Medical Student Class
*April, 1990*

22.   *"Outpatient Treatment of Chronic Back Pain,"* presented to the Medical Staff, United Health Care, Inc.
*December, 1991*

23.   *"Indications for Neuroimaging Studies (MRI and CT Scanning) in Outpatients,"* presented to the Medical Staff, United Health Care
*March 1992*

24.   *"Indications for Neurophysiologic Testing in Outpatients (EMG/NCS, EEG, Evoked Potentials),"* presented to the Medical Staff, United Health Care, Inc.
*March, 1992*

Revised: March 2008                                                    Page 10

## SCIENTIFIC PRESENTATIONS (CONT'D)

25.   *"Outpatient Evaluation of Headaches,"* presented to the Medical Staff, United Health Care, Inc.
      *April, 1993*

26.   *"Outpatient Physical Therapy and Spinal Manipulation: Indications and Expected Course of Treatment,"* presented to the Medical Staff, United HealthCare, Inc.
      *July, 1993*

27.   *"Limitations of Neuroimaging for Evaluation of Herniated Nucleus Pulposus (Slipped Disc),"* presented to the Medical Staff, United Health Care, Inc.
      *February, 1994*

28.   *"Inpatient Evaluation of Seizure Disorders, Including Video EEG Monitoring,"* presented to the Medical Staff, United Health Care, Inc.
      *June, 1994*

29.   *"Evaluation and Treatment of Carpal Tunnel Syndrome,"* presented to the Medical Staff, United Health Care, Inc.
      *July, 1995*

30.   *"MRI Scanning vs. Ct Scanning for Evaluation of Low Back Pain,"* presented to the Medical Staff, United Health Care, Inc.
      *October, 1996*

31.   *"Reflex Sympathetic Dystrophy,"* presented to the Medical Staff, United Health Care, Inc.
      *March, 1997*

32.   *"Conservative vs. Surgical Treatment of Herniated Nucleus Pulposus in the Back and Neck,"* presented to the Medical Staff, United Health Care, Inc.
      *February, 1998*

IRR0308.cv/vlw

NEUROLOGY

**NEUROLOGY ASSOCIATES**
**RAMON B. JENKINS, M.D., P.A.**
**IGNACIO R. RODRIGUEZ, M.D.**
8757 GEORGIA AVENUE, #430
SILVER SPRING, MD 20910

TEL: (301) 608-0833

FAX: (301) 608-0835

**Tax ID # 52-1008605**

8415 BELLONA LANE
RUXTON TOWERS - SUITE 204
TOWSON, MARYLAND 21204
(Direct all correspondence to
the Silver Spring Office)

## FEES AND POLICIES

A final fee for professional time expended includes time for record reviews, court appearance, or for time booked in anticipation of such, or any other professional services, and is an individual determination on the part of the physician and attorney. This list reflects our current average fees, and can be utilized as a reference. An absolute fee guarantee can only be confirmed by the testifying physician.

**Depositions in our office:** The deposition fee is $1000.00. This must be paid in advance. If a deposition runs over two hours each additional hour will be $500.00. No refunds given unless we are notified 3 working days prior to scheduled deposition. Date of deposition does not count towards this calculation. E.g. For deposition on Friday, you must call to cancel on Tuesday.

**Video depositions in our office:** $1500.00 to be paid in advance. If deposition runs over two hours the fee will be $750.00 for each additional hour or part thereof.

**Court appearances:**  District of Columbia Civil Courts, Alexandria, Arlington and Fairfax Circuit Courts, and Prince George's, Montgomery, and Baltimore County Circuit Courts:

Half Day : $2000.00  Full Day : $4000.00

Appearance in Civil Court located elsewhere to be individually determined.

Cancellation Fees:    Week-end days are not used in calculation of cancellation notice. A charge will be made for office time, preliminary review time, etc.

Entire full or half-day fee due       if cancelled on day of court appearance or one day prior
$1200.00 due                if cancelled any time 2 work-days before appearance.

Court appearances, depositions, or professional consultations
requiring out of town travel:             $4000.00 / day + expenses

Other:

Attorney conference, telephone conferences,
record reviews, reports writing, etc.        $250.00 - $460.00 / hr

06/27/02 C:\WP51\REPORTS\FEE-SCHE.

or

## IGNACIO R. RODRIGUEZ, M.D.

**Updated thru 06/20/08**

06-27-95    Trial re: Judith Johnson, Anne Arundel County, MD, for attorney Debra King (defense)

07-07-95    Deposition: Thomas Garza vs Patrick David Garza for attorney Roger L. Glandin, Abilene, TX (defense)

07-12-95    Trial re: Jonathan Brown; for attorney Francis B. Buckley in the Circuit Court of Baltimore County, MD (plaintiff)

08-25-95    Deposition re: Monte Johnson for attorney J. Mark Hanson (defense)

08-30-95    Trial re: Victor Piltkiewicz for attorney Edward Camus, Prince George's County, MD (plaintiff)

09-01-95    Deposition re: Michael Swygert Smith for attorney Kenneth Curtis (plaintiff)

09-08-95    Alfreeda Wright Brown for attorney Neil Floria (plaintiff)

10-11-95    Deposition re: Ginette Finney for attorney Steve Thompson (plaintiff)

10-31-95    Trial re: Maria Solo for attorney James Sullivan, Montgomery County, MD Circuit Court (defense)

11-15-95    Deposition re: Angela Pak Shaw for attorney Holley Buckley (plaintiff)

11-30-95    Deposition re: James Schell; attorney Harold Burns, Baltimore County, MD (plaintiff)

12-11-95    Trial re: Shawn Hill, Big Lake, TX for attorney Rick Fletcher (defense)

02-01-96    Trial re: Rebecca Gill, Lake Charles, LA    (defense)

02-12-96    Deposition re: Linda McDonald        (plaintiff)

02-16-96     Trial re: Morganthau, Virginia Beach, VA    (defense)

02-19-96     Deposition re: Karen Gordon for Attorney Atchley    (plaintiff)

04-17-96     Deposition re: Kuklica for Attorney Savage (defense)

04-19-96     Deposition re: Joey Grier                (plaintiff)

05-14-96     Deposition re: Tobar for Attorney Art Miller    (defense)

05-21-96     Deposition re: Julie Ruiz, Baltimore, MD        (defense)

06-05-96     Deposition re: Caroline Owens for Attorney William Savage (defense)

06-17-96     Deposition re: Karen Gordon                (plaintiff)

06-25-96     Deposition re: Dorothy Wands and Weldon Demby for Attorney Jeff Shiller
                                                              (plaintiff)
06-26-96     Trial re: Sonia Brown, Montgomery County, MD Circuit Court (plaintiff)

06-27-96     Deposition re: Deborah A. Key, Attorney Matt Ballenger (plaintiff), Attorney
             Rice and Atty. Branch (defendants)

07-29-96     Deposition re: Evaro; Atty Rich Davis  (defense)

08-26-96     Deposition re: Crane vs. McCurdy for Attorney Robert Smith    (defense)

09-05-96     Deposition re: Siegel, for Arthur Miller in Mt. Washington, Baltimore (plaintiff)

09-13-96     Deposition re:  Dollins for Attorney Stephen Cullen (defense)

09-18-96     Deposition re: Eley/Simon for Attorney Dennis Sullivan at the Rollins, Smalkin
             office, Baltimore, MD                        (defense)

09-20-96     Deposition re: Teklai Ogbasei for Attorney Mark Thompson (defense)

09-25-96     Deposition. re: Kari Wilkinson for Atty. Donald Pervis

09-27-96     Deposition re: Jennifer Habte for Attorney John Calabrese (defense)

10-11-96     Deposition re: Evaro - Atty.. Rich Davis      (defense)

10-18-96     Deposition  re: Josephine Messner; Atty Frank Tamulous   (defense)

10-21-96        Deposition re: Carrie Wilkerson for Atty Pervis (plaintiff)

11-25-96        Deposition re: Terry Kuklica for Attorney Wm.Savage (plaintiff)

12-18-96        Deposition re: Sandra Gibian; Atty.. Kevin Karpinsky (defense)

12-20-96        Deposition re: Denny Pointer    (defense)

01-17-97        Deposition re: Evaro              (defense)

01-30-97        Deposition re: Shondra Kidwell; Atty Charles Ketterman (defense)

02-13-97        Deposition re: Glynnell Franklin ; Atty Roy Brandys (Defense)

03-11-97        Trial Appearance - re: Jacqueline Kazimer; Atty. John Dillon (Defense) Circuit
                Court for Charles County, MD

04-23-97        Deposition re: Ronald Hargesheimer; Atty David Russell (defense)

06-20-97        Deposition re: Carmine Defeo; Atty Art Luzarraga (defense)

07-01-97        Trial Federal Court -Baltimore re: Vilma Quijada Atty Mayda Colon Tsaknis
                                                                          ( plaintiff)
07-08-97        Deposition re: Addae Garris Atty Michelle Brown (Defense)

07-16-97        Deposition re: David Vasquez: Atty James Woods (defense)

07-25-97        Deposition re: Richard Perkins; Atty Matt Ballenger (plaintiff)

09-03-97        Deposition re: Steven Dollins; Atty Roger Warin (Defense)

09-11-97        Deposition re: Donnell Thompson; Atty. Patricia Malone (Defense)

10-10-97        Deposition re: Rita Underwood; Atty Leo Dunn (Plaintiff)

10-16-97        Deposition re: Antonio & Erica Jones; Atty David Carter (Defense)

10-27-97        Deposition re: Joanne Meister; Atty Christopher Mangold (Defense)

10/29/97        Deposition re: Elizabeth Habersack–Jeff Shiller (plaintiff)

11/24/97        Deposition re: Pamela Martin --Robin Kessler (defense)

12/05/97     Deposition re: Shakiba Babazadeh–Peter Chapin (defense)

12/11/97     Deposition re: Patricia Dashesky –Atty Michael Budow (defense)

12/15/97     Deposition re: Ellen Sue Franklin--Atty Charles Lamasa

03/09/98     Deposition re: Donna Alley--Atty Charles Oldham (defense)

04/27/98     Deposition re: Maria Eda Castillo–Atty Jack Duncan (defense)

05/27/98     Deposition re: Gloria Rosario–Atty Barry Wraga (plaintiff)

06/08/98     Deposition re: Andrew Michael Thomas –Atty Matt Ballenger (plaintiff)

06/19/98     Discovery Deposition re: Jackie Means–Atty Michael Burgoyne (defense)

07/22/98     Trial re: Ellen Sue Franklin–Baltimore City. Circuit Ct.–Atty. Lamasa (plaintiff)

08/28/98     Deposition re: Danka & Mathew George

09/02/98     Trial re: Yolanda Allemant–Circuit Ct. of Montgomery City.–Atty Robin Kessler (defense)

09/09/98     Discovery Depo re: Cindy Privado–Atty. Edwin Sheridan (defense)

09/15&16/98  Trial re: Troy & Jalesa Johnson–Atty. McManus (defense)

11/30/98     Discovery Deposition re: Jon Edlinger–Atty. Ross Vogelman (defense)

12/18/98     Discovery Deposition re: Shelia Hoffman Atty. Louise McKnew (plaintiff)

01/04&01/05/99 Trial re: Shelia Hoffman–Montgomery Co. Circ. Ct.–Atty.Andre Forte (defense)

01/16/99     Trial Video Deposition re: Walter Coto–Atty. Kowalski (plaintiff)

01/27/99     Discovery Deposition re: Oscar Sanchez–Atty Michael DeSantos (defense)

02/08/99     Video Deposition re: Rita Underwood- Atty Leo Dunn (plaintiff)

0212/99      Trial testimony re: Cecelia Mahan –Atty Harold Burns (plaintiff)

02/15/99     Discovery Deposition re: Ibrian Kassama– Defense Atty

03/22/99       Trial re: Noel & Felipe Macias– Montgomery Co Cir. Ct-.Atty Andre Forte-
               (defense)

03/25/99       Trial re: Ibriam Kassama   Balt County Ct.-Atty Matt Ballenger (plaintiff)

05/17/99       Video Deposition re: Selena Govan-Atty. Elizabeth Gaudio (defense)

05/28/99       Discovery Deposition re: R. & M. Haque-Atty. Isadore Katz (plaintiff)

06/07/99       Discover Deposition re: Maesis Ventura-Atty. Ted Sheridan (defense)

06/30/99       Video Deposition re: Deney Morganthal-Atty. Larry Dunville (defense)

09/03/99       Discovery Deposition re: R. & M. Haque-Atty. Isadore Katz (plaintiff)

10/04/99       Trial re: Joanne Meister-Atty. Chris Mangold (plaintiff)

10/25/99       Discovery Deposition re: Charles Elliott-Atty. Roger Burgess (defense)

11/02/99       Discovery Deposition re: Gerald Bell-Atty. Phil Jacobson (defense)

11/08/99       Discovery Deposition re: Cheri McMahon-Atty. Chris Mangold (plaintiff)

12/17& 12/20/99       Trial re: Melissa Myers-Atty. Jon Zink (defense)

01/11/00       Discovery Deposition re: Francisco Cruz-Atty. Schmalz (defense),
               Atty. Michael Green (plaintiff)

02/28/00       Discovery Deposition re: Aaron Myles-Atty. Jimmy Siemian (defense),
               ?? (plaintiff)

03/10/00       Video Depo re: Cheri McMahon-Atty. Chris Mangold (plaintiff)

04/18/00       Telephone Deposition : re: Kristine Savoree- Atty Mary Francis Schnoor (def)

04/19/00       Discovery Deposition  re : Agathe Gilles - Laurie Carpenter- (plaintiff)

04/28/00       Discovery Deposition re: Marc Deutel- Eric Spacek (def)

07/14/00       Discovery Deposition re: D'Ajah Scott - William Jackson (defense)

08/25/00       Discovery Deposition re: Alexander Alban– Matt Ballenger (plaintiff)

09/25/00        Video Deposition re: Ruth Hamilton–William Flood (defense)

10/03/00        Discovery Deposition re: Isaac Malter– Michael Bereston (plaintiff)

10/06/00        Telephone Discovery Deposition re: Terry Caudill  –Robert McCall (plaintiff)

10/27/00        Discovery Deposition re:Tajanae Randall –Matt Ballenger (plaintiff)

11/01/00        Discovery Deposition re: Jazime Burns– Eugenia Whitson-Owens (defense)

11/13/00        Discovery Deposition re: Isaac Malter–Michael Bereston (plaintiff)

01/19/01        Trial testimony re: Jazime Burns  –Eugenia Whitson-Owens (defense)

01/31/01        Trial testimony re: Joseph D'Ambrosio  –Samuel Shapiro(plaintiff)

02/05/01        Discovery Deposition re: Nancy Holmfeld–Thomas Ryan (defense)

02/08/01        Discovery Deposition re: Chantel & India Streeter - Marks Moore (defense)

02/22/01        Trial testimony re: Tajanae Randall- Matt Ballenger (plaintiff)

02/26/01        Discovery Deposition re: Sylvia Polon - Robert Littleton (defense)

03/14/01        Discovery Deposition re: Jaime Perez – Forest Nester (defense)

03/22/01        Trial Testimony re: Jaime Perez – Forest Nester (defense)

03/23/01        Trial testimony re: Sylvia Polon- Robert Littleton (defense)

04/06/01        Discovery Deposition re Jeffrey Berman - Terri Reiskin (defense)

04/12/01        Discovery Deposition re Franklin/Vance case– Marks Moore (defense)

05/03/01        Discovery Deposition re: India Gooden– Frank Daily (defense)

05/22/01        Discovery Deposition re: Tonisha Fields– David Diggs (defense)

07/12/01        Trial Testimony  re: Michelle Watkins – Ronald Baradel (defense)

07/16/01        Discovery Deposition re: Olivia Shay-Byrne – Steven Vinick (plaintiff)

09/17/01        Discovery Deposition re: Mary Stewart - Mallon Snyder (def)

09/25/01      Discovery Deposition re: Tierra Swain - David Carter (def)

10/02/01      Arbitration Hearing: re: Diane Branch - Ted Stein (pl)

11/20/01      Trial testimony re: Keith Lamont Smith- Jim Crogan (def)

01/17/02      Discovery Deposition re: Jamaal Brooks-Matt Ballenger (pl)

01/25/02      Discovery Deposition re: Terrell Warren–Harold Brazil (pl)

01/28 /02     Trial testimony re: Terrell Warren- Harold Brazil (pl)
01/29/02      Trial testimony re: Terrell Warren- Harold Brazil (pl)

01/30/01      Discovery Deposition re: Ron Lesley –John Wittington (pl)

02/15/02      Discovery deposition re: Sarah Rankin–Ed Goundry(pl)

02/25/02      Video deposition re: Charles Sprunt–Bert Randall (def)

02/27/02      Discovery Deposition re: Kevin Owens –Phil Jacobson (def)

04/03/02      Trial testimony re: Julie Davis–Ron Baradel (def)

04/03/02      Discovery Deposition re: Caroline Alberter-Mike Zimmerman (def)

05/08/02      Video deposition re: Robert Law– Ron Travers (def)

05/10/02      Video Deposition re : Jeffrey Johnson–Mary Demaio (def)

05/21/02      Discovery Deposition re: Yumia Williams–Larry MacAfee (def)

06/11/02      Trial testimony re: Carroll Ingraham-Atty Jordan Jones (def)

06/26/02      Discovery Deposition re: Jacob Miles-McLean–Atty Julie Lee(def)

07/16/02      Arbitration Testimony re: Oliva Shay-Byrne– Atty Steve Vinick (Pl)

07/31/02      Video deposition re: Vilma Mendez–Atty Dane Ruttum (def)

09/18/02      Discovery Deposition re: Larry Butler -Atty Brian Hoffman (def)

10/2 & 10/3   Trial testimony re: Joyce Guthrie Cir.Ct Howard Co, .Ellicott City MD-
              Atty Mark Bertram (def)

10/31/02      Discovery Deposition re: Mary Lawson – Atty.Michael Bereston (pl)

11/19/02      Trial testimony Re: Stavroula Ziotis   Mont. Co Cir Ct–Atty Greg Donlin (def)

12/17/02      Video Deposition re : Bonsal Goodrich– Atty Alan Carlo (def)

12/18/02      Trial testimony re: Enrique Calva, US Federal Court Wash DC   US Atty Edith Shine (def)

12/23/02      Discovery Deposition re Ramon Stokes, Atty David Carter (def)

01/22/03      Discovery Deposition re Anwar Trask–Atty Matt Maloney (pl)

04/03/03      Discovery Deposition re Sheila Caroselli–Atty Bob Morgan (def)

04/14/03      Trial testimony re: Jacob Miles-McLean–Dist of Col Govt Corp Council. (def)

04/21/03      Discovery Deposition re: Ronald Fenicle– Heather Dean & Chris Hassell (def)

04/23/03      Discovery Deposition re: Susan Lerner -Alan Cabot (pl)

06/30/03      Discovery Deposition re: Tiffany Childs- David Carter (def)

08/12/03      Discovery Deposition re: Anthony Williams – Frank Daily (def)

12/10/03      Discovery Deposition re: Cheryl Mucciarone– John Harris Pl)

01/12/04      Discovery Deposition (continuation)  re: Cheryl Macaroni–John Harris (Pl)

03/24/04      Trial testimony re: Nessa Harrell Atty: Richard Stein, (Pl)

04/12/04      Trial testimony re: George Colson Atty Jeffrey Laynor

05/21/04      Discovery deposition re John Soper , Atty Mike Bereston (pl)

05/24/04      Trial testimony re: Ronnie Lesley Atty. John Whittington (pl)

09/30/04      Discovery Deposition  re: Tavon Anderson et al–Atty.Frank Daily (de)

10/12/04      Discovery Deposition re: Daniel Romero Atty Joseph Veith (def)

11/29,11/30/04   Trial Testimony Mont. Co Circuit Ct re: Maurice Clark, Thomas Ryan (def)

01/05/05 Discovery Depo RE: Jose Cruz  Atty David Kaminow (pl)

01/06/05 Video Deposition  Re: Paulo Batista–Jeffrey Herwig (def)

02/01/05 Discovery Depo Re: Raffi Boghosian– Alan Neurick (pl)

02/15/05 Discovery Depo continuation from 02/01/05 re: Raffi Boghosian

03/16/05 Trial testimony re: Nivea Berrios, Atty Shane Kamkari, (pl)

04/06/05 Trial testimony re: Jose Cruz Atty: David Kaminow (pl)

06/07/05 Trial testimony re: Raffi Boghosian Atty: Mark Bertram (pl)

06/23/05 Trial testimony re: Karen Timonen Atty: James Crogen (def)

07/05/05 Trial testimony re: Cheryl Mucciarone Atty: John Harris (pl)

07/07/05 Discovery Deposition re: Cynthia Lieberman Atty: Jerry Ueckerman (def)

07/13/05 Discovery Deposition re: Cecelia Korscog Atty: Andrew Price (def)

08/03/05 Discovery Deposition re: Ilana Klein Atty: Thomas Ryan (def)

08/24/05 Discovery Deposition re: Claudia Von Pervieux    Atty: Andre Forte(def)

09/13/05 Trial testimony re: Cecilia Korscog Atty: Andrew Price (US Atty's Ofc)

09/15/05 Discovery Deposition re: Tynessha Durant Atty: Frank Daily (def)

12/13/05 Discovery Deposition re: Margaret Sue -Heather Phillips, (US Atty's Ofc) def.

01/11/06 Trial  re: Rolando Xinic– Atty Charles Gallagher–Fairfax Circuit Ct–def.

02/28/06 Discovery Deposition re: Sandy Ramey–Atty Bruce Bender (pl)

03/02/06 Discovery Deposition re: Amber Spry–Atty Catherine Potthast (def)

03/07/06 Discovery Deposition (continuation)–Re: Sandy Ramey Atty. Bruce Bender

04/12/06 Trial testimony re: Cassandra Kennedy -Atty Kelli Rives, Circuit Ct PG Co.(def)

06/26/06        Discovery Deposition re: Joseph Taylor–Atty Jerry Ueckerman (def)

06/27/06        Trial Testimony re: Thomasia Griffin- Atty Karen Fineblum (WMATA) –DC
                Superior Court

06/28/06        Arbritration Hearing re: Claudia Von Pervieux –Atty Andre Forte (Def)

07/10/06        Video Deposition re David St. Phirin- Atty Larry Engel (IWIF)-Def

07/11/06        Trjal testimony re: Octavia Gudger– Montgomery Co Cir Ct–Atty Richard
                Schrager -(Def)

08/10/06        Video Deposition re: Terry Hall—Atty Joan Harris. (Def)

09/06/06        Trial testimony re: Willie Frazier –Atty Stephanie Brooker, US Attys ofc (Def)

09/18/06        Discovery Deposition re: Erica Kirschbaum, Atty Robert Lynott (Def)

10/16/06        Discovery Deposition re: Hilda Childers, Atty Ashin (Plaintiff)

10/18/06        Discovery Deposition re: Michael Reid, Hartford Ins Atty Dave Jones (Def)

12/04/06        Trial testimony re: Muhammad Farooq-Atty Laura Jacobs (Def)

01/29/07        Discovery Deposition re: Benjamin Russell, Atty Chrisopher Costabile (Def)

03/26/07        Trial testimony re: Hilda Childers–Atty Jeffrey Ashin (Pl)

05/23/07        Discovery Deposition re: Katherine VanOrden –Atty Dale Adkins (Def)

05/29/07        Discovery Deposition re: Abdul-Bari Muhammed–Atty Joe Ferrate (Def)

09/25/07        Discovery Deposition re: Alvaro Arevalo - Atty Peter Scherr (Pl)

01/16/08        Video Deposition re: Chinyere Anyanwu–Atty Michael Feldman (Pl)

01/22/08        Video Deposition re: Mary Makris–Atty Lynn Ahlers (Def)

01/23/08        Video Deposition re: Orion Gonzales–Atty Richard Schimel (Def)

02/25/08        Discovery Deposition re: Tony Wilkins–Atty James Mehigan (Def)

02/28/08        Video Deposition re: Jose Mateo–Atty David Ginsburg   (Pl)

03/27/08    Discovery Deposition re: Dominique Satterfield -Atty David Carter(Def)

03/31/08    Video Deposition re: Gregory Karpecky~Atty Lynn Ahlers (Def)

05/14/08    Video Deposition re: John Lawrence --Atty Sarah Koop (Def)

6

# LOUIS E. LEVITT, M.D., C.I.M.E.
## MARC B. DANZIGER, M.D.
## MARK J. SCHEER, M.D.
### PRACTICE LIMITED TO ORTHOPAEDIC MEDICINE & SURGERY
1850 M St., N.W. - Suite 750 - Washington, D.C. 20036 - (202) 835-2222 - Facsimile (202) 969-1798

**DATE:** 3/4/08

**PATIENT'S NAME:** Michangelo Scruggs
**ADDRESS:** 4310 18th St., N.W., Washington, D.C. 20011
**HOME PHONE:** 202-412-9664
**DATE OF BIRTH:** 4/18/74       **AGE:** 33
**DATE OF INJURY:** 8/29/06
**COMP CARRIER:** UME

## INDEPENDENT MEDICAL EVALUATION

### HISTORY OF PRESENT ILLNESS:

Dr. Scruggs is a 33 year old podiatrist who sustained an injury from a rather unique set of circumstances during his second year of podiatry residency at Howard University on 8/29/06. He was actually preparing a patient in the operating room and one of the operating room lights fell from above striking him on his head and neck. The patient did not fully lose consciousness but he developed neck pain, right shoulder pain and low back pain, as well as headaches and vertigo. The patient was able to complete his residency and missed two weeks from gainful employment. He was managed essentially with medicine and physical therapy for his musculoskeletal complaints. He had an extensive spinal and head evaluation. Dr. Mark Macedo, a neurologist, performed multiple tests on the patient's head and lumbar spine. He also was seen for a second opinion by Dr. Josh Ammerman. Essentially his workup of his head injury was quite unremarkable. In spite of the time that has elapsed, he still reports headaches and vertigo that is worse in the morning. With respect to the lumbar spine complaints, he had an MRI scan of the lumbar spine showing a small disc protrusion at L5-S1 and electrical diagnostic studies suggested he had a mild lumbar radiculopathy. With treatment provided with medicine, therapy and rehab, he still has some left sided lower back pain. Sciatica is somewhat intermittent. He also gets easy fatigability to the left shoulder. He exercises at home doing basically aquatic exercises. According to the patient, he has not fully participated in a private practice of podiatry but he has completed his program. He does say that the headaches and vertigo interfere with his full participation as a podiatric physician. His past medical history is completely negative with respect to any injury to his spine or extremities.

### PHYSICAL EXAMINATION:

The patient is a 33 year old male who stands 5'11" and weighs 220 lbs. While he relates his history, he appears to be in no distress. During the course of the exam, there are marked grimaces and groans during most of the evaluation. He walks normally and there is no evidence of gross vertigo. The patient has no gait abnormality. When standing erect, he demonstrates a positive Waddell's rotation test and axial loading the cervical spine produces low back pain and light touch to the skin of the back produces a withdrawal reaction. He has marked pes planus on weightbearing stance. He can walk on his toes and heels, squatting and standing easily. Straight leg raising test is negative. He has full motion to the hips, knees and ankles. With respect to the hips, he has full flexion with abduction, adduction and rotation.

MICHANGELO SCRUGGS
PAGE 2
REF: UME DOI: 8/29/06
IME 3/4/08 CONTINUED—

There is full flexion and extension to the knees with a negative Lachman, McMurray and pivot shift test. There is normal dorsiflexion and plantar flexion to the foot and normal subtalar motion. Motors tested to the lower extremity muscles are normal and sensation is intact to the lower extremities. He reports tenderness to the back but no spasm is appreciated. He has a midline spine and a level pelvis. Cervical spine mobility is full on flexion, extension, rotation and tilt. He has unrestricted motion to the shoulders, elbows and wrists. Grip strength is normal and he can pinch and oppose. He has a negative Phalen and negative Tinel test. He has a normal neurologic exam to the upper extremity including motor, sensory and reflex evaluation. He has normal protraction and retraction of the scapula and normal circumduction to the shoulders.

ASSESSMENT:

We have a middle aged male who was struck on the head at work on 8/29/06 and developed disabling headaches and vertigo. He also claimed injury to the left shoulder and lower back. As an orthopedic specialist, I will only address his musculoskeletal injuries and will claim to have no level of expertise with respect to his closed head injury. With respect to an assessment of his shoulder complaints and back complaints, he appears to have been appropriately treated with medicine and therapy. Although he has some clinical complaints of fatigue to the left shoulder, his exam with respect to the neck and upper extremities is entirely normal and he has no measurable pathology in the office today. With respect to his complaints of lower back pain, his treating physician directed care towards what was believed to be evidence of sciatica or lumbar radiculopathy. I want to make it very clear as I have reviewed the report of his MRI scan, I do not believe the mechanism of injury being struck on the head produced the forces that "ruptured" a disc in his back. I think the abnormality at L5-S1 represents a normal variant for this 33 year old male. The evidence of a lumbar radiculopathy present at the outset of his treatment is absent in the office today. He has no history consistent with a lumbar radiculopathy and he has no exam findings suggesting any nerve root irritation. For that matter, there are no objective exam findings suggestive of any active disc syndrome. From a purely objective standpoint during his evaluation today, he has no evidence of an active musculoskeletal process viewed as a residual of the 8/29/06 work accident. Unfortunately Dr. Scruggs displays some illness behaviors in my office today to suggest there is a component of symptom enhancement or exaggeration that clearly underlies some of his clinical complaints. With respect to his musculoskeletal injuries, he has been more than adequately treated and he has reached maximum medical improvement. In my opinion, he has the capacity to work on a full time basis as a professional podiatrist without limiting or modifying his work activities. I can identify no preexisting history of injury to the spine or extremities that contribute in any way to his current complaints. His diagnosis was that of a contusion about the head and neck and a strain to the right shoulder and a mild muscular strain to his back. Based on the patient's assessment, which is effectively normal today absent any measurable disease, he has recovered fully and he needs to commit himself to a more comprehensive and aggressive home program of exercise. No longer is there a need for any formal medical treatment or rehab as it relates to the 8/29/06 accident. All responses and findings within this report are made within a reasonable degree of medical certainty.

**MICHANGELO SCRUGGS**
**PAGE 3**
**REF: UME  DOI: 8/29/06**
**IME 3/4/08 CONTINUED---**

If I can provide any additional opinions about this patient, please feel free to call upon me.

*Louis E. Levitt MD*

Louis E. Levitt, M.D., C.I.M.E.

LEL/lkw

# CURRICULUM VITAE

## LOUIS E. LEVITT, M.D.

**RESIDENCE:**   9306 Rapley Preserve Drive
Potomac, MD 20854

**HOME PHONE:**   301-365-2033

**WORK ADDRESS:**   1850 M St. N.W.
Suite 750
Washington, D.C. 20036

**WORK PHONE:**   202-835-2222
**FACSIMILE:**   202-659-8724

**PERSONAL:**   Father - Deceased, General Surgeon
Mother - Shirley S. Levitt, R.N.
Wife - Joan Levitt, Business Executive
Children - one daughter
- one son

**HOBBIES:**   Golf, Skiing

**PROFESSIONAL:**

1962-1966   Petersburg High School Graduate

1966-1970   University of Virginia, BA Psychology

1970-1972   Boston University, M. Ed, Counseling Psychology

1972-1973   Clinical Psychologist, State of Massachusetts

1973-1974   Managed Orthopedic Appliance Company,
Washington, D.C.

1974-1978   Virginia Commonwealth University's Medical College of Virginia

1978-1979   Internship, Rotating General Surgery, University of Maryland Hospital

1979-1983   Orthopedic Surgery Residency, University of Maryland Hospital
Chairman: Charles C. Edwards

General Orthopedic Rotation:

- 12 Months: Maryland Institute of Emergency Medicine's
Shock Trauma Unit
Emphasis - Management of Massive Orthopedic
Trauma

LOUIS E. LEVITT, M.D.
Curriculum Vitae
Page 2

General Orthopedic Rotation:

- 12 Months: Pediatric - James Lawrence Kernan Hospital
          Emphasis - Pediatrics Diagnostic Arthroscopy

-  8 Months: Private - St. Agnes Hospital
          Department of Orthopedics

- 16 Months: Ward and Private Orthopedic Service at
          University of Maryland Hospital

| | |
|---|---|
| 1983-1985 | Private Practice Associate with Drs. Robert Collins, Robert Gordon, and David Johnson |
| 1985 | Established Current Private Practice of Orthopedics |
| 1983 | Faculty Appointment - Georgetown University Medical Center Clinical Instructor |
| 1985 | Faculty Appointment - George Washington University Medical Center - Assistant Professor of Orthopedics |
| 1987 | Fellow - American Academy of Orthopaedic Surgeons |

## CERTIFICATIONS:

| | |
|---|---|
| 1985 | Board Certified - American Board of Orthopaedic Surgeons |
| 1997. | Board Certified - Independent Medical Examiner by American Board of Independent Medical Examiners |

## SOCIETY MEMBERSHIPS:

Medical Society of D.C.
Alpha Omega Alpha
Jacobi Society
American College of Occupational and Environmental Medicine

## HOSPITAL AFFILIATIONS:

Georgetown University Hospital - Clinical
Washington Hospital Center - Active Privilege
Sibley Memorial Hospital - Active Privilege
George Washington University Medical Center - Clinical
National Rehabilitation Hospital - Consultative
Center Ambulatory Surgery - Active Privilege

LOUIS E. LEVITT, MD.
Curriculum Vitae
Page 3

## PUBLICATIONS

1. Brumback, R.J., Kensora, J.E., Levitt, L.E., Burgess, A.R., and Poka, A.: Fractures of the Femoral Head. In: The Hip Society. The Hip. Proceedings of the Fourteenth open scientific meeting of the Hip Society, 1986. Richard A. Brand, M.D., editor. C.V. Mosby Co., St. Louis, 1987, p. 181-206.

2. Levitt, L.E.: Fractures about the Knee. In: Rob & Smith's Operative Surgery, Trauma Surgery Part 2. Howard Champion, John V. Robbs, and Donald Trunkey, editors. Butterworth & Co., London, 1989, p. 856.

3. Levy, Andrew, Levitt, Louis E., Gunther, Stephen F., and Wetzler, J. Merrik: The Role of Ender Rodding in Tibial Fractures with an Intact Fibula. Journal of Orthopaedic Trauma, May, 1990, Vol. 4 No. 1: p. 75-80.

4. Levitt, L.E.: Fractures about the Knee. In: Rob & Smith's Operative Surgery, Trauma Surgery Part I. Fourth Edition. Butterworth & Co., p. 856.

# LOUIS E. LEVITT, M.D.
# MARC B. DANZIGER, M.D.
# MARK J. SCHEER, M.D.

### PRACTICE LIMITED TO ORTHOPAEDIC SURGERY & MEDICINE
__1850 M Street, N.W. - Suite 750 - Washington, D.C. 20036 - (202) 835-2222 - Facsimile (202) 969-1798__

## FEE SCHEDULE

***Tax I.D.  52-1453370***
**COURT APPEARANCES, DEPOSITIONS, CONSULTATIONS, RECORD REVIEW, COPIED REPORTS, INDEPENDENT MEDICAL EVALUATIONS (IME) etc.**

| | |
|---|---:|
| Court Appearance (in Washington, DC)  Half Day | $ 5,000.00 |
| Court Appearance (in Washington, DC)  Full Day | $10,000.00 |
| Court Appearance (outside Washington, DC)  Half Day | $ 7,000.00 |
| Court Appearance (outside Washington, DC) Full Day | $14,000.00 |
| Deposition w/2 attorneys (video, non-video, telephone) First Hour | $1,750.00 |
| Each additional attorney and/or each additional 30 minutes of deposition | $  250.00 |
| Telephone Consultation  (up to 30 minutes) | $  250.00 |
| Per hour | $  500.00 |
| Office Consultation (up to 30 minutes) | $  250.00 |
| Per hour | $  500.00 |
| Review of records, x-rays and reports (per thirty minutes) | $  595.00 |
| Each additional 30 minutes | $  350.00 |
| Copying of records (Attorneys) | $   50.00 |
| Job Description Fitness For Duty Form Completion | $   50.00 |
| Independent Medical Evaluation (IME)  **(Date of Injury less than 5 yrs.)** | $  650.00 |
| Independent Medical Evaluation (IME)  **(Date of injury 5 years and over)** | $  750.00 |
| IME Re-evaluation **(follow same specifications as listed above)** | $  750.00 |
| No Show IME Fee **(48 hours advance notice)\*** | $650.00/750.00 |
| Addendum (unless otherwise specified) | $  250.00 |
| PPD Rating | $  595.00 |
| Second Opinion | $  595.00 |
| Fitness for Duty Evaluation | $  495.00 |
| Translation/ Interpretation (Spanish only) | $  250.00 |
| Review of Large chart in conjunction with IME | $  250.00 |
| Form Fee for standard form | $   25.00 |
| Copying of records (Patients) | Large charts   $   25.00 |
| | Small charts   $   15.00 |

This office requests six to eight weeks advance notice for all legal matters.  **Pre-payment is required prior to reserving time (no exceptions).**

If any of the above listed requests are cancelled **two weeks prior** to the date reserved, fifty percent (50%) of the paid fee will be returned.  If cancelled **within two weeks** of the date reserved, there will be no refund. **(With the exception of IMEs)**

\*If a cancellation is necessary for **IMEs**, we require that the adjuster give a 48 hour notice or the above fee will apply.  We do not accept cancellations from patients.

Please sign and date below as acknowledgement that the above fee requirements have been reviewed.  **We request that you fax this acknowledgement back to us at 202-969-1798.**


**Signature** _____        **Date** _____


Updated 5/13/08/cet