UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| Plaintiff, : | |
| : | Case No.: 1:07-cv-02255 JDB |
| v. : | |
| **GETINGE USA, INC.** : | |
| Defendant. : | |

## SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

The parties, by and through undersigned counsel, respectfully request that the Court amend the scheduling order to extend the following deadlines:

| Old Deadline | New Deadline | Event |
|---|---|---|
| August 25, 2008 | September 12, 2008 | Rebuttal Expert Disclosure |
| September 5, 2008 | November 5, 2008 | Discovery Closes |
| September 27, 2008 | November 19, 2008 | Requests for Admissions Deadline |

In support thereof, the parties respectfully refer the Court to the accompanying Memorandum of Points and Authorities and Proposed Order.

WHEREFORE, for all the foregoing reasons, the parties respectfully request that this motion be granted.

Respectfully submitted,

| JORDAN COYNE & SAVITS, L.L.P. | CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C. |
|---|---|
| By: _____/s/_____<br>D. Stephenson Schwinn, #358835<br>100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC 20036<br>(202)296-4747<br>Fax: (202)496-2800<br>Counsel for Defendant, Getinge USA, Inc. | By: _____/s/_____<br>Joseph Cammarata, Esq. #389254<br>Kiran Sharma, Esq #495077<br>The Law Building<br>1232 Seventeenth Street, NW<br>Washington, DC 20036<br>(202)659-8600<br>Fax: (202)659-8680<br>Counsel for Plaintiff, Michangelo Scruggs |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th Day of September, 2008, a copy of the foregoing Joint Motion to Amend Scheduling Order, Memorandum of Points and Authorities in support thereof, and proposed Order were electronically served by e-mail and was mailed, postage prepaid, to:

Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata, & Siegel
The Law Building
1232 17th Street, N.W.
Washington, D.C. 20036

_____/s/_____
D. Stephenson Schwinn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 1:07-cv-02255 JDB |
| v. : | |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| Defendant. : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF SECOND JOINT MOTION TO AMEND SCHEDULING ORDER**

The Court granted a previous motion to extend discovery on May 2, 2008. Since that time, both parties have conducted a significant amount of discovery including, the depositions of the Defendant, and Howard University Hospital, which have not yet been completed. The discovery conducted has placed the parties in a good position to engage in settlement negotiations. At the July 31, 2008 status conference, the honorable Court referred the case to Magistrate Judge Facciola for mediation and settlement discussions for a period of sixty (60) days. Mediation is currently scheduled for September 12, 2008.

To avoid potentially unnecessary litigation expenses in light of the early mediation, the parties agreed to postpone the remaining depositions of plaintiff, expert witnesses, Getinge, USA, and Howard University, until after the mediation. Accordingly, the parties have filed this request to modify the scheduling order to reflect their agreement. The parties propose the following dates: Plaintiff's Rebuttal Expert Disclosure due September 12, 2008; Discovery Closes November 5, 2008; and requests for Admissions Due by November 19, 2008.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that this motion be granted.

Respectfully submitted,

| **JORDAN COYNE & SAVITS, L.L.P.** | **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.** |
|---|---|
| By: ____/s/_____ | By: ____/s/_____ |
| D. Stephenson Schwinn, #358835 | Joseph Cammarata, Esq. #389254 |
| 100 Connecticut Avenue, NW | Kiran Sharma, Esq #495077 |
| Suite 600 | The Law Building |
| Washington, DC 20036 | 1232 Seventeenth Street, NW |
| (202)296-4747 | Washington, DC 20036 |
| Fax: (202)496-2800 | (202)659-8600 |
| Counsel for Defendant, Getinge USA, Inc. | Fax: (202)659-8680 |
| | Counsel for Plaintiff, Michangelo Scruggs |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHANGELO SCRUGGS** : | |
| : | |
| **Plaintiff,** : | |
| : | **Case No.: 1:07-cv-02255** |
| v. : | **Judge John D. Bates** |
| : | |
| **GETINGE USA, INC.** : | |
| : | |
| **Defendant.** : | |
| _____: | |

## ORDER

Upon consideration of the Second Joint Motion to Amend Scheduling Order and the Memorandum of Points and Authorities, it is, this ___ day of _____, 2008;

ORDERED that the Motion be, and the same hereby is, GRANTED; and the scheduling order is amended as follows:

    Rebuttal Expert Report Due    09/12/2008
    Close of Discovery    11/05/2008
    Requests for Admission    11/19/2008

    SO ORDERED.


Date: _____                        _____
                                                             John D. Bates
                                                             United States District Judge


cc:
D. Stephenson Schwinn, Esquire
100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

Joseph Cammarata, Esquire
Kiran Sharma, Esquire
The Law Building
1232 Seventeenth Street, NW
Washington, DC 20036